UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Cortec Corporation, a Minnesota corporation,<br><br>    Plaintiff,<br><br>v.<br><br>Erste Bank der oesterreichischen Sparkassen AG (Erste Bank), an Austrian corporation,<br><br>    Defendant. | Civil Action No. 07-CV-6094 (CM) |

### **CORPORATE DISCLOSURE STATEMENT PURSANT TO FEDERAL RULE 7.1**

Pursuant to Federal Rule 7.1, Plaintiff, Cortec Corporation states that it has no parent and that no publicly held corporation holds more than 10% of its stock.  It is 100% privately held.

Dated:  June  28, 2007

                                      O'ROURKE & DEGEN, PLLC

                                      By  /s/ Ronald D. Degen
                                          Ronald D. Degen (RD 7808)
                                          225 Broadway, Suite 715
                                    New York, New York 10007
                                    Telephone: (212) 227-4530
                                    Facsimile: (212) 385-9813
                                    rdegen@odlegal.com

                                       AND

                                    GRAY, PLANT, MOOTY, MOOTY
                                      & BENNETT, P.A.
                                    Kirk W. Reilly
                                    Jason J. Stover
                                    500 IDS Center
                                    80 South Eighth Street
                                    Minneapolis, MN  55402
                                    Telephone:  612-632-3305
                                    Facsimile:  612-632-4305
                                    kirk.reilly@gpmlaw.com
                                    jason.stover@gpmlaw.com