

James D. Arden (JA 8779)
SIDLEY AUSTIN LLP
787 Seventh Avenue
New York, New York 10019
(212) 839-5300
*Attorneys for Defendant*

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/19/07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X

CORTEC CORPORATION, a Minnesota
corporation,

          Plaintiff,

    v.

ERSTE BANK DER OESTERREICHISCHEN
SPARKASSEN AG, an Austrian corporation,

          Defendant.
----------------------------------------------------------X

07 Civ. 6094 (CM)
ECF Case

### STIPULATION AND ORDER

      IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel, that the time for Defendant Erste Bank der oesterreichischen Sparkassen AG to answer, move or otherwise respond to the Complaint dated June 28, 2007, is hereby extended to and including August 31, 2007. This is the first request for an extension of time.

By entering into this Stipulation, neither party waives any rights, claims, defenses, or other remedies that are or would be available to the parties in the absence of this stipulation.

Dated: New York, New York
July 17, 2007

O'ROURKE & DEGEN, PLLC

By: /s/ Ronald D. Degen
Ronald D. Degen (RD 7808)
225 Broadway, Suite 715
New York, New York 10007
(212) 227-4530

*Attorneys for Plaintiff
Cortec Corporation*

SO ORDERED

Dated: New York, New York
July / , 2007

SIDLEY AUSTIN LLP

By: /s/ James D. Arden
James D. Arden (JA 8779)
787 Seventh Avenue
New York, New York 10019
(212) 839-5300

*Attorneys for Defendant
Erste Bank der oesterreichischen
Sparkassen AG*

The Honorable Colleen McMahon
United States District Judge

2