UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------x
CORTEC CORPORATION, a Minnesota corporation,

               Plaintiff,

-against-

ERSTE BANK DER OESTERREICHISCHEN
SPARKASSEN AG (ERSTE BANK), an Austrian
corporation,

               Defendant.
------------------------------------------------x

No. 07 Civ. 6094 (CM) (DFE)

**RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

**Electronically Filed**

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Erste Bank der oesterreichischen Sparkassen AG ("Erste Bank AG") states that it has no publicly traded shareholder owning 10 percent or more of its stock or parent corporation.

Dated: New York, New York
       August 31, 2007

Respectfully submitted,

SIDLEY AUSTIN LLP

By: _____
James D. Arden (JA 8779)
787 Seventh Avenue
New York, New York 10019
(212) 839-5300

Attorney for Defendant Erste Bank AG