# EXHIBIT INDEX

ESB Loan Application completed by EcoCortec d.o.o. ("EcoCortec"), which includes the HBOR Loan Application. .................................................................................................. Exhibit A

Certified translation of the ESB Loan Application completed by EcoCortec, which includes the HBOR Loan Application .................................................................................................. Exhibit B

Loan Agreement between ESB and EcoCortec dated April 6, 2006 ................................ Exhibit C

Certified translation of the Loan Agreement between ESB and EcoCortec dated April 6, 2006 .................................................................................................. Exhibit D

Surety Agreement between Cortec Corporation ("Cortec") and Boris Miksic, acting as the surety, and ESB dated April 6, 2006 .................................................................................................. Exhibit E

Certified translation of the Surety Agreement between Cortec and Boris Miksic, acting as the surety, and ESB dated April 6, 2006 .................................................................................................. Exhibit F

Security Agreement between the City of Beli Manastir, acting as the insurance debtor, EcoCortec, as the debtor and ESB dated April 5, 2006 .................................................. Exhibit G

Certified translation of the Security Agreement between the City of Beli Manastir, acting as the insurance debtor, EcoCortec, as the debtor and ESB dated April 5, 2006 .................. Exhibit H

Termination Notice issued by ESB terminating the Loan Agreement dated March 8, 2007 .................................................................................................. Exhibit I

Certified translation of the Termination Notice issued by ESB terminating the Loan Agreement dated March 8, 2007 .................................................................................................. Exhibit J

Erste Bank der oesterreichischen Sparkassen AG's 2005 Annual Report ....................... Exhibit K

Decision issued by the Commercial Court in Rijka denying EcoCortec's motion for a temporary injunction in <u>EcoCortec v. Erste & Steirermarkische Bank</u>, Docket No. X-P-406/2007-12 (Commercial Court in Rijeka), dated June 27, 2007 .................................................. Exhibit L

Certified translation of the decision issued by the Commercial Court in Rijka denying EcoCortec's motion for a temporary injunction in <u>EcoCortec v. Erste & Steirermarkische Bank</u>, Docket No. X-P-406/2007-12 (Commercial Court in Rijeka), dated June 27, 2007 .................................................................................................. Exhibit M

Article 70 of the Croatian Civil Code ............................................................................... Exhibit N

Certified translation of Article 70 of the Croatian Civil Code ......................................... Exhibit O