# EXHIBIT A



ERSTE & STEIERMÄRKISCHE BANK D.D.
Sektor gospodarstva
Ulica grada Vukovara 41, Zagreb
tel. 062 37 1000   fax  062 37 2000

# ZAHTJEV

*PODACI O PODNOSITELJU ZAHTJEVA*

_____
(datum primitka zahtjeva)

_____
(financijski zastupnik)

1. Naziv tvrtke: __ECOCORTEC DOO__, Adresa: __SLAVONIA 1, OSIJEK__
2. Telefon: __031 540002__, Telefaks: __031 540018__; E-mail: __DINCO@ECOCORTEC.HR__
3. Šifra djelatnosti po NKD-u: __25220__  ; Matični broj: __1891782__
4. Žiro račun u Erste & Steiermärkische bank d.d.: _____
   -u ostalim bankama:   a) __ZABA ZGB__  banka: __2340009-11018 (PBZ)__
                         b) __HYPO SAVSKA__  banka: __3307-11000 55365__
                         c) _____  banka: _____
5. Broj zaposlenih: __0__, Revizori: _____
6. Godina osnivanja i razvoj: __2004__

7. Temeljna djelatnost te glavni proizvodi i usluge: __PROIZVODNJA PROIZVODA OD PLASTIKE, TRGOVINA__
8. Kontakt osoba za poslovanje s bankom: __DINKO BUKVIĆ - BILJUBAŠIĆ__
9. Osoba odgovorna za financijsko/računovodstvene poslove: __DINKO BUKVIĆ - BILJUBAŠIĆ__
10. Upisani kapital (u kn): __20.000__, od toga uplaćeno u novcu: __20 000__ kn.
11. Članovi uprave/management:    Ime i prezime                 Funkcija
                                  __SUZANA BILJUBAŠIĆ__       __ČLAN UPRAVE - DIREKTOR__
                                  __BORIS MIKŠIĆ__             __ČLAN UPRAVE__
                                  __DINKO BILJUBAŠIĆ__         __ČLAN UPRAVE__

12. Dioničari/partneri:     Ime i prezime/tvrtka:              % udio      iznos u kn
    (udio veći od 9.9%)     __BORIS MIKŠIĆ__                   __100__    __20 000__
                            _____                       ____       ____
                            _____                       ____       ____
                            _____                       ____       ____

13. Udjeli u drugim tvrtkama (povezana društva):
                            Tvrtka                             % udio     iznos u kn
                            _____                       ____       ____
                            _____                       ____       ____
                            _____                       ____       ____

14. ZAHTJEV ZA: __INVESTICIJSKI KREDIT__
                (navesti jedan od proizvoda s priložene liste)
15. TRAŽENI IZNOS: _____; ROK DOSPJEĆA: _____
16. Odgoda plaćanja (počeka): (DA – NE)   Period odgode (počeka): __1 GODINA__

# HBOR

Hrvatska banka za obnovu i razvitak

Program kreditiranja razvitka gospodarskih djelatnosti

Datum zaprimanja u HBOR-u i Reg. broj HBOR-a:

## ZAHTJEV ZA KREDIT PUTEM POSLOVNE BANKE

| Poslovna banka | Traženi iznos kredita u EUR |
|---|---|
| ERSTE & STEIERMÄRKISCHE BANK D.D. | |
| Matični broj: 3337367 | 3.000.000,00 EUR |
| Ulica i broj: JADRANSKI TRG 3A | |
| Poštanski broj i mjesto: 51000 RIJEKA | |
| Kontakt osoba: JASENKA JERKOVIĆ | Trimilijuna eura |
| Telefon: 062 37 4114 | |
| Fax: 062 37 4521 | |
| E-mail: jjerkovic@erstebank.com | (slovima) |
| Ugovor o poslovnoj suradnji: | |

*POPUNJAVA KRAJNJI KORISNIK KREDITA*

### I. PODACI O KRAJNJEM KORISNIKU

| Naziv krajnjeg korisnik kredita: ECOCORTEC D.O.O. OSIJEK | |
|---|---|
| Ulica i broj: SLAVONSKA 1 | Godina osnivanja: 2004.g. |
| Poštanski broj i mjesto: 31000 OSIJEK | Matični broj: 01891782 |
| Županija krajnjeg korisnika: OSJEČKO-BARANJSKA ŽUPANIJA | Naziv djelatnosti: proizvodnja ambalaže od plastike |
| Pravno ustrojbeni oblik organizacije: DRUŠTVO S OGRANIČENOM ODGOVORNOŠĆU | |
| Veličina (ZoR): STRAT UP | Brojčana oznaka djelatnosti (NKD): 25220 |
| Kontakt osoba: DINKO BUKVIĆ | Telefon: 031/540-002 |
| E-mail: dinko@cortecvci.com | Fax: 031/540-002 |

TEMELJNI KAPITAL *(sukladno Izvodu iz Sudskog registra od 15.12.2004. godine)*: 20.000,00 kuna *(u kn)*

| Članovi Uprave | Ime i prezime | SS | Dob/god. | radno iskustvo/interval-god. |
|---|---|---|---|---|
| | Stjepan Buljubašić | | 1952 | |
| | Boris Mikšić | | 1948 | Mag.inženjer kemije |
| | Nevenka Buljubašić | | 1951 | |
| Članovi Nadzornog odbora | | | | |
| | | | | |
| | | | | |

OBLIK VLASNIŠTVA (zaokružiti):
    a) javno
    b) državno
    c) **privatno**

Struktura vlasništva krajnjeg korisnika na dan 15.12.2004.g.

| Osnivači | Udjel u novcu/pravima/stvarima | Broj dionica | Udjel u % |
|---|---|---|---|
| Boris Mikšić | 20.000,00 kuna | | 100% |
| | | | |
| | | | |
| Ukupno | | | |

Povezana društva na dan

| Naziv tvrtke | Udjeli | Broj dionica | Udjel u % |
|---|---|---|---|
| Cortec & Co., MN, USA | | | 100% |
| | | | |

Računi krajnjeg korisnika:

| Naziv banke | Broj računa |
|---|---|
| ERSTE&STEIERMÄRKISCHE BANK D.D. | 2402006-1100454053 |
| | |

*(u prvi red navesti glavni račun, a zatim ostale račune)

| Djelatnici | Trenutno zaposleni na dan | Planirano* |
|---|---|---|
| Stalni djelatnici | 2 | 45 |
| Sezonski djelatnici | | |
| Ukupno | | |

*(u kolonu planirano unijeti podatke o promjenama broja zaposlenih kao rezultatu ulaganja koja se kreditiraju)

| | | (označiti znakom X) |
|---|---|---|
| Izvoznik (gospodarski subjekt koji je najmanje 30% poslovnih prihoda u protekloj poslovnoj godini ostvario neposrednim izvozom, izvozom preko posrednika ili koji u najmanje istom postotku ostvaruje prihode od noćenja inozemnih gostiju): | | ☐ |
| Područje od posebne državne skrbi *(sukladno N.N. 138/02 i N.N 26/03)*: | | X |
| Direktna ratna šteta *(sukladno Rješenju županijske komisije za popis i procjenu ratne štete)*: | | ☐ |
| Zbrinjavanje izbjeglica i prognanika: | | ☐ |
| Poljoprivreda: | | ☐ |

2. KRATKI OPIS POSLOVANJA

Opis djelatnosti i glavni proizvod ili usluga:
Ecocortec d.o.o. osnovan je 2004.g. i osnovna djelatnost je proizvodno-trgovačka djelatnost, a društvo je registrirano za obavljanje sljedećih djelatnosti: proizvodnja proizvoda od gume i plastike, cestovni prijevoz robe i trgovačko posredovanje, zastupanje stranih tvrtki. Tvrtka je investitor projekta «Izgradnja i opremanje proizvodnog pogona» u poslovnoj zoni II u Belom Manastiru. Osnovna djelatnost tvrtke je proizvodnja polietilenskih folija te biorazgradivih folija koja se već niz godina vrši u matičnoj tvrtki jednog od vlasnika investitora, CORTEC Corporation iz St. Paula, Minnesota, SAD. Investitor će uz dugoročni ugovor o licenciranoj proizvodnji u Hrvatskoj pokrenuti proizvodnju i distribuciju licenciranih i patentiranih proizvoda tvrtke CORTEC & Co. sa svrhom opskrbe stalno rastućeg Europskog tržišta.

Povijest tvrtke:
Ecocortec d.o.o. osnovan je 2004.g. sa sjedištem u Osijeku od strane g. Mikšić Borisa koji je ujedno i 100% vlasnik. Predsjednik uprave je g. Buljubašić Stjepan, a članovi uprave su još g. Mikšić Boris i gđa. Buljubašić Nevenka. G. Mikšić Boris također je 100% vlasnik tvrtke CORTEC & Co., MN, SAD. Ecocortec d.o.o. je investitor u Izgradnju i opremanje proizvodnog pogona u poslovnoj zoni u Belom Manastiru. Tvrtka za sada zapošljava 2 djelatnika, a plan je zaposliti 45 djelatnika, najvećim dijelom sa područja od posebne državne skrbi. Tvrtka Cortec & Co., SAD se pojavljuje kao jamac prema predmetnom kreditu tvrtke Ecocortec d.o.o. Cortec & Co. je osnovana 1977.g. u St. Paulu, Minnesota, SAD i trenutno upošljava 148 djelatnika u 4 proizvodna pogona te kontinuirano iz godine u godinu povećava tržišni udio uz razvoj novih proizvoda što ju čini tržišnim liderom u ponudi specijaliziranih proizvoda u zaštiti od korozije. U 2004.g. Cortec & Co. bilježi 27% rast prodaje svojih proizvoda u Europi i trenutno ima 18 distributera svojih proizvoda u različitim zemljama Europe. Istraživanje i razvoj proizvoda te proizvodnja sirovinske baze se vrši u centralnom pogonu u St. Paulu, državi Minnesoti. Proizvodi i poluproizvodi se distribuiraju iz centralnog skladište u SAD-u za Europsko tržište, distributere i kupce.

Opis tržišta nabave, prodaje i kapaciteti: (dobavljači, kupci, konkurencija ...)
Kupci-glavni kupci Ecocortec d.o.o. su njegovi glavni distributeri (distributerska mreža Cortec & Co u Europi) koji dalje prodaju proizvode krajnjim korisnicima kao što su: NOKIA, MORH, Đuro Đaković, ZET, INA, Mercedes Benz, renault, Volkswagen, Dacia, Motorola, Eurodisney,... Što znači da se njihovi proizvodi koriste u elektronskoj, strojarskoj, poljoprivrednoj, prehrambenoj i automobilskoj industriji.
Dobavljači-glavne dobavljače se može svrstati u 4 osnovne skupine obzirom na vrstu sirovina koje se upotrebljavaju u proizvodnji: 1. polietilen niske gustoće (45% sirovina) – DIOKI, Hrvatska, 2. polietilen visoke gustoće i linearni polietilen – HUNSTMANN, Njemačka, 3. MASTERBATCH = patentirani dio proizvodnje (antikorozivni i biorazgradivi) čiji je jedini vlasnik Cortec & Co. po čemu je njihova proizvodnja posebna i jedinstvena i kojeg ima 15 vrsta ovisno o tome u kojoj se industriji primjenjuje Cortec & Co, SAD, 4. klasični biorazgradivi materijali – BASF njemačka i CARGYL, SAD
Prilikom pokretanja pogona Ecocortec u Belom Manastiru, Cortec proizvodnja bi ostala na istoj razini, znači njihova proizvodnja se ne bi smanjila, jer postoje tvrtke po Europi koje imaju licencu za proizvodnju Cortecovih proizvoda, te bi ukoliko bi do toga došlo, Cortec prekinuo licenciranu proizvodnju s tim tvrtkama i sam snabdijevao njihov dio tržišta.

Ekonomsko/ekološko okruženje:
Ekonomsko okruženje je vrlo povoljno obzirom da je tržišni i prodajni rizik vrlo mali jer Ecocortec će proizvoditi iste proizvode kao i jamac Cortec & Co za već formirano tržište potražnje njihovih proizvoda. Proizvodnja i distribucija licenciranih proizvoda je organizirana diljem svijeta preko organizacijskih jedinica u: Sj. Amerika, 14 Eurposkih zemalja i 7 Azijskih zemalja. Europsko tržište je imalo najveći porast prodaje u 2004.g.-kada je stopa rasta bila 27% sa trendom daljnjeg povećavanja i samim time tržište je osigurano – Ecocortec će biti orijentiran na Europsko tržište. U 2005.g. rast prodaje na Europskom tržištu je bio 37%.
Glavna politika proizvodnje Ecocortec d.o.o. i Cortec & Co. je proizvoditi proizvode koji se mogu reciklirati i koji ni na bilo koji način ne ugrožavaju prirodni okoliš. Tako Cortec & Co nastavlja puno ulagati u proizvodne tehnologije koje će proizvoditi korisne, ne štetne i ne opasne proizvode za okoliš.

Strategija razvoja tvrtke:
Tvrtka Ecocortec planira izgradnju novog proizvodnog pogona za proizvodnju biorazgradivih folija u Belom Manastiru. Izgradnja pogona je već počela vlastitim sredstvima investitora. Početna faza proizvodnje se očekuje u Rujnu 2006.g. planira se zaposliti 45 radnika. Izgradnja pogona je na zemljištu od 1.700 m² na kojem će biti 4 silosa s kapacitetom proizvodnje od 5000 t biorazgradivig plastičnih folija što će se izvoziti diljem Europe. Ecocortec će proizvoditi biorazgradive folije i vrećice u skladu sa narudžbama kupaca. Pogon je smješten u poslovnoj zoni u Belom Manastiru, za kojou se predviđa da će biti buduća hrvatska slobodna carinska zona što će investitora osloboditi plaćanja carina i poreza na svu uvezenu robu, strojeve, sirovine i ostali materijal. Isto tako korisnik zone, koji je izgradio ili je sudjelovao u izgradnju infrastrukture zone u iznosu većem od 1.000.000,00 HRK, u prvih 5 godina poslovanja u zoni, neće morati plaćati porez na dobit što se naravno odnosi i na Ecocortec.

3. SPECIFIKACIJA UKUPNIH OBVEZA na dan 31.12.2005.godine *(uključujući postojeće obveze prema HBOR-u)*

u kunama

| DUGOROČNE OBVEZE | | 0 |
|---|---|---|
| I. | Krediti banaka: | 0 |
| II. | Dobavljači: | 0 |
| III. | Ostalo: | 0 |
| | | |
| **KRATKOROČNE OBVEZE** | | 0 |
| I. | Krediti banaka: | 0 |
| II. | Ostali krediti: | 0 |
| III. | Dobavljači: | 0 |
| IV. | Obveze prema zaposlenima: | 0 |
| V. | Obveze za poreze, doprinose i druge pristojbe: | 0 |
| VI. | Ostalo: | 0 |
| **Ukupne obveze:** | | 0 |

*(navesti obveze na dan što bliži datumu podnošenja zahtjeva)*
*Ecocortec d.o.o. je start up tvrtka koja još uvijek nije počela sa radom, te stoga nema financijske pokazatelje.*

Je li HBOR krajnjem korisniku već odobrio neki kredit?     da ☐     ne **X**

4. **INVESTICIJA**

Podaci o investiciji:

Naziv investicije: IZGRADNJA I OPREMANJE PROIZVODNOG POGONA TVRTKE
Lokacija: Beli Manastir     Županija: Osječko-baranjska

LEGALITET GRADNJE     *(pribavljeno označiti znakom X)*
idejni projekt     X
lokacijska dozvola     X
glavni projekt     X
građevinska dozvola     X

**Opis investicije** (kratko u nekoliko rečenica opisati o kakvoj se investiciji radi, početak i planirani završetak):
Ecocortec d.o.o. osnovan je 2004.g. i osnovna djelatnost je proizvodno-trgovačka djelatnost, a društvo je registrirano za obavljanje sljedećih djelatnosti: proizvodnja proizvoda od gume i plastike, cestovni prijevoz robe i trgovačko posredovanje, zastupanje stranih tvrtki. Tvrtka je investitor projekta «Izgradnja i opremanje proizvodnog pogona» u poslovnoj zoni II u Belom Manastiru. Osnovna djelatnost tvrtke je proizvodnja polietilenskih folija te biorazgradivih folija koja se već niz godina vrši u matičnoj tvrtki jednog od vlasnika investitora, CORTEC Corporation iz St. Paula, Minnesota, SAD. Investitor će uz dugoročni ugovor o licenciranoj proizvodnji u Hrvatskoj pokrenuti proizvodnju i distribuciju licenciranih i patentiranih proizvoda tvrtke CORTEC & Co. sa svrhom opskrbe stalno rastućeg Europskog tržišta. Tvrtka za sada zapošljava 2 djelatnika, a plan je zaposliti 45 djelatnika, najvećim dijelom sa područja od posebne državne skrbi. Tvrtka Cortec & Co., SAD se pojavljuje kao jamac prema predmetnom kreditu tvrtke Ecocortec d.o.o. Cortec & Co. je osnovana 1977.g. u St. Paulu, Minnesota, SAD i trenutno upošljava 148 djelatnika u 4 proizvodna pogona te kontinuirano iz godine u godinu povećava tržišni udio uz razvoj novih proizvoda što ju čini tržišnim liderom u ponudi specijaliziranih proizvoda u zaštiti od korozije. Tvrtka Ecocortec planira izgradnju novog proizvodnog pogona za proizvodnju biorazgradivih folija u Belom Manastiru. Izgradnja pogona je već počela vlastitim sredstvima investitora. Početna faza proizvodnje se očekuje u Rujnu 2006.g. planira se zaposliti 45 radnika. Izgradnja pogona je na zemljištu od 1.700 m², na kojem će biti 4 silosa s kapacitetom proizvodnje od 5000 t biorazgradivih plastičnih folija što će se izvoziti diljem Europe. Ecocortec će proizvoditi biorazgradive folije i vrećice u skladu sa narudžbama kupaca. Izgradnja pogona je već počela i planira se završetak izgradnje u kolovozu 2006.g., kako bi se proizvodnja mogla pokrenuti u rujnj 2006.g. Tvrtka je već uvelike počela sa realizacijom investicije i do sada je ukupno uloženo 797.896 EUR od strane investitora i grada Beli Manastir. Izgradnja pogona je u punoj snazi.

| Struktura investicije / Izvori financiranja | Vlastiti izvori | Ostali izvori | HBOR | Ukupno |
|---|---|---|---|---|
| *Osnovna sredstva* | | | | |
| OSNIVAČKA ULAGANJA* | 141.348 EUR | 0 | 30.000 EUR | 171.348 EUR |
| ZEMLJIŠTE* | 0 | 78.688 EUR | 0 | 78.688 EUR |
| GRAĐEVINSKI OBJEKTI* | 440.000 EUR | 459.585 EUR | 762.908 EUR | 1.662.493 EUR |
| OPREMA I UREĐAJI * | 0 | 0 | 1.840.000 EUR | 1.840.000 EUR |
| *Obrtna sredstva* * | 0 | 0 | 366.483 EUR | 366.483 EUR |
| UKUPNO INVESTICIJA | 581.348 EUR | 538.273 EUR | 2.999.391 EUR | 4.119.012 EUR |

*potrebno je opisno navesti što se financira iz kojih sredstava

Napomena: refundaciju sredstava za već izvršena plaćanja HBOR će prihvaćati iznimno i samo ako je s time bio upoznat prije donošenja odluke o kreditu u okviru postavljenog zahtjeva za odobrenje kredita ili ako je do tih isplata došlo nakon što je korisnik kredita već podnio HBOR-u zahtjev za odobrenje kredita te je isto potrebno označiti znakom **

Ostali izvori financiranja:

| izvor | iznos | kamata | rok otplate uključujući poček | poček |
|---|---|---|---|---|
| Grad Beli Manastir | 581.348 EUR | - | - | - |

NAPOMENA: Grad Beli Manastir kako bi potaknuo investiranje u poslovnu zonu grada sudjeluje u investiciji sa zemljištem, instalacijama i infrastrukturom (voda, elektrifikacija, kanalizacija, pristupne ceste, plinska mreža), komunalni troškovi cesta, troškovi priključka na vodu, kanalizaciju i električni mrežu (1000KW)   visoki napon.

**Potvrđujemo da su podaci navedeni u ovom zahtjevu za kredit točni i potpuni.**

STJEPAN BULJUBAŠIĆ, predsjednik Uprave
(ime, prezime i funkcija osobe ovlaštene za zastupanje)

(pečat i potpis)
ECOCORTEC d.o.o.
Za proizvodnju i trgovinu
Slavonska 1, 31000 Osijek

OSIJEK, 03.03.2006.
Mjesto i datum

*POPUNJAVA POSLOVNA BANKA*

## 5. OCJENA KRAJNJEG KORISNIKA I INVESTICIJSKOG PROJEKTA

**Krajnji rok korištenja** *(datum zadnji u mjesecu, najviše do godinu dana od donošenja odluke o odobrenju kredita):*  | 12 mjeseci |

**Rok otplate** *(ukupni broj godina otplate, uključujući poček):* | 10 godina |

**Poček** *(broj godina):* | 1 godina |

**Način otplate:** | 36 tromjesečnih rata |

**Mišljenje o krajnjem korisniku i projektu:**
Banka je dala pozitivno mišljenje o krajnjem korisniku kredita Ecocortec d.o.o. iako je klijent start up tvrtka, no uzela je u obzir da je krajnji korisnik kredita direktno povezan sa inozemnom tvrtkom Cortec Corporation, MN, SAD koja je vodeći proizvođač antikorozvnih proizvoda sa dugogodišnjim iskustvom u poslovanju i visokom stručnošću. Strategija poslovanja Cortec Corporation uključuje izgradnju novog pogona u Hrvatskoj gdje će se koristiti postojeći KNOW HOW i već uspostavljena distribucijska mreža Cortec & Co. preko koje će se usmjeriti prodaja na cjelokupno Europsko tržište. Isto tako tvrtka će iskoristiti velike pogodnosti u poslovanju u poslovnoj zoni (budućoj slobodnoj carinskoj zoni), što će zasigurno utjecati na niže troškove proizvodnje. Plasman je osiguran hipotekom na zemljištu u Belom Manastiru na kojemu se gradi pogon, korporativnom garancijom Cortec & Co. u visini iznosa predmetnog kredita i sa rokom trajanja investicijskog kredita + 30 dana i prijenosom vlasništva na proizvodnoj liniji.

## 6. PREDVIĐENI INSTRUMENTI OSIGURANJA (od krajnjeg korisnika)

| | |
|---|---|
| Zadužnice *(kom/iznos)*: | 1 zadužnica na Ecocortec d.o.o. u iznosu od 3.000.000,00 EUR |
| Mjenice *(kom)*: | 6 mjenica tvrtke Ecovortec d.o.o. |
| Imovina *(procijenjeni iznos)*: | Poslovna građevina kč.br. 3050/1 k.o. Beli Manastir, trenutna procijenjena vrijednost 424.000EUR<br>Naknadni prijenos vlasništva na proizvodnoj liniji 1.200.000 EUR |
| Ostalo: | Korporativna garancija tvrtke Cortec Corporation na iznos predmetnog kredita s rokom valjanosti roka predmetnog kredita + 30 dana |

## 7. PRILOZI UZ KREDITNI ZAHTJEV KOJI SE DOSTAVLJAJU POSLOVNOJ BANCI: (znakom x označiti prikupljenu dokumentaciju)

- [X] Investicijski projekt ili poslovni plan,
- [ ] Tehnička dokumentacija s pripadajućim dozvolama (lokacijska i građevinska) i odobrenjima,
- [ ] Troškovnik
- [X] Karton deponiranih potpisa za raspolaganje sredstvima računa (ne stariji od 30 dana),
- [X] Izvod iz sudskog registra (ne stariji od 30 dana),
- [ ] Ugovor o osnivanju (ukoliko se radi o više osnivača),
- [X] Obavijest o razvrstavanju poslovnog subjekta prema NKD-u,

- [X] Podaci o bonitetu (obrazac BON 1) i podaci o solventnosti (obrazac BON 2 / SOL 2) ne stariji od 30 dana,
- [X] Bilanca (za srednje i velike poduzetnike) – obrazac B/POD-V i Račun dobiti i gubitka (za srednje i velike poduzetnike) - obrazac RDO/POD-V ili Godišnji financijski izvještaj za velike, srednje velike i male poduzetnike - obrazac GFI-POD (za proteklc dvije godine), - za jamca CORTEC CORPORATION
- [X] Bilješke uz financijska izvješća, - za jamca CORTEC CORPORATION
- [X] Revizorsko izvješće sa bilješkama (u skladu sa zakonskom obvezom), - za jamca CORTEC CORPORATION
- [ ] Specifikacija neophodnih ulaganja u obrtna sredstva (ako se ista navode u zahtjevu),
- [X] Podaci o instrumentima osiguranja (ako se radi o hipoteci na nekretninama potrebno je dostaviti procjenu vrijednosti nekretnina od ovlaštenog sudskog vještaka s fotografijom objekta ne stariju od 2 godine i zemljišnoknjižni izvadak ne stariji od 30 dana).

- [ ] ostala dokumentacija: (navesti dokumentaciju koja je dostavljena)

_____
_____
_____

8. **PRILOZI UZ KREDITNI ZAHTJEV KOJE POSLOVNA BANKA OBVEZNO DOSTAVLJA HBOR-u**
(znakom x označiti dostavljenu dokumentaciju):

- [X] Bilanca (za srednje i velike poduzetnike) – obrazac B/POD-V i Račun dobiti i gubitka (za srednje i velike poduzetnike) - obrazac RDO/POD-V ili Godišnji financijski izvještaj za velike, srednje velike i male poduzetnike - obrazac GFI-POD (za proteklc dvije godine) – za jamca CORTEC CORPORATION

**Potvrđujemo da smo provjerili sve gore navedene podatke i utvrdili njihovu istinitost.**

OSIJEK, 03.03.2006.G.  
Mjesto i datum

ERSTE & STEIERMÄRKISCHE BANK D.D.  
031   RIJEKA   251  
Pečat poslovne banke

_____  
Odgovorna osoba (ime i prezime)