# EXHIBIT C

ERSTE & STEIERMAERKISCHE BANK dd, 51000 RIJEKA, JADRANSKI TRG 3a
žiro račun broj 2402006-1031262160, matični broj 3337367
(u daljnjem tekstu: Banka)

i

ECOCORTEC D.O.O.ZA PROIZVODNJU I TRGOVINU,OSIJEK
31000 OSIJEK, SLAVONSKA     1
žiro račun broj 2402006-1100454053, matični broj 01891782
(u daljnjem tekstu: Korisnik kredita)

Sklopili su u Osijeku, dana  06.04.2006.   (šesti travanj  dvijetisućešeste) godine

UGOVOR O DUGOROČNOM KREDITU BROJ

2402006-1031262160   /51016015-5102937724

1. OSNOVA UGOVORA:
Ovaj Ugovor Banka zaključuje na temelju Kreditnog zahtjeva broj  2031009602
i Odluke Banke broj 200106-00624-08 od 02.03.2006. godine (drugi ožujak dvijetisućešeste).

2. IZNOS KREDITA:
=3.000.000,00 EUR   (trimilionaEUR)   protuvrijednost   u   kunama   obračunata po srednjem tečaju HNB na dan puštanja kredita u tečaj.

3. NAMJENA:
Kredit iz programa kreditiranja razvitka gospodarskih djelatnosti iz sredstava HBOR-a

4. NAČIN KORIŠTENJA (PUŠTANJE KREDITA U TEČAJ):
U skladu s nalogom Korisnika kredita, koji je sastavni dio ovog Ugovora, a u skladu sa pravilima HBOR-a.

5. ROK KORIŠTENJA:
Po odobrenju, počevši s 07.04.2006. godine (sedmi travanj dvijetisuće šeste), zaključno s 31.03.2007. godine (tridesetprvi ožujak dvijetisuće sedme), a iskorišteni iznos od tog datuma prenosi se u otplatu, bez obzira na ugovoreni iznos kredita. U slučaju promjene krajnjeg datuma korištenja, Banka će obavijestiti korisnika kredita o promjeni otplatnog plana.

6. ROK VRAĆANJA:
120 (stodvadeset) mjeseci, od puštanja kredita u tečaj uključujući počeka od 12(dvanaest) mjeseci.

7. NAČIN VRAĆANJA:
Otplata kredita je u 36 (tridesetšest) tromjesečnih rata nakon isteka početka, prva rata dospijeva 30.06.2008. godine (trideseti lipanj dvijetisuće osme).
                                                              rate      =83.333,33
Iznos
EUR (osamdesettritisućetristotridesettriEURtridesettri/100).

Dospjeli dug smatra se uredno podmiren ako je uplaćen, efektivno na žiroračun Banke, u roku od 0 (nula) dana, a dospjela kamata u roku od 15 (petnaest) dana od datuma dospijeća.

VALUTNA KLAUZULA. Povrat obveza iz ovog Ugovora (iznos kredita i pripadajuće kamate, kamate za zakašnjenja u plaćanju, naknade i drugi eventualni troškovi) obračunat će po srednjem tečaju HNB za EUR na dan odobrenja žiro-računa Banke. Korisnik kredita upoznat je s mogućim promjenama iznosa rate o dospijeću u kunama nastalog uslijed promjene tečaja. Potpisom na ovom Ugovoru korisnik potvrđuje da ga je Banka informirala o posljedicama i svim eventualnim rizicima promjene tečaja.

8. KAMATA:
Kamatna stopa je fiksna i u trenutku ugovaranja iznosi 4,000 % (četiri posto) godišnje. Kamata se obračunava primjenom direktne metode. Kamata u počeku obračunava se u visini ugovorene kamatne stope i naplaćuje se tromjesečno i po isteku počeka, u roku od 15 (petnaest) dana od datuma zaduženja. Redovna kamata obračunava se i naplaćuje tromjesečno.

Ugovorne strane su suglasne da se za vrijeme trajanja Ugovora o kreditu mogu vršiti promjene ugovorene kamatne stope, kao i način obračuna i naplate u skladu s važećim odlukama HBOR-a.

Interkalarna kamata obračunava se u visini ugovorene kamatne stope na iskorišteni iznos kredita od početka korištenja pa do stavljanja kredita u otplatu, naplaćuje se tromjesečno i prilikom prijenosa kredita u otplatu, u roku od 15 (petnaest) dana od datuma zaduženja.

9. UGOVORENA KAMATA PO DOSPIJEĆU:
Na sva dospjela, a nenaplaćena novčana potraživanja, kao i na iznos kredita koji se koristi protivno ovom Ugovoru, Banka će Korisniku kredita zaračunati kamatu u visini zakonom propisane zatezne kamate, odnosno kamatu utvrđenu programom iz članka 3.

Banka će obračunati ugovorenu kamatu po dospijeću na sva potraživanja koja nisu plaćena u rokovima utvrdenim ovim Ugovorom, i to od datuma dospijeća svake pojedine tražbine Banke prema Korisniku kredita pa do naplate iste, na način propisan Zakonom o kamatama.

10. NAKNADA:
Za obradu zahtjeva i odobravanje kredita Korisnik kredita dužan je uplatiti u roku 8 dana 0,800 % (nula cijelih osamdeset posto) naknade na iznos kredita, obračunate s datumom Ugovora.

Za slučaj prijevremenog povrata kredita, Banka ima pravo naplatiti jednokratnu naknadu sukladno važećim odlukama Banke.

11. INSTRUMENTI OSIGURANJA VRAĆANJA:
Korisnik kredita dužan je prije puštanja kredita u tečaj predati Banci:
1 - izjavu sukladno članku 183 Ovršnog zakona (zadužnica),
2 - 5 (pet) komada bjanko mjenica Korisnika kredita s mjeničnim očitovanjem,
3 - 1 (jedan) komada osobnih mjenica na ime:
   1110948330222  MIKŠIĆ BORIS
4 - Ugovor o solidarnom jamstvu broj 51016015-5102937724 sklopljen između Banke i solidarnog jamca:
   1) CORTEC CORPORATION, 4119 White Bear PKWY St. Paul, White Bear Town, MN 55110-7634, United States i
   2) MIKŠIĆ BORIS, MBG: 1110948330222, Krajiška 13, 10 000 Zagreb
- Dokaz o upisanom zalogu nekretnine s ovršnom klauzulom u korist Banke
Korisnik kredita je suglasan i neopozivo dozvoljava Banci da sva njegova kunska i devizna sredstva, koja se nalaze na namjenskim ili

nenamjenskim depozitnim računima Banke, bez prethodne obavijesti i bilo kakve prethodne suglasnosti, kao i bez intervencije suda, koristi za naplatu svih dospjelih obveza zajedno s nastalim troškovima.

Potpisom ovog Ugovora, Korisnik daje neopozivi nalog Banci da bez njegovih daljnjih pitanja i odobrenja, a u slučaju neispunjenja obveza Korisnika iz ovog Ugovora, dospjeli nenaplaćeni iznos naplati s bilo kojeg odnosno svih računa Korisnika koji se vode u Banci, te ujedno ovlašćuje Banku da u slučaju nemogućnosti naplate sa računa u Banci, podnese nalog drugim organizacijama platnog prometa radi naplate dospjelog nenaplaćenog duga Korisnika prema Banci. Korisnik potpisom na ovom Ugovoru ovlašćuje organizacije platnog prometa da izvrše Bančin nalog za naplatu i sa svih ostalih računa ako na računu na koji nalog glasi nema uopće ili nema dovoljno sredstava za naplatu.

Ukoliko tijekom važenja ovog Ugovora budu pozitivnim propisima uvedeni novi instrumenti osiguranja plaćanja, Korisnik kredita obvezuje se na zahtjev Banke položiti takve instrumente. Banka može naknadno, za vrijeme važenja ovog Ugovora, zahtjevati od Korisnika kredita da položi ili pribavi koje drugo osiguranje plaćanja ako Korisnik kredita ne bude uredno udovoljavao svojim ugovornim obvezama.

12. OSTALI UVJETI:
Sredstva za plasman ovog kredita plasirana su Banci od strane Hrvatske banke za obnovu i razvoj, te sukladno tome Hrvatska banka za obnovu i razvoj ima pravo kontrole kredita kako kod Banke tako i kod Korisnika kredita.

Korisnik kredita obvezuje se za vrijeme trajanja ovog Ugovora redovno dostavljati svoja financijska izvješća (račun dobiti i gubitka, bilancu, izvješće o novčanom tijeku, statistička izvješća), revizorske nalaze, podatke o statusu tvrtke, podatke o promjeni vlasničke strukture i podatke o svom poslovnom položaju po pozivu Banke.

Korisnik kredita prihvaća da će Banka svaku doznaku primljenu po osnovi ovog kredita rasknjižiti po redoslijedu prioriteta u skladu s pravilima Banke.

Korisnik kredita se obvezuje Banci na njezin zahtjev dozvoliti provjeru stanja zaštite okoliša i u tu svrhu osigurati stručnog konzultanta po izboru Banke.

Ugovorne strane suglasne su da će Banka iz kredita vršiti plaćanja za građevinske radove na način da Banka financira 75% ukupnog stupnja dovršenosti objekta prema privremenim situacijama.

Kreditna sredstva namijenjena za financiranje opreme i strojeva Banka će plaćati dobavljačima na žiro-račun, a obrtna sredstva uplatit će na žiro-račun Korisnika kredita.

Korisnik kredita se obvezuje do završetka investicije izvršiti dokapitalizaciju u iznosu od 440.000 EUR, u protuvrijednosti kuna.

Korisnik kredita obvezuje se usmjeravati najmanje 80% svoga prometa putem žiro-računa Banke.

Ugovorne strane suglasno utvrđuju da se ovaj Ugovor smatra sastavnim dijelom Ugovora o okvirnom iznosu zaduženja i osiguranju br. ES297/06-1 od 05.04.2006. i njegovih eventualnih pripadajućih aneksa. Banka može otkazati ovaj Ugovor ukoliko dospije bilo koji Poseban ugovor - sastavni

dio Ugovora o okvirnom iznosu zaduženja i osiguranju br. ES297/06-1 od 05.04.2006.

Za sve što ovim Ugovorom nije predviđeno, primjenjivat će se važeći pozitivni propisi i opći akti Banke.

13. OTKAZ KREDITA:
Banka može otkazati kredit i zahtjevati naplatu kredita prije isteka ugovorenog roka nastupom bilo kojeg od slijedećih slučajeva:
- blokade žiro-računa Korisnika kredita,
- ukoliko Korisnik kredita raskine Ugovor o depozitu po vidjenju s Bankom,
- ukoliko Korisnik kredita u tijeku korištenja kredita prenese više od 30% svog prometa u odnosu na promet koji je obavljao u trenutku puštanja kredita u tečaj,
- ukoliko Korisnik kredita zakasni s podmirenjem obveza iz ovog Ugovora duže od 15 (petnaest) dana,
- ukoliko nenamjenski koristi kredit,
- promjene poslovanja, likvidnosti ili financijsko-materijalnog stanja Korisnika kredita koje po ocjeni Banke dovodi u pitanje uredan povrat kredita,
- ukoliko neispuni bilo koju obvezu iz ovog Ugovora.
Otkazni rok u kojem je Korisnik kredita dužan vratiti neotplaćeni iznos kredita s pripadajućim kamatama, je u roku od 15 (petnaest) dana, računajući od dana otpreme otkaznog pisma na zadnju adresu koju je Korisnik kredita dostavio Banci. Korisnik kredita dužan je o promjeni adrese izvijesti Banku.
Svaku moguću štetu nastalu uslijed ne pridržavanja ove obveze snosi Korisnik Kredita.

Korisnik kredita prihvaća da je ovaj Ugovor otkazan, te da je cjelokupni neotplaćeni iznos kredita zajedno s pripadajućim kamatama dospio na naplatu s danom otpreme otkaznog pisma.

14. SPOROVI:
U slučaju spora, nadležan je sud u mjestu sjedišta Banke.

Ugovorne strane potpisom ovog Ugovora potvrđuju da su isti pročitale i razumjele, te da, s obzirom da on predstavlja njihovu pravu i ozbiljnu volju, prihvaćaju sva prava i obveze koje iz njega proizlaze.

Korisnik kredita izjavljuje da mu je Banka predočila uvjete kredita i efektivnu kamatnu stopu, te da je s njom upoznat i prihvaća je.

Ovaj Ugovor sastavljen je u 6 (šest) primjeraka, jedan za Korisnika kredita, a ostali za Banku.

KORISNIK KREDITA :             jj                    BANKA

ECOCORTEC D.O.O.        ECOCORTEC d.o.o.                M.P.
2402006-1100454053      Za proizvodnju i trgovinu
                        Slavonska 1, 31000 Osijek