# EXHIBIT E

ERSTE & STEIERMARKISCHE BANK d.d. Rijeka, Jadranski trg 3a, poslovni račun broj: 2402006-1031262160, matični broj: 3337367 (u daljnjem tekstu: Banka)
i
CORTEC CORPORATION, 4119 White Bear PKWY St. Paul, White Bear Town, MN 55110-7634, United States, zastupan po Mikšić Boris, kao jamac platac – u daljnjem tekstu: Jamac platac
i
MIKŠIĆ BORIS, MBG: 1110948330222, Krajiška 13, 10 000 Zagreb – kao jamac platac – u daljnjem tekstu: Jamac platac

sklapaju dana 06. (šestog) travnja 2006. (dvijetisućešeste) godine

## UGOVOR O SOLIDARNOM JAMSTVU
### BROJ 51016015-5102937724

### Članak 1.
Ugovorne strane suglasno utvrđuju da su Erste & Steiermärkische bank d.d. Rijeka i Ecocortec d.o.o., Osijek (u daljnjem tekstu: Glavni dužnik) sklopili dana 06. (šestog) travnja 2006. (dvijetisućešeste) godine Ugovor o dugoročnom kreditu broj 51016015-5102937724 u iznosu od EUR 3.000.000,00 u kunskoj protuvrijednosti, uz kamatnu stopu od 4% i na rok 120 (stodvadeset) mjeseci, od puštanja kredita u tečaj uključujući poček od 12 (dvanaest) mjeseci (u daljnjem tekstu: Ugovor o kreditu).

### Članak 2.
Jamci platci se potpisom ovog Ugovora neopozivo obvezuju da će na prvi poziv Banke i bez odgađanja u cijelosti podmiriti sve obveze Glavnog dužnika koje proizlaze iz Ugovora o kreditu.

### Članak 3.
3.1. Potpisom ovog ugovora Jamac platac Cortec Corporation izričito pod materijalnom i kaznenom odgovornošću izjavljuje:
- da je dokumentacija koja je predana u svrhu zasnivanja jamstva istinita i točna, te odražava stvarne podatke o društvu
- da je ovlaštena osoba za zastupanje društva g. Boris A. Mikšić, MBG: 1110948330222

3.2. Potpisom ovog ugovora Jamac platac Cortec Corporation potvrđuje i jamči istinitost i točnost izjava iz prethodnog stavka.

3.3. Potpisom ovog ugovora Boris Mikšić kao odgovorna osoba društva Cortec Corporation i osoba ovlaštena za zastupanje društva Cortec Corporation pod materijalnom i kaznenom odgovornošću izjavljuje:
- da je dokumentacija koja je predana u svrhu zasnivanja jamstva istinita i točna, te odražava stvarne podatke o društvu Cortec Corporation
- da je ovlaštena osoba za zastupanje društva g. Boris A. Mikšić, MBG: 1110948330222

3.4. Potpisom ovog ugovora Jamac platac Boris Mikšić potvrđuje i jamči istinitost i točnost izjava iz prethodnog stavka.

### Članak 4.
4.1. Jamac platac Boris Mikšić se obvezuje da će u svrhu osiguranja tražbine Banke koja proizlazi iz Ugovora o kreditu i ispunjenja obveze iz Članka 2. ovog Ugovora, predati Banci:
- 1 (jednu) vlastitu bianco mjenicu;
- izjavu sukladno članku 183. Ovršnog zakona.

4.2. Jamac platac Cortec Corporation se obvezuje da će u svrhu osiguranja tražbine Banke koja proizlazi iz Ugovora o kreditu i ispunjenja obveze iz Članka 2. ovog Ugovora, predati Banci:
- 1 (jednu) vlastitu bianco mjenicu
- izjavu sukladno članku 183. Ovršnog zakona.

4.3. Potpisom ovog Ugovora i predajom Banci bianco mjenica iz stavka 1. ovog članka, Jamci platci neopozivo ovlašćuju Banku da za slučaj neispunjenja obveza Jamaca platca po ovom Ugovoru ispuni mjenice na dospjeli neplaćeni iznos tražbine, ispuni ostale bitne elemente mjenice, domicilira ih i podnese na naplatu, a u slučaju nemogućnosti naplate poduzme s mjenicom odgovarajuće na zakonu osnovane radnje.

4.4. Ukoliko se na vrijeme izvrše sve obveze Glavnog dužnika iz Ugovora o kreditu i Jamaca platca Banka se obvezuje Jamcima platcima vratiti predane mjenice iz stavka 1. ovog članka, te izjave sukladno članku 183. Ovršnog zakona.

4.5. Potpisom na ovom Ugovoru Jamci platci neopozivo ovlašćuju Banku da ukoliko dođu u zakašnjenje s ispunjenjem, odnosno ne ispune bilo koju od obveza preuzetih ovim Ugovorom, upotrijebi sva jamstva i instrumente osiguranja naplate kojima raspolaže te pridrži sva sredstva koja Jamci platci drže na svojim računima kod Banke kao i da se bez njihovih daljnjih pitanja ili odobrenja naplati iz sredstava koja se nalaze na bilo kojem njihovom namjenskom ili nenamjenskom računu otvorenom kod Banke.

4.6. Jamci platci izrijekom pristaju da Banka, u slučaju dospjelosti bilo koje obveze po ovom Ugovoru, može provesti neposrednu i prisilnu ovrhu na temelju ovog Ugovora i izvadaka iz poslovnih knjiga na svim njihovim računima, te na njihovoj pokretnoj i nepokretnoj imovini i drugim materijalnim pravima.

### Članak 5.

Izdavanjem vlastitih mjenica iz članka 4. ovog Ugovora Jamci platci, pod krivičnom i materijalnom odgovornošću, neopozivo jamče svom svojom imovinom, te ovlašćuju Banku da za slučaj neispunjenja obveze iz članka 2., a u skladu s člankom 4. ovog Ugovora, mjenice ispuni na dospjeli neplaćeni iznos tražbine, ispuni ostale bitne elemente, domicilira i podnese mjenice na isplatu, a u slučaju nemogućnosti naplate poduzme odgovarajuće na zakonu osnovane radnje.

### Članak 6.

6.1. Potpisom ovog Ugovora stranke suglasno potvrđuju da je odredba stavka 1 i 2. članka 4. ovog Ugovora ispunjena.

6.2. Ovaj Ugovor, potpisan po obje ugovorne strane, služi i kao dokaz Banci o preuzimanju od strane Jamaca platca po njemu izdanih vlastitih mjenica.

### Članak 7.

7.1. O svakoj promjeni sjedišta, odnosno prebivališta ili adrese stanovanja Jamaci platci se obvezuju bez odgađanja pismeno izvjestiti Banku, u protivnom se kao posljednja adresa Jamaca platca smatra adresa iz preambule ovog Ugovora.

7.2. Jamac platac Cortec Corporation izričito izjavljuje da se dostva svih pismena vrši na adresu 4119 White Bear PKWY St. Paul, White Bear Town, MN 55110-7634, United States, a u slučaju nemogućnosti dostave na tu adresu da se vrši dostava na adresu u Republici Hrvatskoj Krajiška 13. 10 000 Zagreb.

### Članak 8.

Ugovorne strane suglasno utvrđuju da se ovaj Ugovor smatra sastavnim dijelom Ugovora o dugoročnom kreditu broj 51016015-2031009602 od 29. (dvadesetidevetog) ožujka 2006. (dvijetisućeišeste) godine koji je sklopljen između Banke kao vjerovnika i društva ECOCORTEC d.o.o., Osijek kao Korisnika kredita.

### Članak 9.

Ovaj Ugovor se zaključuje na neodređeno vrijeme i ostaje na snazi do podmirenja obveza Glavnog dužnika odnosno Jamaca plataca prema Banci koje proizlaze iz Ugovora kreditu i ovog Ugovora.

### Članak 10.

Za slučaj spora proizašlog iz primjene ovog Ugovora, mjesno je nadležan stvarno nadležni sud u Zagrebu. Ugovorne strane ugovaraju primjenu hrvatskog prava.

U slučaju spora Jamac platac Cortec Corporation izričito izjavljuje da je suglasan da se ne vrši dostava diplomatskim putem sukladno čl. 136. Zakona o parničnom postupku, već da se vrši dostava direktno na adresu 4119 White Bear PKWY St. Paul, White Bear Town, MN 55110-7634, United States.

### Članak 11.

Ovaj Ugovor sastavljen je u 4 (četiri) istovjetna jednakovažna primjerka, 1 (jedan) za svakog Jamca platca, te 2 (dva) za Banku.

JAMAC-PLATAC:                                                              BANKA:

JAMAC-PLATAC:

Ja, javni bilježnik **MIRJANA BORIĆ** sa sjedištem u **Osijeku, Vij.J.Gotovca 13** potvrđujem da je BORIS MIKŠIĆ iz Zagreba, Krajiška 13, osobno i za CORTEC CORPORATION, 4119 White Bear PKWY, St.Paul, White Bear Town, MN 55110-7634, United States u mojoj nazočnosti vlastoručno potpisao Ugovor o solidarnom jamstvu broj 51016015-5102937724 od 06.travnja.2006.godine.

Istovjetnost podnositelja isprave utvrdila sam na temelju osobne iskaznice br.10182698 izdane u PU Zagrebačka, a ovlaštenje uvidom u dokument Američke savezne države Minnisota, Ured državnog tajnika za vanjske poslove, broj primitka 761719, potvrđen dana 22.03.2006.god., s apostilom, sve prevedeno od ovlaštenog prevoditelja za engleski jezik Vlatke Vekić iz Osijeka, S.Radića 9, dana 13.04.2006.god.

Ovjeri se prilaže i Potvrda o potpisu i obnašanju službe s ovjerenim potpisom Borisa Mikšića od 23.ožujka.2006.godine pred notarom u U.S.D., s apostilom, te ovjerenim prijevodom prevoditelja za engleski jezik Vlatke Vekić iz Osijeka, S.Radića 9, dana 13.04.2006.god.

Potpis na pismenu je istinit.

Javnobilježnička pristojba za ovjeru po Tar. br. 11 ZJP u iznosu od 10,00 kn naplaćena i poništena na primjerku isprave koji ostaje za arhiv.

Javnobilježnička nagrada zaračunata po čl.19. PPJT u iznosu od 30,00 kn + 22% PDV.

Broj: OV – 8311/06-2

U Osijeku, 06.04.2006.

Javni bilježnik: