# EXHIBIT G

**ERSTE & STEIERMÄRKISCHE BANK d.d.**, Rijeka, Jadranski trg 3a, koju zastupaju direktor Sektora gospodarstva Marko Krajina i direktor Komercijalnog centra Osijek Lidija Balog- kao vjerovnik i predlagatelj osiguranja (u daljnjem tekstu: Banka)------------------------------------------------------------------------

i

**ECOCORTEC d.o.o.**, Osijek, Slavonska 1, zastupan po članu Uprave Boris Mikšić, kao dužnik i protivnik osiguranja (u daljnjem tekstu: Dužnik)-----------------------------------------------------------------------------------------

**GRAD BELI MANASTIR**, Beli Manastir, Kralja Tomislava 53, zastupan po gradonačelniku Davorinu Bubalović, kao protivnik osiguranja (u daljnjem tekstu: Protivnik osiguranja) --------------------------------

sklapaju dana 05. 04.2006.(peti travnja dvijetisućešeste) godine----------------------------------------------------

## UGOVOR O OKVIRNOM IZNOSU ZADUŽENJA I OSIGURANJU
### br. ES -297/06-1

### Članak 1. (prvi)

1.1. Na temelju Odluke Banke od 02.03.2006.(drugi ožujka dvijetisućešeste) godine, Banka će Dužniku, u skladu sa svojom poslovnom politikom i načelom sigurnosti novčanih plasmana Banke te potrebama Dužnika, odobravati kredite, izdavati garancije, otvarati akreditive s odloženim polaganjem pokrića i odobravati druge plasmane iz registrirane djelatnosti Banke do ukupnog iznosa od--------------------------------------------------
-------------------------------------------EUR 3.000.000,00-------------------------------------------------------
----------------------------------------------(trimilijunaEUR)------------------------------------------------------

u kunskoj protuvrijednosti po srednjem tečaju Banke na dan plaćanja.------------------------------------------

1.2. Tražbine Banke iz stavka 1. ovog članka uvećavaju se za ugovorene kamate, kamate korisnika garancije, ugovorene kamate za zakašnjenje u plaćanju odnosno zakonske zatezne kamate ukoliko budu veće, te naknade i troškove prisilne naplate bilo sudske ili izvansudske prirode.------------------------------------------------

1.3. Dužnik izrijekom pristaje da je izvadak iz poslovnih knjiga Banke dokaz o visini i dospijeću tražbina Banke iz prethodnog stavka.-------------------------------------------------------------------------------------

### Članak 2. (drugi)

2.1. Banka i Dužnik će za svaki pojedinačni pravni posao, sukladno poslovnoj politici i mogućnostima Banke, sklopiti poseban ugovor kojim će regulirati pojedinosti istoga, do ukupnog iznosa iz članka 1. ovog Ugovora.--

2.2. Posebne ugovore Banka će sklapati temeljem prethodnih odluka donesenih sukladno uvjetima svoje poslovne politike, te pridržava pravo prihvatiti ili odbiti prijedlog Dužnika za sklapanjem bilo kojeg posebnog ugovora, a koji će svaki posebni ugovor biti sastavni dio ovog Ugovora.------------------------------------------

### Članak 3. (treći)

3.1. Tražbina Banke iz članka 1. ovog Ugovora dospijeva u roku utvrđenom u svakom pojedinačnom ugovoru, kao i u svakom pojedinačno odobrenom akreditivu, odnosno na dan iskupa garancije ili na dan raskida ovog Ugovora, a najkasnije do 31.12.2017.(tridesetprvi prosinca dvijetisućesedamnaeste) godine.------------------

3.2. Dužnik potpisom ovog Ugovora izjavljuje da je suglasan da Banka može naknadno odrediti visinu tražbine nastale do okvirnog iznosa iz članka 1 ovog Ugovora, kao i vrijeme njezine dospjelosti, te da neopozivo prihvaća iznos koji će sukladno tome biti naveden u eventualnom ovršnom prijedlogu.----------------

### Članak 4. (četvrti)

4.1. Dužnik se obvezuje pravodobno i na uobičajeni način dostaviti Banci zahtjev za svaki pojedinačni pravni posao.--------------------------------------------------------------------------------------------------------

4.2. Nadalje se obvezuje uredno i u roku, u skladu sa svakim pojedinim posebnim ugovorom, ispuniti obvezu iz tog ugovora.--------------------------------------------------------------------------------------------------

4.3. U slučaju nepridržavanja uvjeta iz stavka 2. ovog članka i drugih obveza iz ovog Ugovora Banka može raskinuti ovaj Ugovor.-----------------------------------------------------------------------------------------------

4.4. U slučaju raskida Ugovora dospijevaju sve obveze Dužnika s osnova svih pojedinačnih ugovora, po izdanim garancijama, otvorenim akreditivima i drugim jamstvima kao obveza polaganja 100%-tnog pokrića istih.----------------------------------------------------------------------------------------------------------------------

4.5. Odredbe iz prethodnih stavaka stranke ugovaraju kao bitan sastojak ovog Ugovora, te Banci u tom slučaju pripada pravo odmah poduzeti sve radnje za naplatu svih dospjelih tražbina temeljem svih instrumenata kojima raspolaže za osiguranje naplate obveza Dužnika.------------------------------------------------------------------

### Članak 5.(peti)

5.1. Radi osiguranja pravovremenog i urednog izvršavanja obveza iz ovog Ugovora, kao i pojedinačnih ugovora iz članka 1.-----------------------------------------------------------------------------------------------------
-Dužnik daje Banci:-----------------------------------------------------------------------------------------------
- izjavu sukladno članku 183. Ovršnog zakona-----------------------------------------------------------------
- založno pravo na pravu građenja opisanom u čl. 6. ovog Ugovora.---------------------------------------

-Protivnik osiguranja daje Banci:
- založno pravo na nekretnini opisanoj u čl. 6. ovog Ugovora.----------------------------------------------

5.2. Potpisom ovog Ugovora, Dužnik daje neopozivi nalog Banci da bez njegovog daljnjeg pitanja i odobrenja, a u slučaju neispunjenja obveza Dužnika iz ovog Ugovora, dospjeli neplaćeni iznos naplati s bilo kojeg odnosno svih računa Dužnika koji se vode u Banci te ujedno ovlašćuje Banku da u slučaju nemogućnosti naplate sa računa u Banci, podnese nalog drugim pravnim osobama koje vode poslove platnog prometa radi naplate dospjelog neplaćenog duga Dužnika prema Banci. Dužnik potpisom na ovom Ugovoru ovlašćuje pravne osobe koje obavljaju poslove platnog prometa da izvrše Bančin nalog za naplatu i sa svih ostalih računa ako na računu na koji nalog glasi nema uopće ili nema dovoljno sredstava za naplatu.------------------------------------------------------

5.3. Dužnik se obvezuje na zahtjev Banke nadopuniti upotrijebljene instrumente osiguranja i dostaviti dodatne instrumente osiguranja plaćanja. Banka može zajedno s tražbinama iz ovog Ugovora prenijeti na treće osobe i sredstva osiguranja iz ovog članka.-----------------------------------------------------------------------------------

5.4. Ukoliko Dužnik, unatoč zaključenog ugovora s Bankom o otvaranju i vođenju poslovnog računa, samovoljno, bez suglasnosti Banke, prestane obavljati poslove platnog prometa preko Banke, Banka može sve tražbine od Dužnika po ovom Ugovoru odmah učiniti dospjelim i poduzeti mjere naplate cjelokupne tražbine.-

5.5. Dužnik i Protivnik osiguranja se obvezuju da će osigurati nekretninu iz stavka 1. ovog članka kod osiguravajućeg društva prethodno prihvaćenog od strane Banke, policu osiguranja vinkulirati u korist Banke, te obnavljati osiguranje godišnje i vinkulirati policu osiguranja u korist Banke sve do potpunog podmirenja svih obveza preuzetih sklapanjem ovog i svakog Posebnog ugovora.-------------------------------------------------

5.6. Ukoliko Dužnik i Protivnik osiguranja ne postupe u skladu sa stavkom 5. ovog članka, potpisom na ovom Ugovoru neopozivo ovlašćuje Banku da to učini u njihovo ime i o njihovom trošku.---------------------------

5.7. Ugovorne strane izrijekom utvrđuju da trošak osiguranine iz stavka 5. ovog članka predstavlja tražbinu Banke u smislu članka 1 ovog Ugovora.--------------------------------------------------------------------------

### Članak 6.(šesti)

6.1. Dužnik i Protivnik osiguranja potpisom ovog Ugovora dopuštaju da Banka kao predlagatelj osiguranja u smislu odredaba članka 263. i 269. Ovršnog zakona, upiše založno pravo (hipoteku) na: i to -----------------
-Protivnik osiguranja na nekretnini upisanoj u zemljišne knjige Općinskog suda u Belom Manastiru k.o. Beli Manastir zk. ul. 2073 kč. br.3050/1 oranica u ul. Bele Bartoka sa 9836 m2-----------------------------------
-Dužnik u zk. ul. br. 3407- pravu građenja na kč.br. 3050/1 upisane u zk. ul. br. 2073 k.o. Beli Manastir .,radi osiguranja tražbine Banke prema Dužniku koja proizlazi iz ovog Ugovora u iznosu od **EUR 3.000.000,00 (trimilijuna EUR) u kunskoj protuvrijednosti po srednjem tečaju Banke uvećano za** ugovorene kamate, kamate korisnika garancije, ugovorene kamate za zakašnjenje u plaćanju odnosno zakonske zatezne kamate

ukoliko budu više, te provizije, naknade i troškove prisilne naplate bilo sudske ili izvansudske prirode (u daljnjem tekstu: **Nekretnina**)

6.2. Dužnik i Protivnik osiguranja izjavljuju da su suglasni da se radi osiguranja novčane tražbine Banke iz članka 1. ovog Ugovora, može neposredno bez svakog daljnjeg odobrenja uknjižiti založno pravo (hipoteka) na Nekretnini i pravu građenja u zemljišnoj knjizi u korist Banke.

### Članak 7.(sedmi)

Dužnik i Protivnik osiguranja izjavljuju da zemljišno-knjižni izvadci koji su sastavni dio ovog Ugovora, potpuno i istinito odražava činjenično i pravno stanje Nekretnine.

### Članak 8.(osmi)

8.1. Stranke su suglasne da ovaj Ugovor ima snagu ovršne javnobilježničke isprave iz članka 25. i sporazuma prema odredbama Glave dvadesetsedme Ovršnog zakona.

**8.2. Dužnik i Protivnik osiguranja su suglasni da Banka kao Predlagatelj osiguranja može neposredno na temelju ovog Ugovora radi naplate tražbine koju ima prema Dužniku provesti prisilnu ovrhu prodajom Nekretnine uključujući i pravo građenja nakon što Javni bilježnik na ovaj Ugovor stavi potvrdu ovršnosti.**

8.3. Dužnik i Protivnik osiguranja izrijekom pristaju da će u slučaju provođenja ovršnog postupka pokrenutog od strane Predlagatelja osiguranja, sukladno odgovarajućim odredbama Ovršnog zakona, javnobilježnička isprava koja će sadržavati izjavu vjerovnika o otkazu ugovora radi neispunjenja ugovornih obveza od strane Dužnika i potvrdu Javnog bilježnika o uvidu u izvode iz poslovnih knjiga Banke, predstavljati valjanu javnu ispravu prema članku 54. stavak 4. Zakona o javnom bilježništvu, kojom se dokazuje da je ispunjen uvjet za otkaz ugovora i da je protekao rok za ispunjenje ugovornih obveza od strane dužnika.

### Članak 9.(deveti)

9.1. Stranke sporazumno utvrđuju da vrijednost Nekretnine iznosi 424.000,00 EUR(četristodvadesetčetiritisuće EUR) u kunskoj protuvrijednosti.

9.2. Ugovorne strane suglasno utvrđuju da će se u slučaju prisilne prodaje Nekretnine, ista prodavati sukladno odredbama članka 97. Ovršnog zakona.

### Članak 10.(deseti)

10.1. Dužnik izrijekom pristaje da Predlagatelj osiguranja, u slučaju dospjelosti bilo koje obveze po ovom Ugovoru, može provesti neposrednu i prisilnu ovrhu na temelju ovog Ugovora i izvadaka iz poslovnih knjiga na svim njegovim računima, te na pokretnoj i nepokretnoj imovini i drugim materijalnim pravima.

10.2. Dužnik ovlašćuje Banku da može bez ikakvih daljnjih odobrenja ili suglasnosti bilo koju dospjelu, a nepodmirenu obvezu nastalu temeljem ovog Ugovora, odnosno na temelju pojedinačnih ugovora, naplatiti sa svih njegovih računa koji se vode kod Banke.

### Članak 11.(jedanaesti)

Podmirenjem svih obveza koje proizlaze iz ovog Ugovora, Banka se obvezuje Dužniku i Protivniku osiguranja izdati brisovno očitovanje za hipoteku zasnovanu osnovom ovog Ugovora.

### Članak 12.(dvanaesti)

Potpisom na ovom Ugovoru Dužnik i Protivnik osiguranja izrijekom pristaju da se sva pismena od strane Banke ili Javnog bilježnika upućuju na adresu navedenu u ovom Ugovoru, te da se, u smislu članka odgovarajućih odredbi Zakona o obveznim odnosima i Zakona o parničkom postupku, danom dostave smatra dan predaje pismena na poštu, ukoliko Dužnik i Protivnik osiguranja pismenim putem ne izvijeste Banku o promjeni adrese.

## Članak 13.(trinaesti)

Sve troškove, vezane za sastav i potvrđivanje (solemniziranje), te provedbu ovog Ugovora snosi Dužnik. U slučaju da Dužnik troškove ovog Ugovora ne podmiri u roku od tri dana od datuma solemnizacije, Banka ima pravo podmiriti trošak u njegovo ime u kom slučaju Dužnik neopozivo ovlašćuje Banku da se bez njegovog daljnjeg pitanja ili odobrenja naplati za iznos troška solemnizacije iz sredstava koja se nalaze na bilo kojem njegovom računu otvorenom kod Banke, kao i na drugim računima Dužnik ako je vodi Banka ili druga pravna osoba koja vodi poslove platnog prometa.------------------------------------------------------------------------

## Članak 14.(četrnaesti)

Ugovor je sklopljen u 6 (šest) jednakovrijednih primjeraka, 2 (dva) za Banku, te po 1 (jedan) primjerak za Dužnika, Protivnika osiguranja, potrebe suda i Javnog bilježnika.--------------------------------------

DUŽNIK                                               BANKA:



PROTIVNIK OSIGURANJA