# EXHIBIT I

**ERSTE** BANK

ERSTE & STEIERMÄRKISCHE BANK D.D.

Jadranski trg 3a, 51000 Rijeka
Tel.: 062 37 5000
Fax: 062 37 5000

Ulica grada Vukovara 41, 10000 Zagreb
Tel.: 062 37 1000
Fax: 062 37 2000

www.erstebank.hr
erstebank@erstebank.hr

**ECOCORTEC d.o.o.**
**Zelengaj 75**
**10000 OSIJEK**

# 20

Zagreb, 08.03.2007. godine

PREDMET: <u>Poziv na plaćanje korisniku kredita – otkaz kredita</u>

Budući da su nastupile okolnosti iz Ugovora o dugoročnom kreditu od 06.04.2006. godine, broj partije 5102937724, članak 13., kredit po predmetnom ugovoru otkazujemo s danom 09.03.2007. godine.

<u>Dospjele obveze na današnji dan su 1.651.004,52 EUR, što po ugovorenom tečaju iznosi 12.123.504,50 KN, a ukupne obveze iznose 12.124.085,70 Kn.</u>

U skladu sa odredbama navedenog ugovora cjelokupni neotplaćeni dio kredita zajedno s pripadajućim kamatama s danom 09.03.2007. godine smatra se dospjelim i iznosi:

**Kreditna partija: 5102937724**

|                    | EUR           | KN            |
|--------------------|---------------|---------------|
| - glavnica         | 1.622.135,76 EUR | 11.911.518,08 KN |
| - redovna kamata   | 28.868,76 EUR  | 211.986,42 KN |
| - UKUPNO:          | 1.651.004,52 EUR | 12.123.504,50 KN |

Također, obavještavamo Vas da pored duga po gore navedenom kreditu, u poslovnim knjigama banke postoji evidentiran, a nepodmiren dospjeli dug i po slijedećoj osnovi:

| Partija – 1100454053      |           |
|---------------------------|-----------|
| - naknada platnog prometa | 581,20 kn |
| **UKUPNO:**               | **581,20 kn** |

Pozivamo Vas da gore navedeni dug uvećan za zatezne kamate podmirite u <u>roku 8 dana</u> računajući od dana otpreme ovog poziva od strane Erste & Steiermärkische bank d.d.
Ukoliko u navedenom roku ne izvršite plaćanje dugovanog iznosa Erste & Steiermärkische bank d.d. će, radi naplate svog cjelokupnog potraživanja, pokrenuti postupak prisilne naplate.

S poštovanjem,

**ERSTE & STEIERMÄRKICHE BANK d.d.**
**Direkcije centralne dokumentacije**
**i upravljanja lošim plasmanima**
Vukovarska 41, 10000 Zagreb

ERSTE & STEIERMÄRKISCHE
BANK D.D.
RIJEKA
901
151

Sud upisa u registar: Trgovački sud u Rijeci · MBS: 040001037 · Matični broj: 3337367 · Poslovni račun: 2402006 - 1031262160
Temeljni kapital 1.324.247.600,00 kn, uplaćen u cijelosti i podjeljen na 13.242.476 dionica nominalne vrijednosti 100,00 kn svaka.
Uprava: P. Radeković, T. Vuić, B. Centner, S. Dalbokov, S. Jager · Predsjednik Nadzornog odbora: R. Ortner

12



**Ecocortec d.o.o.**
**Za proizvodnju i trgovinu**
**Industrijska zona b.b.**
**Bell Manastir**

**Poštanska adresa:**
**Zelengaj 75, 10 000 Zagreb**
**www.ecocortec.hr**

Zagreb, 22 ožujak 2007

Na pažnju: Direkcija centralne dokumentacije i upravljanja lošim plasmanima

ERSTE Banka
Vukovarska 41
Zagreb

- Ugovor o kreditu broj 2402006-1031262160 / 51016015-5102937724
  od 6.4.06

Dana 20 ožujka 2007 primili smo vaš "poziv na plaćanje korisniku kredita – otkaz kredita" sa datumom od 8.3.2007.

U otkazu kredita samo se navodi da se daje po čl. 13 ugovora bez navođenja razloga.

Kredit se ne može otkazati bez navođenja razloga i bez davanja mogućnosti ispunjenja obveze u primjerenom roku, zavisno o razlogu otkaza.

Kako u konkretnom slučaju ne postoje ugovorni ni zakonski razlozi za otkaz kredita, odbija se otkaz jer na način kako je učinjen nije dopušten i ne proizvodi pravne učinke.

Zbog toga vas pozivamo da uredno izvršite vaše obveze iz ugovora o kreditu.

S poštovanjem

Boris Mikšić

ECOCORTEC
d.o.o.