# EXHIBIT J



**TRANSPERFECT**

ALBANY
AMSTERDAM
ATLANTA
AUSTIN
BARCELONA
BOSTON
BRUSSELS
CHARLOTTE
CHICAGO
DALLAS
DENVER
DUBLIN
FRANKFURT
GENEVA
HONG KONG
HOUSTON
IRVINE
LONDON
LOS ANGELES
MIAMI
MINNEAPOLIS
MONTREAL
MUNICH
NEW YORK
PARIS
PHILADELPHIA
PORTLAND
RESEARCH TRIANGLE PARK
SAN DIEGO
SAN FRANCISCO
SAN JOSE
SEATTLE
SINGAPORE
STOCKHOLM
SYDNEY
TOKYO
TORONTO
WASHINGTON, DC

City of New York, State of New York, County of New York

I, Eric Brown, hereby certify that the following is, to the best of my knowledge and belief, a true and accurate translation of the attached document "Notice of Termination", from Croation to English.

Eric Brown

Sworn to before me this
30th day of August, 2007

Signature, Notary Public

HEATHER BOSLEY
Notary Public-State of New York
No. 01BO6116856
Qualified in NEW YORK County
My Commission Expires OCT 12, 20__

Stamp, Notary Public

TPT 077 rev. 1 20060612

THREE PARK AVENUE, 39TH FLOOR, NEW YORK, NY 10016   T 212.689.5555   F 212.689.1059   WWW.TRANSPERFECT.COM

[logo] **ERSTE** BANK

**ERSTE & STEIERMÄRKISCHE BANK D.D.**

Jadranski trg 3a, 51000 Rijeka
Tel.: 052 37 5000
Fax: 052 37 6000

Ulica grada Vukovara 41, 10000 Zagreb
Tel.: 062 37 1000
Fax: 062 37 2000

www.erstebank.hr
erstebank@erstebank.hr

ECOCORTEC d.o.o.
Zelengaj 75                               #20
10000 Osijek

Zagreb, 08.03.2007

SUBJECT MATTER: **Payment request to the borrower -- termination of the loan**

Considering that circumstances stated in the Agreement on Long-term Loan of 04/06/2006, loan number 5102937724, article 13, occurred, we hereby terminate the loan in question as of 03/09/2007.

**To date, due obligations amount to EUR 1,651,004.52, which corresponds to HRK 12,123,504.50 according to the agreed exchange rate, and the total obligations amount to HRK 12,124,085.70.**

In accordance with the provisions of the respective agreement, the total outstanding loan amount together with related interest is as of 03/09/2007 considered due and amounts to:

**Loan number 5102937724**

| | | |
|---|---|---|
| - principal | EUR 1,622,135.76 | HRK 11,911,518.08 |
| - regular interests | EUR 28,868.76 | HRK 211,986.42 |
| - TOTAL: | EUR 1,651,004.52 | HRK 12,123,504.50 |

In addition, we hereby inform you that besides the debt arising from the abovementioned loan, in bank's business books there is a recorded and unsettled due amount arising from the following:

**Number -- 1100454053**

| | |
|---|---|
| - Payment transactions fee | HRK 581.20 |
| **TOTAL:** | **HRK 581.20** |

We hereby invite you to settle the above-mentioned amount increased by default interest **within 8 days** of the date of the sending of this request by Erste & Steiermärkische bank d.d.
In case the outstanding amount is not settled by the mentioned deadline, Erste & Steiermärkische bank d.d. will initiate a payment enforcement procedure to collect its total claims.

Sincerely,

**ERSTE & STEIERMÄRKISCHE BANK D.D.**
**Department of central documentation and managing non-performing claims**
Vukovarska 41, 10000 Zagreb
[signature]
[stamp:]
ERSTE & STEIERMÄRKISCHE BANK D.D.
101    Rijeka    900

Court of registry: the Commercial Court in Rijeka -- Identity number of subject of entry: 040001037 -- Identification number: 3337367 -- Business account: 2402006 -- 1031262160
Share capital HRK 1,324,247,800.00, entirely paid and split into 13,242,478 shares, nominal value of HRK 100.00 each.
Management Board: R. Radakovic, T. Vujic, B. Centner, S. Dalbokov, S. Jagar -- President of the Supervisory Board: R. Ortner

[logo]
ECO
Cortec

**Ecocortec d.o.o.**
**For production and trade**
**Industrijska zona b.b.**
**Beli Manastir**

**Mailing address:**
**Zelengaj 75, 10 000 Zagreb**
**www.ecocortec.hr**

Zagreb, March 22, 2007

Attention: Administration for Central Documentation and Bad Investment Management

ERSTE Banka
Vukovarska 41
Zagreb

- Loan Agreement no. 2402006-1031262160 / 51016015-5102937724 of 04/06/06

On March 20, 2007, we received your "Payment request to the borrower – termination of the loan" of 03/08/2007.

In the loan termination, it is only said that it stems from art. 13 of the agreement, with no reasons provided.

A loan cannot be terminated without providing reasons and without offering the possibility to fulfill the obligations within an appropriate time period, depending on the reasons for termination.

Given that in this case there are no contractual or legal reasons for the termination of the loan, the termination is refused because the way it was made is not permissible and has no legal effect.

We therefore invite you to duly perform your obligations from the loan agreement.

Sincerely,

[signature]

Boris Mikšić

[stamp:]
ECOCORTEC
d.o.o.