# EXHIBIT K

# ERSTE BANK
## The Bank for Central and Eastern Europe



Annual Report 2005

ERSTE BANK