Letter from the CEO
Supervisory Board Report
The Share
Strategy
Corporate Governance
Management Report
Central Europe    **Segment Report**
Credit Risk Report
Financial Statements

**Financial intermediation – Croatia (in % of GDP)**



Source: Croatian National Bank, Eurostat.

**Market shares – Croatia (in %)**



Source: Erste Bank Croatia, Croatian National Bank.

ded in 2001. Growth of the sector was mainly driven by the asset side, in particular by household loans which rocketed over the same period from 18.2% of GDP to 35.8%. As was the case in our other central and east European markets, growth within household loans was fuelled by strong demand for residential mortgages: the mortgage/GDP ratio leapt from 5.3% in 2001 to 12.5% in 2005. On the liability side, deposit growth was more moderate, but still measurable. The deposit-to-GDP ratio grew from 59% in 2001 to 64% in 2005; while other growth in competing investment products, such as funds was even stronger.

As in Hungary and in contrast to the Czech Republic and Slovakia loan growth was driven by increased foreign exchange lending. The Croatian National Bank, whose main aim is to maintain exchange rate stability, reacted by increasing the marginal reserve requirement on foreign liabilities of commercial banks twice in 2005. This was followed by an additional step in 2006. While such measures do cover banks, they do not cover leasing companies, which continue to record even stronger growth rates than banks.

The positive market environment provided a solid base for Erste Bank Croatia's growth. In fact, the bank outperformed market growth in all segments. This impressive development translated into the following market shares in 2005: 11.8% of total assets, strongly up from 9.6% just two years ago, 11.6% in retail loans, substantially up on both 2003 and 2004; and, 10.3% in retail deposits, equally a healthy improvement on the levels registered in the two previous years.

BUSINESS REVIEW

**Strategy.** Erste Bank Croatia's strategic objective is to further expand its market position as a premier provider of universal financial services in Croatia, catering in particular to a broad base of retail and mid-market corporate clients. To achieve this, the bank is constantly developing its product portfolio and distribution capabilities, in order to bring innovative financial solutions closer to its customers. A continuous emphasis on quality improvement in the services and products offered as well as a proactive and personalised approach to customers, is at the core of the bank's strive for delivering superior value to its clients.

## Highlights 2005

**Strong retail business.** Erste Bank Croatia posted exceptional growth rates in its retail lending activities (retail loans grew by about 40% in 2005), rounding off the very positive picture seen throughout Central and Eastern Europe. In so doing it attracted close to 50,000 new customers. Lending growth was driven by substantial increases of the customer base, as well as continued product innovation. By launching several new and highly successful mortgage and consumer lending products, Erste Bank Croatia strengthened its position as one of the most dynamic banks in the retail market. On the liability side the bank introduced new saving products, such as structured deposits with a capital guarantee.

**Continued market share gains in corporate business.** In the area of corporate lending, Erste Bank Croatia maintained its solid growth and increased its market share by a full percentage point to some 13%. This growth was driven by ongoing strong performance in the SME segment, as well as significant gains in the segment of large corporates and project finance.

**Expansion of distribution capabilities.** In line with its expansion strategy, Erste Bank Croatia opened 11 new branches in 2005, more than any of its competitors. This strengthened the bank's geographic coverage considerably, particularly in eastern and southern Croatia, where growth opportunities are the most attractive. In the area of alternative distribution channels, the bank significantly upgraded its capabilities by launching an operator-independent mobile phone banking platform combining the advantages of JAVA and GPRS technologies. Erste Bank Croatia is among the first five banks world-wide to introduce such level of functionality for mobile phone banking.

**Leadership in fund management.** On the back of excellent cross-selling results the Croatian asset management subsidiary posted one of the highest growth rates in the industry in 2005, continuing its very strong performance from 2004. Furthermore, the group's asset management subsidiary won the management mandate for a large, government-sponsored fund project, thus reaching the position of the largest asset manager in Croatia with a share of over 25% of total assets under management.

**National recognition.** Erste Bank Croatia was for the first time ever named the „Best Bank of the Country" in 2005 in an annual competition sponsored by the Croatian Chamber of Commerce recognising its achievements in innovation and customer service.

## Outlook 2006

In 2006 Erste Bank Croatia will very much build on the successes of 2005. In line with its customer-centric approach, the bank aims to continuously expand its offering in order to position itself as an integrated solution-provider for the growing investment and financing needs of its customer base. More specifically, it will move forward with further branch expansion, opening additional 10 – 15 branches over the next two to three years in order to take advantage of the strong momentum in its retail business. While pursuing an accelerated growth path, Erste Bank Croatia is committed to delivering strong financial results to its shareholders and aims to maintain target return on equity levels at or above 20% over the medium term, with a cost/income ratio in the low 50-ies. All targets relate to locally reported figures.

## Financial review

| in EUR million | 2005 | 2004 |
|---|---|---|
| Pre-tax profit | 52.7 | 43.2 |
| Net profit after taxes and minority interests | 25.6 | 22.1 |
| Cost/income ratio in % | 52.3 | 56.6 |
| Return on equity in % | 14.8 | 17.7 |

In 2005, Erste Bank Croatia's net profit after taxes and minority interests rose by 15.7%, or EUR 3.5 million, from EUR 22.1 million to EUR 25.6 million. This modest increase relative to that of pre-tax profit was due to the increase in minority interests following Erste Bank AG's sale of a 15% equity interest in Steiermärkische Bank und Sparkassen AG (thereby reducing its majority stake from 59.8% to 51.4%). Pre-tax profit increased by 22.0%, or EUR 9.5 million, from EUR 43.2 million to EUR 52.7 million. The return on equity contracted from 17.7%

Letter from the CEO
Supervisory Board Report
The Share
Strategy
Corporate Governance
Management Report
Central Europe    **Segment Report**
Credit Risk Report
Financial Statements

to 14.8% as a result of the overall higher equity allocation and the aforementioned increase in minority interests. The cost/income ratio, meanwhile, fell from 56.6% to 52.3%.

Net interest income rose by 18.7%, or EUR 15.8 million, mainly as a result of the more than 30% increase in loans and advances to customers. After adjusting for the legally mandated reclassification of the derivatives result of EUR 9 million from net interest income to the net trading result, net interest income rose by 27%, which largely reflected the expansion of the lending business.

Given the existence of non-recurring items in 2004, such as the reduction in general risk provisions required by the Croatian central bank and loan recoveries, last year's EUR 9.4 million increase in loan loss provision expense is not directly comparable. In 2005, changes in risk provision totals reflected the growth of the credit portfolio.

Net commission income increased by 39.4%, or EUR 6.6 million, from EUR 16.7 million to EUR 23.3 million through gains in the payment transactions, credit and debit card businesses. The net trading result increased by an even greater margin, advancing by 62.4%, or EUR 7.8 million, from EUR 12.6 million to EUR 20.4 million. This gain resulted primarily from the aforementioned reclassification of the derivatives result from net interest income as well as higher foreign exchange trading income.

In 2005, Erste Bank Croatia's expansion strategy led to a 17.0%, or EUR 10.9 million, increase in general administrative expenses from EUR 64.3 million to EUR 75.3 million. The increase resulted from the opening of new branches and the partly related increase in the average number of employees as well as product launch expenses.

## ERSTE BANK SERBIA

**Business profile.** Erste Bank Serbia is one of Serbia's smaller banks, with a market share of approximately 2%. Its operations are concentrated in the Vojvodina region, one of Serbia's more prosperous regions, where it is the second largest bank by asset market share. The bank has some 900 employees, 66 branches, and serves around 260 thousand customers.

## ECONOMIC REVIEW
Erste Bank Serbia operated in a mixed economic environment in 2005. While GDP growth was healthy at an estimated 4% in 2005 it did not reach the previous year's exceptional level of more than 8%. At the same time, GDP/capita equalled EUR 2,500, a level that is much lower than in the other markets we operate in. While the Serbian economy grows strongly it is not yet as balanced as those in more developed central and east European countries. A point in case is the huge trade deficit, a result of strong domestic demand combined with the late start of privatisation and restructuring efforts. Serbia's ongoing transformation process is also reflected in a relatively high unemployment rate, which stood at an average 20% in 2005.

The Serbian interest rate environment is characterised by high nominal and real interest rates, and a higher level of volatility than in more developed countries. This is due to inflation fluctuations, which also impact the exchange rate versus the Euro: it is broadly stable in real terms, but depreciates in nominal terms, in line with inflation.

While the trade balance is heavily in the red as a result of strong domestic demand and responsible for a persistent, double digit current account deficit, the fiscal situation is very much under control and actually in positive territory: the general government surplus reached an estimated 1.4% in 2005, up from a flattish -0.3% in the previous year. Foreign direct investments picked up in 2005, following good privatisation progress, especially in the banking sector.

## MARKET REVIEW
The Serbian banking sector experienced very strong growth over the last two years, albeit from a very low base. This was mainly driven by a boom in imports and financed largely by the expansion of private sector credit. The regulatory environment also improved with the adoption of a new deposit insurance law. The development of the banking sector was also aided by strong privatisation activity.

Following a period of falling penetration ratios, during which the central bank revoked the licenses of some of the largest banking groups in the country, Serbia is now firmly on track of catching up with its central and east European peers. Assets/GDP reached a level of 46% at the end of 2005, strongly up

| Key economic indicators – Serbia | 2002 | 2003 | 2004 | 2005e |
|---|---|---|---|---|
| Population (ave, million) | 7.5 | 7.5 | 7.6 | 7.6 |
| GDP (nominal, EUR billion) | 15.1 | 16.8 | 18.2 | 19.0 |
| GDP/capita (in EUR thousand) | 2.0 | 2.2 | 2.4 | 2.5 |
| GDP growth (real, in %) | 4.5 | 2.4 | 8.6 | 4.0 |
| o/w: domestic demand contribution (in %) | na | na | na | na |
| Exports (% of GDP) | 20.4 | 20.3 | 23.8 | 26.3 |
| Imports (% of GDP) | 43.4 | 43.2 | 53.2 | 48.5 |
| Unemployment (% of labour force) | 13.3 | 14.6 | 18.5 | 20.0 |
| Consumer price inflation (ave, in %) | 16.6 | 9.9 | 11.4 | 15.0 |
| Interest rate (1m interbank offer rate, in %) | na | na | na | 20.2 |
| EUR FX rate (ave) | 60.7 | 65.2 | 72.6 | 82.7 |
| EUR FX rate (eop) | 61.5 | 68.5 | 78.9 | 85.5 |
| Current account balance (% of GDP) | -10.0 | -9.2 | -13.0 | -11.0 |
| General government balance (% of GDP) | -4.6 | -3.4 | -0.3 | 1.4 |

Source: Vienna Institute for International Economic Studies.

### Financial intermediation – Serbia (in % of GDP)



Source: National Bank of Serbia.

from 34% two years ago. In a similar fashion loan penetration rose by more than 50% over the same period. Deposits/GDP increased as well, but to a lesser degree.

BUSINESS REVIEW

**Strategy.** Erste Bank Serbia's strategic aim is to strengthen its market position in the Vojvodina region and in Serbia as a whole, aiming to increase its total asset market share from some 2% to 10% by 2010. To this effect Erste Bank Serbia intends to make substantial investments into the expansion and refurbishment of the branch network. The bank plans to open about 15 branches in 2006 and an additional 20 outlets each in 2007 and 2008.

### Highlights 2005

**Start of transformation programme.** The key achievement of 2005 at Erste Bank Serbia was the launch of the transformation programme in September 2005. It concentrates on organisational restructuring, the appointment of key management personnel as well as on the upgrading of risk management, accounting and controlling policies to group standards. In addition Erste Bank's name and logo replaced the former Novosadska banka brand at the end of December when the first new branch in Belgrade was opened in the new design.

Letter from the CEO
Supervisory Board Report
The Share
Strategy
Corporate Governance
Management Report
Central Europe     **Segment Report**
International Business     Credit Risk Report
Financial Statements

## Outlook 2006

The focal point of 2006 will be the continued execution of the transformation programme. The emphasis will be on product redesign, improvements in process efficiency, increased training for the employees and upgrading of the IT infrastructure. As a result service quality for our customers should improve noticeably.

In addition, the planned expansion and refurbishment of the branch network as well as the launch of special business development initiatives in the retail mortgage lending area and special long term financing schemes for SME clients are expected to result in considerable growth of business volume.

## Financial review

| in EUR million | 2005 | 2004*) |
|---|---|---|
| Pre-tax loss | 8.8 | |
| Net loss after taxes and minority interests | 8.3 | |
| Cost/income ratio in % | | |
| Return on equity in % | | |

*) Segment contribution: no comparable figures for 2004.

In 2005, the net loss after taxes and minority interests totalled EUR 8.3 million, largely as a result of the EUR 5.8 million in restructuring costs booked in 2005. Loans and advances to customers increased by 26.6% to EUR 127 million. Following Erste Bank Serbia's consolidation within the Erste Bank Group, the bank's performance improved dramatically. From September through December 2005, retail loan volume grew by 41.4%, well above the market average of 29.2%. Erste Bank Serbia's performance in the corporates and SME segment was even better, with a 47.0% increase compared to only 15.7% for the market.

This spectacular volume growth was also reflected in net interest income, which rose by 132.9% from EUR 3.8 million to EUR 8.8 million. After factoring in restructuring costs, operating profit was up 94.1%. Excluding these costs, the increase would have exceeded 500%. Despite the booking of restructuring costs, the cost/income ratio remained unchanged from 2004.

## INTERNATIONAL BUSINESS

**Business profile.** The International Business segment covers commercial lending to foreign banks, leasing companies and sovereign debtors, excluding treasury-related interbank business, of Erste Bank's branches in London, New York and Hong Kong as well as of Erste Bank Vienna and Erste Bank Malta.

Erste Bank's London Branch, with some 40 employees, is a wholesale banking operation with a service portfolio ranging from leveraged finance, asset backed securities, structured trade and commercial property to aircraft finance. The New York Branch is a US federally licensed wholesale banking operation. With about 30 employees and a USD 10 billion balance sheet, the branch operates via its lending and treasury profit centres. The Hong Kong Branch is Erste Bank's sole Asia Pacific point of representation. It employs some 20 staff and engages in regional wholesale lending and treasury trading.

## BUSINESS REVIEW

**Strategy.** To achieve the greatest possible group-wide diversification of the credit portfolio and accompanying credit risk diversification, the activities of the international business are intended to balance out the loan books of the extended home market. The strategic focus remains the participation in primary market credit syndications as well as secondary market underwriting, but no direct client business.

## Highlights 2005

**New York exceeds budget targets.** In comparison to 2004 the volume of commitments rose by 25% to EUR 1.8 billion; in contrast the size of the overall loan portfolio remained stable as a result of a moderate increase in corporate lending and a minor reduction in trade finance volumes. Operationally, the New York Branch also registered a very satisfactory development, as it exceeded budget by approximately 16%, achieved a fully-allocated return on capital in excess of 25% and cut general expenses by 5% while maintaining a stable headcount. Additionally, loan portfolio quality was further improved while enhancing portfolio liquidity and diversity, to the extent that no specific credit provisions were required during the year.

**London Branch with low credit costs.** Despite the upheaval and the big challenges in the airline industry and in aircraft finance, the branch has managed the existing portfolio well and incurred low credit expenses in 2005. In executing selected new leasing transactions, it benefited from the experience gained in the last business cycle. As for Western European acquisition finance, the market was somewhat sluggish in 2005. Overall, commitments rose from EUR 2.5 billion in 2004 to EUR 2.8 billion in 2005, or 11%. For 2006 the signs are for stronger growth, which should lead to an improved deal flow.

**Hongkong outperforms targets.** Notwithstanding continued pressure on lending margins and with the benefit of lower than planned credit costs, all 2005 financial targets were surpassed. 2005 loan volume, as measured by commitments, exceeded last year's level by 25% and reached EUR 2.3 billion, primarily as a result of increased lending to financial institutions. The focus continued to be on the maintenance of a high-grade portfolio of regional credit exposures principally to governments and their related entities, financial institutions, industry leading corporate entities engaged in staple industries and asset backed securities. The investment grade portion of the loan portfolio was maintained at 87%.

**Vienna Profit Center.** In spite of sizeable redemptions, the Vienna Profit Center has grown its commitments by EUR 1.9 billion or 25%, to a total exposure of EUR 9.5 billion. At the same time credit quality remained stable, with a share of assets rated investment grade of 86%. Some 96% was concentrated financial institutions and sovereign borrowers. The proportion of credit default swaps continued to grow and represented approximately one third of the portfolio at the end of 2005.

**Outlook 2006**
In 2006, we will continue to implement our conservative credit policy. We will pay close attention to the selection of transactions in light of the weak demand on the one hand and high liquidity on the other. As has been the case for many years, the capital efficiency of individual transactions will be among the top criteria in our credit decisions, given the implementation of Basle II. In order to overcome the expected pressure on margins, we plan to examine alternative investment opportunities to a greater extent.

**Financial review**

| in EUR million | 2005 | 2004 |
|---|---|---|
| Pre-tax loss | 158.5 | 120.4 |
| Net loss after taxes and minority interests | 113.2 | 93.6 |
| Cost/income ratio in % | 19.7 | 19.1 |
| Return on equity in % | 22.9 | 22.8 |

In 2005, net profit after taxes and minority interests advanced by a substantial 20.8%, or EUR 19.6 million, from EUR 93.6 million to EUR 113.2 million. This favourable earnings growth was primarily due to the increased lending volume in Vienna, while the foreign subsidiaries also contributed as a result of the decrease in risk provisions, which benefited from unexpectedly high loan recoveries as well as necessary releases of existing provisions. The cost/income ratio rose slightly from 19.1% to 19.7%, while the return on equity remained essentially unchanged at 22.9%.

Despite the expected narrowing of credit margins and restrained volume growth on account of unfavourable market conditions, net interest income increased by a slight 1.3%, or EUR 2.0 million, from EUR 150.8 million to EUR 152.7 million. In particular, the New York Branch's results were slightly below expectations on account of depressed secondary market activity, weak demand from Latin American banks and lower margins.

Net commission income posted a very satisfactory increase of 30.5%, or EUR 6.9 million, from EUR 22.5 million to EUR 29.4 million. This rise resulted from one-off gains in the area of securities transactions and increased volume, mainly in Hong Kong and Vienna. The net trading result contracted slightly by EUR 1.7 million.

General administrative expenses rose by 7.2%, or EUR 2.4 million, from EUR 33.4 million to EUR 35.8 million, driven by higher personnel costs and currency effects. The other operating result advanced sharply by EUR 7.7 million from a loss of EUR 5.7 million to a gain of EUR 2.0 million as a result of the decline in impairment charges on other financial assets.

Letter from the CEO
Supervisory Board Report
The Share
Strategy
Corporate Governance
Management Report
International Business     **Segment Report**
Corporate Center     Credit Risk Report
Financial Statements

## CORPORATE CENTER

**Business profile.** The Corporate Centre segment encompasses those banking activities that do not qualify for direct allocation to business lines, including non-banking subsidiaries, e-business and subsidiaries that provide marketing, organisation, information technology and other support services. The Corporate Centre segment also includes intragroup profit and loss eliminations, which make line-item and period-to-period comparisons of the results of this segment not meaningful. By reporting the one-time effects of business disposals and expenses for group-wide projects in the Corporate Centre segment, we seek to improve the period-to-period comparability of the results of our core business segments.

## BUSINESS REVIEW
### Highlights 2005
**Effective marketing.** Last year, our marketing activities in Austria focused on wealth creation and estate transfer. Through our initiatives to sell securities based savings plans, we contributed to the increase in securities volume. The estate transfer theme continues to play a growing role in the light of demographic changes. Last year, we made further progress towards our goal of positioning ourselves as a long-term and forward looking partner for financial planning in the estate transfer area.

In Central and Eastern Europe, Erste Bank Hungary successfully borrowed from a current advertising concept in Slovakia. This represented a first use of major synergies and enabled us to repeat the success of the concept in Hungary. In Serbia, the decision was reached in October 2005 to re-brand Novosadska Banka under the Erste Bank Serbia name. In the Czech Republic, we finished integrating the marketing departments of the local bank subsidiaries into the marketing department of Česká spořitelna. This move generated significant synergies and further strengthened the Česká Spořitelna brand as the major distribution channel for products of the subsidiaries such as leasing, insurance and mortgage savings plans.

**Increased use of electronic channels.** In 2005, we also stepped up our efforts to shift standardised services towards complementary online distribution channels. In the retail banking segment, we saw an increase in the number of clients who registered for – and regularly used – netbanking, the online service of Erste Bank and the savings banks. Last year, the number of registered users at Erste Bank and the savings banks increased by 11% from 570 thousand to 633 thousand, while the use of netbanking by retail clients increased by a disproportionate 18.8% from 240 thousand to 285 thousand.

In 2006, the multichannel management activities will continue to focus on adapting the product range and service processes to online distribution channels and making them directly accessible in order to further improve and expand rapid and transparent processing. For retail banking clients, we will redouble our efforts to increase the use of direct access and online services. For our corporates and SME clients, we will continue to exploit all possibilities for shifting transaction services from paper-based to electronic payments.

### Financial review

| in EUR million | 2005 | 2004 |
| --- | --- | --- |
| Pre-tax loss | 73.4 | 53.0 |
| Net loss after taxes and minority interests | 81.1 | 86.9 |
| Cost/income ratio in % | – | – |
| Return on equity in % | – | – |

The trends for net commission income and general administrative expenses were largely determined by profit consolidation of bank support operations, as general administrative expenses rose in large part through capital expenditure for group-wide projects launched in 2004, reduced inter-company eliminations of group services for central European units and due diligence expenses. The deterioration in the other operating result was mainly due to the aforementioned non-recurring items assigned to the Corporate Center, in particular the proceeds from the sale of Investkredit in the fourth quarter of 2004 and gains on real estate disposals in the fourth quarter of 2005.

The major change in tax expense resulted from the non-recurring tax charge related to the write-down of deferred tax assets in the first quarter of 2004 as a result of the decrease in the Austrian corporation tax (KÖST) from 34% to 25% as of 1 January 2005.

# "Life is upside down"

Last year was an eventful one for the Miklosova family. For Andrea and her husband Erik, an engineer, the birth of their son Filipko, as he is affectionately called by his parents, was clearly the most exciting development. Since then, the now five-month-old baby has become the centre of the family. Far less eventful but not insignificant was the purchase of a new car. Every day, Erik Miklos commutes for a solid hour to reach his job as an air traffic controller at the Bratislava airport. Flexibility is crucial, given the difficult environment in the Slovakian job market. Even though the economy grew by 5.7% last year and the unemployment rate fell from 18.1%, unemployment remains high at 16.4%. Therefore one thing is clear for the Miklosova family: they want to stay in their home town of Sala.

**Erste Bank:** "Ms. Miklosova, you have a family now. Your son Filip is several weeks old."

Andrea Miklosova: "And everything revolves around him! (laughs) Isn't he wonderful? We are so lucky!"

**Erste Bank:** "Will you now all move to Bratislava, Herr Miklos, so that you can spend more time with your family?"

Erik Miklos: "It is true that during the week I don't get much time to be with my family. But in any event, we plan to remain in Sala."

Andrea Miklosova: "We feel very good here. Moreover, we have our family and friends nearby. And that is also important for later, when I start working again."

**Erste Bank:** "How long is your commute each day?"

Erik Miklos: "About two-and-a-half hours. Sure, it's long. Therefore I bought a new car. That makes the daily commute somewhat easier. And every evening I am happy to be home. I am already curious to see when Filipko will really be able to greet me for the first time. For now he sleeps most of the time."

Andrea Miklosova: "Except at night!" (laughs)

**Erste Bank:** "With a child come many changes..."

Andrea Miklosova: "For sure! With our little Filipko, for example, we will soon need more room. Therefore we will build a new house here in Sala. It should be ready by the end of 2008 at the latest."

Erik Miklos: "Also, Andrea is on maternity leave."

Andrea Miklosova: "But as soon as little Filip is ready, I would definitely like to go back to work. After all, I have a degree in business management, and I would like to put it to use. In addition, I took out a loan in order to pay for the studies. I would like to pay that off as quickly as possible."

**Erste Bank:** "We wish you the best of luck in that endeavour. We would like to remain your trusted partner in the future."

Erik Miklos: "We will certainly take you up on that for our new house!"



Miklosova family, clients of Slovenská sporiteľňa, Slovakia



# Credit Risk Report

## INTRODUCTION

The credit exposure corresponds to the total of the balance sheet items loans and advances to credit institutions and loans and advances to customers, all fixed-income securities (held in the trading book, other current assets or financial investments), off-balance sheet credit risks in the form of guarantees and letters of credit, and finally the investment portfolio of insurance company s Versicherung.

The Erste Bank Group's total credit exposure as of 31 December 2005 increased by 11.3%, or EUR 14.9 billion, relative to the previous year to reach EUR 146.9 billion. This increase broke down as follows: EUR 5.3 billion at Erste Bank AG (mainly interbank transactions and securities investments); EUR 5.8 billion at the subsidiaries in the central European core markets (growth in lending volume, in particular to private households); EUR 1.9 billion at the Haftungsverbund and independent savings banks (mainly growth in the retail lending business); EUR 1.1 billion at s Versicherung.

## RISK CLASSES

The allocation of credit exposure into the following risk classes is based on internal client rating systems, which comprise five rating levels for private individuals and 14 rating levels for corporate clients. Credit exposure is divided into the following risk classes.

_Low risk: the borrower demonstrates a strong repayment capacity; new business generally involves clients in this risk class.

_Management attention: the borrower's financial situation is in effect good, but his repayment ability may be negatively affected by unfavourable economic conditions. New business with clients in this risk class requires adequate structuring of the credit risks, e.g. by way of collateral.

_Substandard: the borrower is vulnerable to negative financial and economic impacts; such loans are managed in specialised risk management departments.

_Non-performing: at least one of the default criteria under Basle II, e.g. total repayment unlikely, interest or principal payment more than 90 days past due, restructuring resulting in a loss to lender, realisation of a loan loss, or opening of bankruptcy proceedings.

## CREDIT RISK REVIEW

### Overall trend

The increase in overall credit exposure was limited to the two best risk classes (low risk and management attention). Credit exposure with high default risk posted significant declines, while the non-performing class contracted slightly.

**Credit exposure by risk class in 2005 (in %)**



| | |
|---|---|
| 2.6 Non-performing | |
| 2.0 Substandard | |
| 10.0 Management attention | |
| | 85.4 Low risk |

Of Erste Bank Group's total credit exposure, 85.4% was concentrated on the best risk class and 10% on the second-best, while the relative shares of the two highest-risk classes contracted significantly.

Letter from the CEO
Supervisory Board Report
The Share
Strategy
Corporate Governance
Management Report
Segment Report
**Credit Risk Report**
Financial Statements

## Credit exposure by risk class – 2005 vs 2004

| in EUR million | Low risk | Management attention | Substandard | Non-performing | Total exposure |
|---|---|---|---|---|---|
| Total exposure at 31 Dec 2005 | 125,296 | 14,751 | 2,973 | 3,833 | 146,853 |
| % of total | 85.3 | 10.0 | 2.0 | 2.6 | 100.0 |
| Risk provisions at 31 Dec 2005 | 106 | 152 | 514 | 2,115 | 2,886 |
| % of exposure | 0.1 | 1.0 | 17.3 | 55.2 | 2.0 |
| | | | | | |
| Total exposure at 31 Dec 2004 | 112,235 | 12,406 | 3,473 | 3,879 | 131,993 |
| % of total | 85.0 | 9.4 | 2.6 | 2.9 | 100.0 |
| Risk provisions at 31 Dec 2004 | 93 | 107 | 484 | 2,185 | 2,869 |
| % of exposure | 0.1 | 0.9 | 14.0 | 56.3 | 2.2 |
| | | | | | |
| Change in total exposure in 2005 | 13,061 | 2,345 | -500 | -46 | 14,861 |
| % change | 11.6 | 18.9 | -14.4 | -1.2 | 11.3 |
| Change in risk provisions in 2005 | 13 | 45 | 30 | -71 | 17 |
| % change | 14.0 | 42.1 | 6.1 | -3.2 | 0.6 |

**Credit exposure by risk class/Austria**

| in EUR million | Low risk | Management attention | Substandard | Non-performing | Total exposure |
|---|---|---|---|---|---|
| Total exposure at 31 Dec 2005 | 51,651 | 10,672 | 2,305 | 2,932 | 67,559 |
| % of total | 76.5 | 15.8 | 3.4 | 4.3 | 100.0 |
| Risk provisions at 31 Dec 2005 | 21 | 38 | 372 | 1,560 | 1,992 |
| % of exposure | 0.0 | 0.4 | 16.2 | 53.2 | 2.9 |
| | | | | | |
| Total exposure at 31 Dec 2004 | 49,591 | 9,242 | 2,894 | 3,033 | 64,760 |
| % of total | 76.6 | 14.3 | 4.5 | 4.7 | 100.0 |
| Risk provisions at 31 Dec 2004 | 12 | 20 | 391 | 1,577 | 2,001 |
| % of exposure | 0.0 | 0.2 | 13.5 | 52.0 | 3.1 |
| | | | | | |
| Change in total exposure in 2005 | 2,060 | 1,430 | -590 | -102 | 2,799 |
| % change | 4.2 | 15.5 | -20.4 | -3.3 | 4.3 |
| Change in risk provisions in 2005 | 9 | 18 | -19 | -17 | -9 |
| % change | 74.2 | 87.1 | -4.8 | -1.1 | -0.5 |

In Austria, total credit exposure rose by EUR 2.8 billion, or 4.3%, primarily as a result of increases in retail lending by the Haftungsverbund savings banks and investments by s Versicherung equalling EUR 1.1 billion. The bulk of the growth was recorded in the two best risk classes, as shown in the associated table.

Letter from the CEO
Supervisory Board Report
The Share
Strategy
Corporate Governance
Management Report
Segment Report
**Credit Risk Report**
Financial Statements

**Credit exposure by risk class/Outside Austria**

| in EUR million | Low risk | Management attention | Substandard | Non-performing | Total exposure |
|---|---|---|---|---|---|
| Total exposure at 31 Dec 2005 | 73,645 | 4,080 | 668 | 901 | 79,295 |
| % of total | 92.9 | 5.1 | 0.8 | 1.1 | 100.0 |
| Risk provisions at 31 Dec 2005 | 84 | 114 | 142 | 555 | 894 |
| % of exposure | 0.1 | 2.8 | 21.2 | 61.5 | 1.1 |
| Total exposure at 31 Dec 2004 | 62,644 | 3,164 | 578 | 846 | 67,233 |
| % of total | 93.2 | 4.7 | 0.9 | 1.3 | 100.0 |
| Risk provisions at 31 Dec 2004 | 80 | 86 | 93 | 608 | 868 |
| % of exposure | 0.1 | 2.7 | 16.1 | 71.9 | 1.3 |
| Change in total exposure in 2005 | 11,001 | 915 | 90 | 55 | 12,062 |
| % change | 17.6 | 28.9 | 15.6 | 6.6 | 17.9 |
| Change in risk provisions in 2005 | 4 | 27 | 48 | -54 | 26 |
| % change | 4.9 | 31.5 | 51.9 | -8.8 | 3.0 |

Credit exposure outside Austria increased by nearly EUR 12.1 billion, or 17.9%. This increase was driven mainly by the interbank transactions and securities business of Erste Bank AG and the growth in lending volume in Central Europe. Here as well, as shown in the table above, the increase was almost entirely concentrated on the two best risk classes.

**CREDIT RISK BY SECTOR**

As in previous years, sector exposure was concentrated mainly in banking and insurance, private households and public administration. Combined, these sectors accounted for approximately two-thirds of total exposure. These sectors were followed by real estate and other business services, manufacturing and trade. With the exception of construction, all the other sectors accounted for less than 2.5% of the total. Thus once again the sector mix was balanced, with an appropriate degree of risk diversification.

The sector distribution at Group level is representative of most individual companies in Erste Bank Group. The Group is very

much a retail bank, with a largely uniform risk structure. Any deviations from this pattern are found mainly at companies with specialised products, such as s Bausparkasse, s Wohnbaubank (real estate) and Immorent (leasing).

**Credit risk by sector in 2005 (in %)**



| | |
|---|---|
| 9.5 Others (under 2.5 %) | |
| 2.9 Construction | |
| 5.6 Trade | |
| 5.7 Manufacturing | |
| 9.5 Real estate and other business activities | |
| 14.8 Public administration | |
| 33.0 Banking and insurance | |
| 19.1 Private households | |

## Credit risk by sector/Total

| in EUR million | Low risk | Management attention | Substandard | Non-performing | Total exposure |
|---|---|---|---|---|---|
| Agriculture and forestry | 639 | 453 | 66 | 76 | 1,234 |
| Mining | 347 | 551 | 43 | 22 | 963 |
| Manufacturing | 5,859 | 1,547 | 517 | 457 | 8,379 |
| Energy and water supply | 1,134 | 259 | 30 | 11 | 1,435 |
| Construction | 2,846 | 913 | 213 | 301 | 4,274 |
| Trade | 5,186 | 1,942 | 564 | 483 | 8,175 |
| Tourism | 1,422 | 1,255 | 335 | 405 | 3,417 |
| Transport and communication | 1,942 | 612 | 196 | 184 | 2,933 |
| Banking and insurance | 47,514 | 799 | 66 | 40 | 48,419 |
| Real estate and other business activities | 9,414 | 3,707 | 374 | 524 | 14,019 |
| Public administration | 21,411 | 217 | 13 | 23 | 21,664 |
| Healthcare and social services | 678 | 412 | 31 | 44 | 1,166 |
| Other services | 1,137 | 581 | 105 | 140 | 1,964 |
| Private households | 25,063 | 1,442 | 418 | 1,111 | 28,033 |
| Other | 703 | 62 | 2 | 10 | 778 |
| **Total** | **125,296** | **14,751** | **2,973** | **3,833** | **146,853** |

Letter from the CEO
Supervisory Board Report
The Share
Strategy
Corporate Governance
Management Report
Segment Report
**Credit Risk Report**
Financial Statements

## Credit risk by sector/Austria

| in EUR million | Low risk | Management attention | Substandard | Non-performing | Total exposure |
|---|---|---|---|---|---|
| Agriculture and forestry | 305 | 391 | 50 | 55 | 802 |
| Mining | 80 | 293 | 35 | 16 | 424 |
| Manufacturing | 2,784 | 1,016 | 313 | 335 | 4,448 |
| Energy and water supply | 423 | 139 | 14 | 9 | 587 |
| Construction | 2,045 | 782 | 202 | 273 | 3,302 |
| Trade | 2,830 | 1,340 | 485 | 398 | 5,052 |
| Tourism | 878 | 1,027 | 308 | 336 | 2,549 |
| Transport and communication | 1,008 | 411 | 84 | 86 | 1,588 |
| Banking and insurance | 12,345 | 215 | 37 | 14 | 12,610 |
| Real estate and other business activities | 5,619 | 2,956 | 328 | 453 | 9,355 |
| Public administration | 5,846 | 57 | 7 | 3 | 5,912 |
| Healthcare and social services | 564 | 368 | 27 | 38 | 997 |
| Other services | 624 | 487 | 70 | 91 | 1,272 |
| Private households | 16,225 | 1,176 | 344 | 822 | 18,566 |
| Other | 76 | 14 | 1 | 4 | 95 |
| **Total** | **51,651** | **10,672** | **2,305** | **2,932** | **67,559** |

The EUR 2.8 billion increase in overall credit exposure in
Austria resulted from a EUR 3.2 billion increase in the private
household, banking and insurance and real estate and other
business services sectors, which was partially offset by decli-
ning exposure in other sectors.

**Credit risk by sector/Outside Austria**

| in EUR million | Low risk | Management attention | Substandard | Non-performing | Total exposure |
|---|---|---|---|---|---|
| Agriculture and forestry | 334 | 62 | 16 | 21 | 433 |
| Mining | 267 | 257 | 8 | 7 | 539 |
| Manufacturing | 3,074 | 530 | 204 | 123 | 3,931 |
| Energy and water supply | 711 | 119 | 16 | 2 | 848 |
| Construction | 802 | 131 | 11 | 29 | 973 |
| Trade | 2,356 | 602 | 79 | 85 | 3,123 |
| Tourism | 545 | 228 | 26 | 69 | 868 |
| Transport and communication | 934 | 202 | 112 | 98 | 1,345 |
| Banking and insurance | 35,170 | 584 | 29 | 26 | 35,809 |
| Real estate and other business activities | 3,795 | 751 | 46 | 71 | 4,664 |
| Public administration | 15,566 | 161 | 6 | 20 | 15,752 |
| Healthcare and social services | 114 | 44 | 4 | 7 | 168 |
| Other services | 514 | 94 | 35 | 50 | 692 |
| Private households | 8,838 | 266 | 74 | 289 | 9,467 |
| Other | 628 | 48 | 2 | 6 | 683 |
| **Total** | **73,645** | **4,080** | **668** | **901** | **79,295** |

Outside Austria, the banking and insurance and public sectors accounted for EUR 6.3 billion of the overall EUR 12.1 billion increase in risk exposure. The private household sector's exposure also rose by a significant 47.0%, or EUR 3.0 billion. The growth in retail lending in Central Europe accounted for the bulk or EUR 2.5 billion of this increase.

In 2005, the non-Austrian share of risk exposure increased from 51% of the total to 54%. However, no significant change in Erste Bank Group's overall risk exposure resulted from this.

**CREDIT RISK BY REGION**

In the following table, credit exposure is broken down by the home country of the borrower; the distribution among the Erste Bank Group subsidiaries can be seen in the breakdown by segments.

The overall increase of EUR 14.9 billion broke down as follows: EUR 2.8 billion, or 19% in Austria, EUR 8.4 billion or 56% in the central European home markets EUR 2.8 billion or 19% in other EU and industrialised countries and EUR 0.9 billion or 6% in emerging markets.

Letter from the CEO
Supervisory Board Report
The Share
Strategy
Corporate Governance
Management Report
Segment Report
**Credit Risk Report**
Financial Statements

## Credit risk by region

| in EUR million | Low risk | Management attention | Substandard | Non-performing | Total exposure |
|---|---|---|---|---|---|
| Core market | 89,322 | 12,890 | 2,826 | 3,537 | 108,575 |
| Austria | 51,651 | 10,672 | 2,305 | 2,932 | 67,559 |
| Croatia | 4,090 | 516 | 143 | 136 | 4,885 |
| Romania | 253 | 17 | 1 | 0 | 271 |
| Serbia | 275 | 12 | 45 | 21 | 354 |
| Slovakia | 6,010 | 418 | 161 | 83 | 6,671 |
| Slovenia | 1,120 | 188 | 18 | 35 | 1,362 |
| Czech Republic | 18,014 | 432 | 87 | 197 | 18,730 |
| Hungary | 7,909 | 635 | 66 | 134 | 8,743 |
| Other EU | 24,059 | 852 | 73 | 198 | 25,182 |
| Other industrialised countries | 8,815 | 274 | 39 | 69 | 9,197 |
| Emerging markets | 3,101 | 736 | 34 | 28 | 3,899 |
| Southeastern Europe / CIS | 623 | 240 | 2 | 0 | 865 |
| Asia | 1,133 | 93 | 0 | 3 | 1,229 |
| Latin America | 757 | 65 | 31 | 2 | 855 |
| Middle East / Africa | 588 | 338 | 1 | 23 | 949 |
| **Total** | **125,296** | **14,751** | **2,973** | **3,833** | **146,853** |

The volume increase in Central Europe resulted from both organic growth at the subsidiary banks and increased cross-border lending, especially at Erste Bank AG. In the other EU and industrialised countries, interbank transaction volume increased.

Erste Bank Group's core markets and the European Union accounted for 91% of the Group's overall risk exposure.

Volume in the emerging markets increased by a total of EUR 0.9 billion but at 2.7% remained relatively insignificant.

**Credit risk by region in 2005 (in %)**



2.7 Emerging markets
6.3 Other industrialised countries
17.1 Other EU
27.9 Core market Central Europe
46.0 Core market Austria

## CREDIT RISK BY SEGMENT

This section describes the composition of credit exposure
based on reporting segments. Exposure is allocated based on
*the domicile of* Group entities that carry the credit risk on their
books.

### Credit risk by segment

| | Low risk | Management attention | Substandard | Non-performing | Total exposure | Non-performing loans | Total risk provisions | NPL Coverage |
|---|---|---|---|---|---|---|---|---|
| in EUR million | | | | | | | | in% |
| Austria | 75,544 | 12,267 | 2,431 | 3,275 | 93,517 | 3,275 | 2,168 | 66.2% |
| Central Europe | 32,915 | 1,699 | 470 | 500 | 35,584 | 500 | 602 | 120.4% |
| International Business | 16,439 | 784 | 72 | 58 | 17,353 | 58 | 116 | 199.8% |
| Corporate Center | 397 | 1 | 0 | 0 | 398 | 0 | 0 | |
| **Total** | **125,296** | **14,751** | **2,973** | **3,833** | **146,853** | **3,833** | **2,886** | **75.3%** |

The differences in provisioning levels for the segments resul-
ted *from the risk situation in the respective markets*, regulatory
requirements and the local legal environment.

Letter from the CEO
Supervisory Board Report
The Share
Strategy
Corporate Governance
Management Report
Segment Report
**Credit Risk Report**
Financial Statements

## NON-PERFORMING LOANS (NPLs) AND RISK PROVISIONS

Credit assets are classified and reported as non-performing if one or more of the default criteria set out by Basle II are met. The NPL amounts presented here constitute gross volumes, meaning that collateral has not been deducted.

On average in the Group, risk provisions covered 75.3% of reported NPLs. As NPLs include secured outstandings, this level can be considered sufficient, especially when taking into account the actual loss experience given default. By adopting the Basle II definition of default in 2002, Erste Bank chose a conservative approach.

In 2005, NPL fell slightly by EUR 46 million, or 1.2%, to EUR 3,833 million. A slight increase in Central Europe related to the consolidation of Erste Bank Serbia was offset by declines in Austria and the international business. Meanwhile, risk provisions for NPLs rose to EUR 2,886 million (up EUR 17 million, or 0.6%), with in particular an increase in risk provisions in Central Europe as a result of the first-time inclusion of Erste Bank Serbia. This resulted in a 1.3 percentage point increase in NPL coverage through risk provisions versus last year.

## CREDIT RISK SEGMENT REPORT

### AUSTRIA

In 2005, Austria's stable but modest economic growth and higher energy prices caused many companies to implement capacity-adjustment, cost-reduction and productivity-enhancing programmes. Larger companies cleaned up their balance sheets, and demand for credit softened as margin pressures increased.

In 2005, Austria had 7,056 bankruptcies, up 11.7% from the previous year. The corresponding bankruptcy liabilities contracted by 4% to EUR 2.4 billion, however. Household bankruptcies rose by nearly 16% last year to reach 6,460. This development was instigated by improved debtor education and the economic environment. Further increases are expected for 2006.

### Corporate bankruptcies in Austria in 2005

|  | 2005 | 2004 | Change |
|---|---|---|---|
| Total bankruptcies | 7,056 | 6,318 | + 11.7% |
| Estimated bankruptcy liabilities in EUR | 2.4 billion | 2.5 billion | - 4.0% |

### Household bankruptcies in Austria in 2005

|  | 2005 | 2004 | Change |
|---|---|---|---|
| Total bankruptcies | 6,460 | 5,573 | + 15.9% |
| Estimated bankruptcy liabilities in EUR | 763 million | 697 million | + 9.5% |

Sources: WIFO, KSV.

## Savings Banks

In 2005, the risk exposure of the Haftungsverbund savings banks increased by EUR 1.6 billion, or 5.2%, to EUR 33.1 billion. Their share relative to the overall total contracted to 22.5% as a result of below-average growth. Non-performing loans contracted by 2.3%, and their share relative to the total loan volume for Haftungsverbund savings banks contracted slightly from 5.2% to 4.9% even as the cover ratio through provisions increased to 77.4%.

Foreign risk exposure increased from 11.3% to 13.3%, mainly in the core market. No major changes occurred in the sector distribution, with the exception of household exposure, which as a share of the overall total increased by 1.8 percentage points to 28.7%. Once again, private households and real estate represented the largest sectors.

Since the savings banks are regional institutions, credit growth varied according to local economic conditions. Retail lending tended to increase at a stronger rate than did corporate credit.

## Retail and Mortgage

In 2005, the retail and mortgage credit exposure of Erste Bank and its subsidiaries assigned to this segment – notably Salzburger Sparkasse, Tiroler Sparkasse, s Bausparkasse, s Wohnbaubank and s Versicherung – increased by EUR 28.3 billion. Non-performing loan exposure decreased by 8.8% to EUR 1.0 billion.

Retail. Rating systems for retail clients are implemented comprehensively and effectively support risk mitigation.

The rating system implemented in late 2004 for small business and professional clients, which enables a rapid assessment of their risk situation and thereby the possibility to adopt early measures to avoid or minimise risk, is already providing initial results. Moreover, since the second half of 2005, clients in sectors with a higher default risk are subject to a special review procedure.

The risk management system will be further enhanced in 2006 through the scheduled launch of risk assessment software for new credit applications (credit analysis).

Mortgage. The satisfactory quality of the loan portfolio at all of Erste Bank's specialised mortgage financing units was managed successfully once again through the continued application of a conservative credit risk policy. Lending volumes increased by around 3%, with the low risk class continuing to account for a relatively high percentage of the overall total (75%). Management attention class exposure increased by around 18%, while the substandard and non-performing class exposures contracted by 14.5% and 5.1%, respectively.

The residential construction loan portfolio of s Bausparkasse der österreichischen Sparkassen AG, well secured through mortgages and broadly diversified throughout Austria, remained characterised by its traditional low default risk. s Wohnbaubank AG's lending situation is also noteworthy, with a well-structured portfolio that so far has remained free of default.

SME business. The successful completion of the restructuring started in 2003 yielded good results in the SME business unit in 2005. In that context, the volume of low risk credit exposure increased by 17.2%, while volumes in the management attention, substandard and non-performing classes decreased by 3.3%, 23.3% and 14.4%, respectively. With the addition of new clients and expansion of loans with lower default risk, overall credit volume increased by 2.1% relative to the previous year.

In 2005, the unsecured portion of loans was further reduced through successful maintenance of the business focus. This was achieved mainly through strict collateral requirements, risk-adjusted pricing and the selective addition of new clients.

In terms of sector distribution, lending was concentrated mainly on manufacturing, trade and other business services.

Letter from the CEO
Supervisory Board Report
The Share
Strategy
Corporate Governance
Management Report
Segment Report
**Credit Risk Report**
Financial Statements

### Large Corporates

In 2005, the risk exposure of the credit portfolio was further reduced. Volume in the substandard risk class contracted significantly by 66.3%, while the management attention and non-performing classes increased by only 5.5% and 2.0%, respectively.

In the area of property and project financing, lending volume increased by a slight 1.2% in 2005, while the portfolio's risk exposure and collateral coverage improved. Volume in the low risk class increased by around 47%, while volumes in the management attention, substandard and non-performing classes contracted by 10.7%, 86.7% and 12.7%, respectively.

No defaults were observed in this subsegment last year. The quality of the portfolio was further improved, and ample provisions have been established to cover the few remaining risks. In terms of the portfolio's sector composition, real estate and other business services accounted for some 71%, while tourism made up around 22%.

### Trading and Investment Banking

In the treasury business (money market, derivatives business, securities business), Erste Bank assumes mainly partner risks with banks and sovereign borrowers, for which a limit is established and adjusted where necessary. To a limited extent, the treasury business assumes some corporates-related risks.

### CENTRAL EUROPE
### Česká spořitelna

The quality of overall loans to customers (EUR 9.8 billion) improved in relative terms. Despite the substantial lending volume growth in 2005, the relative share of non-performing loans – loans more than 90 days overdue – decreased from 1.8% to 1.6%. The overall volume of non-performing loans changed only slightly, rising from EUR 136 million to EUR 144 million.

Regarding the quality of individual client segments, the corporate and retail portfolios were marked by contrasting trends. The quality of corporate loans improved significantly due to a positive economic environment, which resulted in an extremely low level of defaults. The corporate portfolio still contains EUR 33 million in historical non-performing loans in the work-out stage.

While the retail segment lending portfolio continued to grow significantly in 2005, its share of non-performing loans remained stable at 2.3%. In absolute terms, they increased by EUR 26 million. This increase was driven almost solely by a new consumer lending product.

In 2005, the volume of loan loss reserves decreased from EUR 192 million to EUR 174 million mainly due to increased usage of existing reserves. Coverage of non-performing loans by total loan loss reserves decreased to 121% (compared with 141.4% at end-2004).

### Slovenská sporiteľňa

Loan loss provisioning and asset protection remained on a very comfortable level, the share of non-performing loans declined from 7% at end-December 2004 to 3.6% last year, with an adequate provision level of approximately 60%. Including collateral, NPL coverage remained at more than 90% on average. Due to the switch from the previous National Bank category to a new internal rating risk assessment and provisioning system (in accordance with IAS 39 requirements) the detailed provisioning figures for 2004 and 2005 are not directly comparable, but the total coverage remains comfortable.

**Erste Bank Hungary**

The general quality of the credit portfolio improved last year. In retail lending this was due to regular monitoring of non-performing loans, while in corporate lending this was due to the restructuring of the corporate work-out department and the establishment of an intensive care unit, which led to a recovery rate of nearly 90%.

In 2005, the non-performing loan volume decreased from 2.4% to 2.3% of total lending volume. Coverage of non-performing loans by specific provisions increased from 48.5% to 50.0%.

**Erste Bank Croatia**

Erste Bank Croatia posted positive trends in all parts of the portfolio in 2005.

With the exception banks and the public sector, the total exposure coverage through the overall risk provisions was permanently lowered thanks to a strong increase in the portfolio and good work-out collection. Their combined impact was a reduction in risk provisions.

In the area of corporate lending corporate work-out collection in the first quarter, resulted in a strong decrease in specific provisions. The risk distribution was positive throughout the year in both absolute and relative terms. The relative share of the low risk class increased from 77.5% to 80.6%, and portions of all other rating classes, especially non-performing loans, were permanently lowered.

**Erste Bank Serbia**

Erste Bank Serbia was consolidated into Erste Bank Group for the first time in 2005. The loan portfolio of EUR 149 million is small from a group perspective and it is 36.2% covered by risk provisions. In the usual integration project the risk management function will be upgraded to Erste Bank standards.

INTERNATIONAL BUSINESS

Credit risk developed favourably in the International Business segment. Thanks to the low level of new defaults, the volume of non-performing loans decreased. In contrast risk provisions decreased only slightly, resulting in a NPL coverage ratio of nearly 200%.

Letter from the CEO
Supervisory Board Report
The Share
Strategy
Corporate Governance
Management Report
Segment Report
Credit Risk Report
**Financial Statements**

# Financial Statements

**86    Consolidated Income Statement**
**87    Consolidated Balance Sheet**
**88    Consolidated Statement of Changes in Total Equity**
**90    Cash Flow Statement**
**92    Notes**
101              1) Net interest income
102              2) Risk provisions for loans and advances
                 3) Net commission income
                 4) Net trading result
                 5) General administrative expenses
106              6) Income from insurance business
107              7) Other operating result
108              8) Taxes on income
                 9) Appropriation of net profit
109             10) Cash and balances with central banks
                11) Loans and advances to credit institutions
                12) Loans and advances to customers
110             13) Risk provisions for loans and advances
                14) Trading assets
111             15) Fair value through profit or loss and available for sale
112             16) Financial investments
113             17) Movements of fixed assets and financial investments
114             18) Other assets
115             19) Deferred tax assets and liabilities
116             20) Amounts owed to credit institutions
                21) Amounts owed to customers
117             22) Debts evidenced by certificates
                23) Provisions
120             24) Other liabilities
                25) Subordinated capital
121             26) Shareholders' equity
127             27) Segment reporting
136             28) Additional information
                29) Related party transactions
137             30) Assets pledged as collateral
138             31) Fiduciary operations
                32) Risk management policies
148             33) Total volume of unsettled derivatives at 31 December 2005
150             34) Fair value of financial instruments
151             35) Contingent liabilities and other obligations
154             36) Breakdown of remaining maturities at 31 December 2005
                37) Events after the balance sheet date
155             38) Boards of Erste Bank der oesterreichischen Sparkassen AG
156             39) Details of the holdings of the Erste Bank Group at 31 December 2005
**160    Auditors' report**

# Consolidated Financial Statements 2005 (IFRS)

## I. Consolidated Income Statement of Erste Bank for the year ended 31 December 2005

| in EUR thousand | Notes | 2005 | restated *) 2004 |
|---|---|---|---|
| Interest and similar income | | 5,809,085 | 5,232,137 |
| Interest paid and similar expenses | | -3,014,857 | -2,571,807 |
| **Net interest income** | 1 | **2,794,228** | **2,660,330** |
| Risk provisions for loans and advances | 2 | -421,596 | -406,185 |
| Fee and commission income | | 1,545,213 | 1,358,449 |
| Fee and commission expenses | | -288,440 | -223,060 |
| **Net commission income** | 3 | **1,256,773** | **1,135,389** |
| Net trading result | 4 | 241,705 | 216,481 |
| General administrative expenses | 5 | -2,676,920 | -2,594,938 |
| Income from insurance business | 6 | 36,663 | 36,860 |
| Other operating result | 7 | -16,127 | -51,343 |
| **Pre-tax profit for the year** | | **1,214,726** | **996,594** |
| Taxes on income | 8 | -299,977 | -277,876 |
| **Profit for the year** | | **914,749** | **718,718** |
| Minority interests | | -203,119 | -197,869 |
| **Net profit after minority interests** | 9 | **711,630** | **520,849** |

*) restated to reflect the effects of applying amended IAS 32 and IAS 39 applied retroactively from 1.1.2005. Detailed explanations are given in Section C. Accounting policies, c) Effects of applying amended and new IFRS and/or IAS

### Earnings per share

Earnings per share constitute net profit after minority interests divided by the average number of ordinary shares outstanding. Diluted earnings per share represent the maximum potential dilution (increase in the average number of shares) which would occur if all issued subscription and conversion rights were exercised.

| | | 2005 | restated 2004 |
|---|---|---|---|
| Net profit after minority interests | in EUR thousand | 711,630 | 520,849 |
| Average number of shares outstanding *) | number | 240,145,648 | 238,576,585 |
| **Earnings per share** | in EUR | **2.96** | **2.18** |
| Diluted earnings per share | in EUR | 2.95 | 2.16 |
| Dividend per share | in EUR | 0.55 | 0.50 |

*) Including shares held by members of the Haftungsverbund

Letter from the CEO
Supervisory Board Report
The Share
Strategy
Corporate Governance
Management Report
Segment Report
Credit Risk Report
**Financial Statements**

# II. Consolidated Balance Sheet of Erste Bank at 31 December 2005

| in EUR thousand | Notes | 2005 | restated *) 2004 |
|---|---|---|---|
| **ASSETS** | | | |
| Cash and balances with central banks | 10 | 2,728,439 | 2,722,931 |
| Loans and advances to credit institutions | 11 | 16,858,244 | 15,684,669 |
| Loans and advances to customers | 12 | 80,418,552 | 72,843,380 |
| -Risk provisions for loans and advances | 13 | -2,816,668 | -2,804,089 |
| Trading assets | 14 | 5,426,142 | 4,628,261 |
| Fair value through profit or loss and available for sale | 15 | 18,644,121 | 15,966,590 |
| Financial investments | 16, 17, 39 | 23,610,821 | 21,925,747 |
| Intangible assets | 17 | 1,910,901 | 1,823,409 |
| Tangible assets | 17 | 1,687,802 | 1,722,576 |
| Other assets | 18,19 | 4,191,920 | 5,298,445 |
| **Total assets** | | **152,660,274** | **139,811,919** |
| | | | |
| **LIABILITIES AND SHAREHOLDERS' EQUITY** | | | |
| Amounts owed to credit institutions | 20 | 33,911,518 | 28,551,355 |
| Amounts owed to customers | 21 | 72,792,861 | 68,212,546 |
| Debts evidenced by certificates | 22 | 21,291,373 | 19,710,141 |
| Provisions | 23 | 8,634,695 | 7,500,472 |
| Other liabilities | 24 | 5,278,847 | 6,178,548 |
| Subordinated capital | 25 | 4,289,826 | 3,705,520 |
| Total equity | | 6,461,154 | 5,953,337 |
| thereof shareholders' equity | 26 | 4,129,431 | 3,423,906 |
| thereof minority interests | | 2,331,723 | 2,529,431 |
| **Total liabilities and shareholders' equity** | | **152,660,274** | **139,811,919** |

*) restated to reflect the effects of applying amended IAS 32 and IAS 39 applied retroactively from
   1.1.2005. Detailed explanations are given in Section C. Accounting policies, c) Effects of applying
   amended and new IFRS and/or IAS

# III. Consolidated Statement of Changes in Total Equity

| in EUR million | Subscribed capital | Additional paid-in capital | Retained earnings | Share-holders' equity | Minority interests | Total equity 2005 | Total equity restated 2004 |
|---|---|---|---|---|---|---|---|
| **Equity at 31 December previous year** | **483** | **1,429** | **1,512** | **3,424** | **2,529** | **5,953** | **5,174** |
| Currency translation | – | – | 92 | 92 | 9 | 101 | 126 |
| Changes in own shares | – | – | 38 | 38 | – | 38 | -27 |
| thereof shares acquired | – | – | -613 | -613 | – | -613 | -632 |
| thereof shares sold | – | – | 634 | 634 | – | 634 | 591 |
| thereof result | – | – | 17 | 17 | – | 17 | 14 |
| Dividends | – | – | -120 | -120 | -107 | -227 | -197 |
| Capital increases | 3 | 35 | – | 38 [1] | – | 38 | 31 |
| Profit for the year | – | – | 712 | 712 | 203 | 915 | 719 |
| Other changes | – | – | -55 | -55 | -302 | -357 | 127 |
| thereof cash flow hedge | – | – | -38 | -38 | -8 | -46 | 2 |
| thereof available for sale | – | – | -34 | -34 | 11 | -23 | 141 |
| thereof deferred taxes | – | – | 17 | 17 | – | 17 | -35 |
| thereof change of interests in subsidiaries | – | – | – | – | -305 | -305 | 18 |
| thereof other | – | – | – | – | – | – | 1 |
| **Equity at 31 December** | **486** | **1,464** | **2,179** | **4,129** | **2,332** | **6,461** | **5,953** |
| | | | | | | | |
| Cash flow hedge reserve at 31 December | | | | – | 8 | 8 | 54 |
| Available for sale reserve at 31 December | | | | 145 | 261 | 406 | 429 |
| Deferred tax reserve at 31 December | | | | -35 | -66 | -101 | -118 |

[1] Capital increase from ESOP (Employee Stock Ownership Programme) and MSOP (Management Stock Option Programme).

Letter from the CEO
Supervisory Board Report
The Share
Strategy
Corporate Governance
Management Report
Segment Report
Credit Risk Report
**Financial Statements**

## Changes in number of shares (see also Note 26)

| in units | Shares 2005 | Shares 2004 |
|---|---|---|
| **Shares outstanding at 1 January** | **226,006,062** | **225,138,004** |
| Acquisition of own shares | -14,890,707 | -13,195,346 |
| Disposal of own shares | 15,643,831 | 12,395,744 |
| Capital increase due to ESOP and MSOP | 1,740,708 | 1,667,660 |
| **Shares outstanding at 31 December** | **228,499,894** | **226,006,062** |
| Own shares *) | 14,683,706 | 15,436,830 |
| **Number of shares at 31 December** | **243,183,600** | **241,442,892** |
| | | |
| Average number of shares outstanding | 240,145,648 | 238,576,585 |

*) including shares held by members of the Haftungsverbund