# EXHIBIT N

Croatian wording:

Sporazum o mjesnoj nadležnosti
Članak 70.
Ako zakonom nije određena isključiva mjesna nadležnost suda stranke se mogu sporazumjeti da im u prvom stupnju sudi sud koji nije mjesno nadležan, uz uvjet da je taj sud stvarno nadležan.
Ako je zakonom određeno da su za suđenje u određenom sporu mjesno nadležna dva ili više sudova, stranke se mogu sporazumjeti da im u prvom stupnju sudi jedan od tih sudova ili drugi stvarno nadležni sud.
Taj sporazum važi samo ako je pismeno sastavljen i ako se tiče određenog spora ili više sporova koji svi proistječu iz određenog pravnog odnosa.
Sporazum o mjesnoj nadležnosti sklopljen je u pisanom obliku i ako je sklopljen razmjenom pisama, brzojava, teleksa ili drugih telekomunikacijskih sredstava koja omogućavaju pisani dokaz o sklopljenom ugovoru.
Ispravu o sporazumu tužitelj mora priložiti uz tužbu.