# EXHIBIT O



ALBANY
AMSTERDAM
ATLANTA
AUSTIN
BARCELONA
BOSTON
BRUSSELS
CHARLOTTE
CHICAGO
DALLAS
DENVER
DUBLIN
FRANKFURT
GENEVA
HONG KONG
HOUSTON
IRVINE
LONDON
LOS ANGELES
MIAMI
MINNEAPOLIS
MONTREAL
MUNICH
NEW YORK
PARIS
PHILADELPHIA
PORTLAND
RESEARCH TRIANGLE PARK
SAN DIEGO
SAN FRANCISCO
SAN JOSE
SEATTLE
SINGAPORE
STOCKHOLM
SYDNEY
TOKYO
TORONTO
WASHINGTON, DC

City of New York, State of New York, County of New York

I, Eric Brown, hereby certify that the following is, to the best of my knowledge and belief, a true and accurate translation of the attached document "Croatian Law on Civil Procedure", from Croation to English.

_____
Eric Brown

Sworn to before me this
30th day of August, 2007

_____
Signature, Notary Public

HEATHER BOSLEY
Notary Public-State of New York
No. 01BO6116856
Qualified in NEW YORK County
My Commission Expires OCT 12, 2008

Stamp, Notary Public

TPT 077 rev. 1 20060612
THREE PARK AVENUE, 39TH FLOOR, NEW YORK, NY 10016   T 212.689.5555   F 212.689.1059   WWW.TRANSPERFECT.COM

Croatian wording:

Agreement on territorial jurisdiction
Article 70
Provided that statute does not determine exclusive territorial jurisdiction, parties may agree on a court of first instance without territorial jurisdiction, provided that such court has competence ratione materiae.
If the statute stipulates that two or more courts have territorial jurisdiction over a particular dispute, parties may agree on the jurisdiction of one of those courts at first instance or another court with competence ratione materiae.
Such an agreement shall be valid only if made in writing and if it concerns a particular dispute or several disputes all of which arise from a particular legal relationship.
The agreement on territorial jurisdiction is made in writing if executed by exchange of letters, telegrams, telexes, or other means of telecommunication that produce written evidence of a concluded agreement.
The plaintiff has to enclose the agreement document with the suit.