RONALD D. DEGEN
rdegen@odlegal.com

SCOTT G. GOLDFINGER*
sgoldfinger@odlegal.com

KRISTIN M. LASHER
klasher@odlegal.com

* ALSO ADMITTED IN
NEW JERSEY

225 BROADWAY, SUITE 715
NEW YORK, NY 10007
212-227-4530

FAX 212-385-9613

THOMAS H. O'ROURKE
1976 - 2005

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/10/07

CHAMBERS OF
COLLEEN McMAHON

September 7, 2007

**MEMO ENDORSED**

BY TELEFAX

The Honorable Colleen McMahon
United States District Court
500 Pearl Street
New York NY 10007

Re:  Cortec v. Erste Bank
     Case No. 07 Civ. 6094

Dear Judge McMahon:

    On August 1, 2007, this Court issued a Scheduling Order setting a scheduling conference for September 14, 2007. On August 31, 2007, Defendant Erste Bank der oesterreichischen Sparkassen AG ("Erste Bank") filed a Motion to Dismiss the Complaint filed by Plaintiff Cortec Corporation ("Cortec").

    Pursuant to Paragraph 4 of the Scheduling Order, if a motion is filed prior to the conference date, the parties may, upon request, seek an adjournment of the conference until the motion is fully briefed. The parties respectfully request that the September 14, 2007, scheduling conference be continued until after this Court has ruled on Erste Bank's Motion to Dismiss. The parties further request that discovery be stayed until this Court has issued its ruling on that Motion.

    The parties disagree on whether this Court can rule on Erste Bank's Motion to Dismiss before any discovery has been conducted, as Cortec contends that the motion raises issues of fact that are inappropriate for resolution on a motion to dismiss and Erste Bank contends that no discovery is required to decide its Motion. The parties have agreed to submit this issue to the Court for decision as part of Erste Bank's Motion to Dismiss.

*[Handwritten endorsement:] I do not adjourn conferences since I will rule at the conference.*

*[Signed] Colleen McMahon 9/10/07*

      We are forwarding herewith a proposed Stipulation which the parties have signed and request that the Court "so order" it.

Respectfully,

*[signature]*

Scott G. Goldfinger

cc:  James D. Arden, Esq.
      Sidley Austin LLP
      *(212-839-5599)*

OP.2260351 v2