UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------x

USDSDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/10/07

Cortec Corporation, a Minnesota corporation,

    Plaintiff,

v.

Erste Bank der oesterreichischen Sparkassen AG (Erste Bank), an Austrian corporation,

    Defendant.

----------------------------------------x

Civil Action No. 07 Civ. 6094 (CM)

**STIPULATION TO EXTEND TIME IN WHICH PLAINTIFF MUST RESPOND TO DEFENDANT'S MOTION TO DISMISS**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, attorneys for Plaintiff Cortec Corporation and Defendant Erste Bank der oesterreichischen Sparkassen AG in the above entitled action, as follows:

1. On June 28, 2007 Plaintiff served Defendant with the summons and complaint.

2. Defendant requested two months to answer or otherwise respond to the complaint.

3. Plaintiff consented to an extension of time to answer or otherwise respond to the complaint until August 31, 2007.

4. On August 31, 2007 Defendant electronically filed its motion to dismiss the complaint, consisting of a 25-page memorandum of law and hundreds of pages of exhibits.

5. The parties respectfully request that this Court grant Plaintiff an extension of time to submit its opposition papers to the motion to dismiss until October 31, 2007 and grant Defendants until November 13, 2007, to submit any reply papers.

6. The parties further request that this Court adjourn the discovery conference scheduled for September 14, 2007 to ~~a date convenient to the Court after decision on the motion to dismiss.~~ January 4, 2008 at 10 Am.

7. No previous request for an extension of time has been made.

Dated: New York, New York
September 7, 2007


O'ROURKE & DEGEN, PLLC

By: _____/s/_____
Scott G. Goldfinger (SG 9219)
225 Broadway, Suite 715
New York, New York 10007
(212) 227-4530

*Attorneys for Plaintiff*
*Cortec Corporation*

SO ORDERED:

Dated: New York, New York
September __, 2007

SIDLEY AUSTIN LLP

By: _____/s/_____
James D. Arden (JA 8779)
787 Seventh Avenue
New York, New York 10019
(212) 839-5300

*Attorneys for Defendant*
*Erste Bank der oesterreichischen*
*Sparkassen AG*

_____/s/_____
The Honorable Colleen McMahon
United States District Judge