UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
CORTEC CORPORATION, a Minnesota :
corporation,
                                                                 :
              Plaintiff,                                         :     **NOTICE OF MOTION**
                                                                       **TO ADMIT COUNSEL**
                                                                 :     **PRO HAC VICE**
                                                                 :     07 Civ. 6094 (CM)
       v.
                                                                 :
ERSTE BANK DER OESTERREICHISCHEN
SPARKASSEN AG, an Austrian corporation,
                                                                 :
              Defendant.
-----------------------------------------------------------------x

       PLEASE TAKE NOTICE that upon the annexed certification of Kirk W. Reilly in
support of this motion and the Certificate of Good Standing annexed thereto we will move this
Court before the Honorable Colleen McMahon at the United States Courthouse for the Southern
District of New York, pursuant to Rule 1.3 (c) of the Local Rules of the United States District
Courts for the Eastern and Southern Districts of New York for an Order allowing the admission
of Kirk W. Reilly, an attorney with the firm of Gray, Plant, Mooty, Mooty & Bennett, P.A., and
a member in good standing of the Bar of the State of Minnesota, as attorney pro hac vice to argue
or try this case in whole or in part as counsel.

                                              Respectfully submitted,

Dated: September 25, 2007
                                              _____
                                              Ronald Degen (RD 7808)
                                              O'ROURKE & DEGEN, PLLC
                                              225 Broadway, Suite 715
                                              New York, NY 10007
                                              Telephone:  (212) 227-4530
                                              Facsimile:  (212) 385-9813

                                              Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
CORTEC CORPORATION, a Minnesota :
corporation,

                                           Plaintiff,

                            v.

ERSTE BANK DER OESTERREICHISCHEN
SPARKASSEN AG, an Austrian corporation,

                                          Defendant.
-----------------------------------------------------------------x

**CERTIFICATION OF KIRK W. REILLY IN SUPPORT OF MOTION TO ADMIT COUNSEL PRO HAC VICE**

07 Civ. 6094 (CM)

       KIRK W. REILLY, hereby certifies the following:

       1.     I submit this certification in support of my motion for admission to practice pro hac vice in the above-captioned matter. I am a resident of the State of Minnesota, and a Principal with the law firm of Gray, Plant, Mooty, Mooty & Bennett, P.A., 500 IDS Center, 80 South Eighth Street, Minneapolis, MN 55402.

       2.     As shown in the Certificate of Good Standing annexed hereto, I am a member in good standing of the Bar of the State of Minnesota.

       3.     I have never been held in contempt of court.

       4.     There are no pending disciplinary proceedings against me in any State or Federal Court.

       5.     I have read and I am familiar with the provisions of the Judicial Code (Title 28, U.S.C.), the Federal Rules of Civil Procedure, the Federal Rules of Evidence, the Local Rules of the United States District Court for the Southern and Eastern Districts of New York, and the New York Lawyer's Code of Professional Responsibility.

       6.     I will faithfully adhere to all rules applicable to my conduct in connection with any activities in this Court.

WHEREFORE, it is respectfully requested that this Court allow petitioner to appear as counsel and advocate pro hac vice in this one case.

_____
Kirk W. Reilly

Dated: September 12, 2007

GP:2260332 v1

# STATE OF MINNESOTA
# IN SUPREME COURT

*Certificate of Good Standing*

This is to certify that the following lawyer is in good standing.

KIRK W REILLY

was duly admitted to practice as an lawyer and counselor at law in all the courts of this state on

October 21, 1983

Given under my hand and seal of this court on

September 17, 2007

*Frederick K. Grittner*
Frecrick K. Grittner
Clerk of Appellate Courts

**CERTIFICATE OF SERVICE**

  I hereby certify, under penalty of perjury, that the Motion for Admission <u>Pro</u> <u>Hac</u> <u>Vice</u> for **Kirk W. Reilly, Esq.**, supporting papers and proposed order were sent on September 25, 2007 by first class mail in a postpaid envelope addressed to each of the following:

  James D. Arden, Esq.
  Sidley Austin LLP
  787 Seventh Avenue
  New York, New York 10019

*/s/ Arleen Degen*
**ARLEEN DEGEN**

Sworn to before me this

25th day of September 2007.

*/s/ Ronald D. Degen*

RONALD D. DEGEN
Notary Public, State of New York
No. 02DE4631588
Qualified in Queens County
Commission Expires Feb. 28, 2011