UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/2/07
```

-----------------------------------------------------------x

CORTEC CORPORATION, a Minnesota :
corporation,

                               :

        Plaintiff,

                               :

        v.                          :        07 Civ. 6094 (CM)

                               :

ERSTE BANK DER OESTERREICHISCHEN
SPARKASSEN AG, an Austrian corporation,

                               :

        Defendant.

-----------------------------------------------------------x

The motion for admission to practice pro hac vice in the above captioned matter is granted. The admitted attorney, Kirk W. Reilly, is permitted to argue or try this particular case in whole or in part as counsel or advocate.

An attorney admitted to practice pro hac vice is required to pay a $25.00 attorney admission fee and present this Order to the intake deputy clerk in the Clerk's Office. When paying by mail, return a copy of this Order to the Clerk's Office with the required fee within 10 business days.

This Order confirms your appearance as counsel in this case, and it will be entered on the Court's docket. A notation of your admission pro hac vice for the above listed case will be made on the roll of attorneys.

The attorney admitted pro hac vice must serve a copy of this Order on all other counsel in this case.

Dated: September _____, 2007
      October 2, 2007

_____
United States District Judge

cc:    Pro Hac Vice Attorney
       Court File