# EXHIBIT A



**CORTEC**
**CORPORATION**
*Environmentally Safe VpCI™/MCI® Technologies*

**Boris A. Miksic, FNACE®**
Master Entrepreneur Of The Year®

www.borismiksic.hr

Revised: 4/27/2007

### '88 to present:  The Cortec Corporation

President/C.E.O.   Successfully completed L.B.O. (leveraged buy-out) of Cortec Division from Sealed Air Corporation.





Ernst & Young, LLP
Entrepreneur Of
The Year®




CCIA



- Conceptualized, developed and implemented the principle of introduction of organic corrosion inhibitors into polymeric materials such as coatings, rubbers, sealants, adhesives, etc.  Developed new classes of vapor phase inhibitors, water soluble inhibitors/coatings, additives for concrete, oil/gas soluble additives, applicable for solving a variety of corrosion problems in the industry and the consumer fields.
- Holds numerous U.S. and foreign patents and patent applications.
- Designed, financed and built manufacturing plants for production of synthetic organic chemicals, foams, coated papers, blown films, protective coatings and aerosol cans with largest output in the world.
- Developed the most advanced line of corrosion inhibitors of any manufacturer, consisting of over 500 chemical products and systems in all physical forms; powders, liquids, concentrates, tablets, plastics, papers, foams, aerosols, fibers, capsules, masterbatches, nanoparticles, and encapsulations.
- Supervised a team of over 50 engineers, scientists, manufacturing and marketing specialists.
- Organized international distributor network with outlets in over 75 countries, including successful operations in Germany, France, Japan, China, etc., and a complete U.S. organization through distributors, manufacturer's agents, and private label distribution channels.
- Implemented promotional campaigns in major newspapers, magazines, trade shows, television and radio channels and through newsletters, websites and blogs.
- Conducted large distributor motivational meetings, presentations to large technical audiences, press, etc.
- Supervised activities with key customers including world's largest corporations, in major industrial countries.
- Negotiated licensing agreements and joint ventures with world's leading corporations in over 15 countries.
- Spearheaded and implemented ISO 9001 and ISO14001 certifications.
- Acquisition of Spring Lake Plastics in1997, Rawn Products in 1998, and American Coatings Technology in 2001.
- Established Cortec Corporation as one of the TOP 50 high technology companies in Minnesota (1998 and 2000).

4119 White Bear Parkway • St. Paul, MN 55110 USA
Phone (651) 429-1100 • (800) 4-CORTEC • Fax (651) 429-1122 • E-mail info@CortecVCI.com • Internet http://www.CortecVCI.com

- Invented and launched globally branded product lines: Cortec®, Bullfrog®, EcoAir®, EcoLine®, MCI®, EcoFilm™, EcoWorks®, and many others.

**'87 to '88:  Boris Miksic Enterprise Ltd.**

Consulting, international market development, board member activity and private investor.

**'85 to '87:  Sealed Air Corporation**

Research and technology advisor – reports to senior vice president.  Advise on strategic matters concerning growth of the division.

**'84 to '85:  Sealed Air Corporation**

Vice President, Cortec Division – Sealed Air Corporation is an international company with plants in 7 countries, 1998 sales in excess of $3 billion, stock listed on the New York stock exchange (NYSE symbol SEE).  Successfully negotiated and completed acquisition of The Cortec Corporation by Sealed Air, and formation of new division within a multinational company.

**'77 to '84:  The Cortec Corporation**

Entrepreneur, founder and owner – The Cortec Corporation is a company involved in research, development, manufacture, and marketing of industrial and consumer products based on proprietary technology.  Clientele includes governments, industrial and retail customers (electronics, packaging, basic metals, automotive, petrochemical, and other market segments) in over 75 countries throughout the world.  Cortec Corporation ranked 126th on the list of Inc. Magazine's top 500 fastest growing and most profitable privately held U.S. corporations (1983), and ranged first among Minnesota companies on the same list.  Acquired privately held companies:  Biox, Inc. and Nova Sensor Corporation.

**'74 to '77:  Northern Instruments Corporation**

Vice president – responsibilities included basic research, business ventures, technical services and the government research contracts in the company's chemical division. Prior to appointment as vice president, held a position of technical director.  Began in 1974 as senior research engineer.  Development and training of worldwide distribution network.

## Personal Data

Age 57.  Graduated from the Department of Mechanical Engineering of the University of Zagreb, Croatia.  Post-graduate research at the School of Materials Science of the Department of Chemical Engineering of the University of Minnesota.  Mini masters in manufacturing systems engineering, University of St. Thomas, St. Paul (1991), and Harvard University, Programs on Leadership for Senior Executives (2007).

## Related Achievements

- Chairman of the international symposium on corrosion inhibitors, Houston during 1976 annual meeting of the National Association of Corrosion Engineers (N.A.C.E.).
- Chairman of the NACE Task Group T-3A-4 (1976-1981), T-3A-12 (1995), and officer of Twin City Chapter (1985/86).
- Chairman of NACE Task Group T-5J-2 on corrosion test methods for the steel industry and NACE Chairman of Symposia in 1976, 1979, 1983, 1987, 1994 and 1997 sponsored by unit committees T-3A and T-5J.
- Member of NACE, American Chemical Society (Rubber Division), American Concrete Institute, EOS/ESD Association, Inc., Society of Automotive Engineers, American Society of Lubrication Engineers, Institute of Packaging Professionals and AWT (America Water Treaters' Association).
- Corporate consultant to Federal Cartridge Corporation and Ray-o-Vac Division of Int'l Nickel.
- Consulting projects with Phillips Petroleum Co., Alyeska Pipeline Service Co., Chubb Group of Insurance Companies, State of New York, the Maxwell Group, London, etc.
- U.S. Department of Defense, STTR A04-003 project design and development .

## Commendations/Awards

- Inc. 500 list of fastest growing companies (1983) "The Inc. 500:  America's Fastest Growing Private Companies".
- Listed in Marquis' "Who is Who in the Midwest", 16th Edition, "Who is Who in Finance and Industry", 26th Edition MacMillan Co., Marquis 'Who's Who of Emerging Leaders in America', 1st Edition, "Who is Who in American Technology Today" 1983 Edition J. Dick & Co., and in "Who is Who in Engineering", International Bibliographical Centre, Cambridge, U.K.; Who's Who Worldwide; Who is Who in Croatia, 1st Edition, 1993.
- Commendation by Governor R. Perpich for export trade (1989).
- Connecticut College, "Inherit the Earth Award" for environmental education (1998).
- Recipient of Deubner Award for Small Business Innovation and Entrepreneurship (1993).
- Plant Engineering Magazine's "Product of the Year" awards (1994 and 1999).
- Blue Chip Enterprise Award by Nation's Business Magazine (US Department of Commerce), 1998.

3                         www.borismiksic.hr

- Honorary Consul General of the Republic of Croatia to the United States of America (1995 to 2005).
- Republic of Croatia's highest honor for accomplishments in business and commerce: the Order of Danica Hrvatska with medallion of Blaz Lorkovic awarded by President Dr. F. Tudjman (1998).
- "Citizens at their best" award by the Minnesota National Guard (1997).
- Minnesota Fast 50 award (1998 and 2000).
- Croatian Almanac 2000, the 57 annual edition "Outstanding American and Canadian Croats". Based on extensive research by the Croatian Ethnic Institute in Chicago, Boris Miksic was selected from among two and half million living Croats and several million who have departed this life, Croatian Franciscan Publications, Chicago, IL (1999).
- NACE® Fellow Award for contributions to the science and engineering of corrosion and its control (2000).
- Ernst & Young LLP: "The Master Entrepreneur of the Year Award", Minnesota and Dakotas (2000).
- Governor Jesse Ventura's "Governor's Award for Excellence in Waste and Pollution Prevention" (2000).
- Minnesota High Tech Association's "Tekne" award, finalist in the environmental technology category (2000).
- University of Minnesota, "Partnership Award" (2002).
- Governor Tim Pawlenty's "Governor's International Trade Award" (2003).
- Croatia's Parliamentary Elections 2003, independent candidate for 1st and 7th districts,
- NACE® Frank Newman Speller Award for contributions to the practice of corrosion engineering (2004).
- NACE® Distinguished Organization Award (2004).
- Independent Candidate for the President of the Republic of Croatia (2004), received unprecedented 17.8% of popular vote (January 2nd, 2005).
- Member of the assembly of the City of Zagreb, Croatia (3 seats), term expires in 2009 (elected May 15th, 2005).
- Frost & Sullivan's 2005 Technology Innovation of the Year Award in the Field of Specialty Plastic Films (2005).
- CROPAK 2006, International award for best packaging in two categories: EcoWorks, 1st prize: Best ecological packaging product; EcoCortec's plant in Beli Manastir, 1st prize: Best ecologically designed process for production of packaging materials.
- Twin Cities Business Magazine: "Small Business Success Story", Cortec recognized in the top 9 small and medium size companies in the state of Minnesota (2006).
- Worldstar, Best packaging product for electronics, EcoCorr®ESD awarded by WPO (World Packaging Organization), Chicago 2007.

## Board Member Activity

- CorteCros, joint venture between Cortec Corporation and INA Crosco, Croatia's largest enterprise (since 1998).

- Immigration History Research Center Endowment, University of Minnesota, Minneapolis
- Concrete Corrosion Inhibitors Association (CCIA), founding member (1999).
- ZET, Zagrebacki elektricni tramvaj / Zagreb Public Transportation System (2005).
- Zagreb International Airport (2005).
- President, Croatian World Congress, international organization of immigrant societies (elected in Zadar, Croatia, July 22, 2006).

**Community Activities**

Northwest Farm Manager's Association's annual meeting, invited speech, Fargo, N.D. 1976. Radio Zagreb 1st program, nationally broadcast series on Croatian emigrants, Oct 1988, (60 minutes). KMSP TV9 broadcast "Focus" on technological innovation (1991), 30 minutes. Humanitarian aid project for Croatian war victims (1991-92). Lectures: National Association of Corrosion Engineers, Twin City Section, 1976, 1980, 1989, 1992, Lafayette, LA section 1981; Ponca City, OK section 1980; Corpus Christi, TX section 1982; Beaumont, TX section 1982; Detroit section 1983, Chicago 1992, Saudi Arabia, 1996. North Central Regional Meetings, Minneapolis 1981, and Columbus, OH 1984, South Central Regional Meetings, Lafayette, LA 1979 and Dallas, TX 1985, Croatian Society for Materials Protection, plenary lecture, 2001 and 2003. American Society of Metals (ASM) Northern Indiana Section Meeting 1982, Chicago Section 1989, Australasian Corrosion Society NSW Section Meeting, Sydney 1983. Minuteman Corrosion Series, organized by NACE Greater Boston Chapter 1981, 1983 and 1990 (corrosion in electronics). American Iron and Steel Institute (AISI), Packaging and Loading Committee Meeting, Pittsburgh 1979, 1990 and 1995. Smithsonian Institution, National Air and Space Museum, invited lecture, Washington, DC 1986. ASME Subcommittee on Turbines, Chicago 1987 (lay-up methods), IES Hawaii Chapter Meeting, Honolulu, 1998. Lecturer, Export Trade Program, Minnesota World Trade Center (1991 and 1992); Technology Institute, NPO Informer, Moscow (1992). JETRO, technology seminars (2), Tokyo, (1995), 5th Int'l Chinese Surface Engineering and Anti-Corrosion Conference, invited lecture, Beijing 1995, 6th Guongzou 1998, 7th Shanghai 2000; invited lecture, Corcon 2000, NACE India Section, Mumbai (2000). Invited speaker at 4th Congress of Independent Federation of Chinese Students and Scholars (FCSS Minneapolis, 1992) and American Business Association in Saudi Arabia (Dharan, 1993). Delegate and speaker at 2nd Convention on HDZ (Croatian Democratic Union), Zagreb, October 1993; and lecture at the Croatian Center for Technology, Zagreb, June 1998, Intercon Business Conference, Zagreb, October 1998 and Lecture at the Rutgers University (New Jersey), January, 1999; Croatian National Television HTV 1, documentary "American Dream by Boris Miksic", December 30, 2000; Croatian Chamber of Commerce, invited speech: "How to dance with elephants in the global market", April 5, 2001; Invited lecture, University of St. Thomas, Mini MBA in International Business, Split, Croatia, May 2001. Expert panelist, Congressional briefing exploring the biobased products, sponsored by USDA and The Environmental and Energy Study Institute (EESI), Washington, DC (2002). September 25, 2003, OTV (Croatian Independent TV Channel), TV Shows: Diplomatski krug, Nightmare Stage, Sanja Show (RTL), Forum and Glas Hrvatske (3), HTV. Contributed to many humanitarian, community, religious,

academic, cultural, ethnic, sports, scientific, and disabled individuals' organizations and activities in both US and Croatia, Spooner Area Connections Group (SAC), 2006.

## Hobbies

Tennis, USTA ranking 4.5; downhill skiing, NASTAR ranking "gold", and yachting, U.S. Coast Guard licensed captain, and deep sea fishing (largest catch: giant grouper over 500 lbs (240 kg), caught in Dry Tortugas, Florida). Title sponsor of ladies' tennis $50,000 Challenger, Twin Cities 2001, 2002, 2003, and men's singles champion of Bud Collins Hackers' Open, Sarasota, FL (1999 and 2000).

## Patents and Publications

1. B. A. Miksic, Paper No. 70, NACE Annual Meeting, Houston (1976).
   "Inhibited Polymeric Coatings Basic Principles and Future Perspectives".

2. B. A. Miksic, D.P. Stern, 4th European Symposium on Corrosion Inhibitors, University of Ferrara, Italy, Vol. 2, pp 136 (1975).

3. B. A. Miksic, Anticorrosion Methods and Materials, A Sawell Publication, [3], 3, pp 6, (1975). "Some Aspects of Metal Protection by Vapor Phase Inhibitors".

4. B. A. Miksic, Marine Equipment News, pp 8 (1975).
   "A New Approach to the Problem of Corrosion Control in Marine Environments."

5. B. A. Miksic, J. Marine Corr. Fouling, 1, 2, pp 345 (1976).

6. B. A. Miksic, "Anticorrosive Additives", lecture delivered at the 7th International Symposium on Fluid Sealing, Nottigham, England (1975).

7. B. A. Miksic, Invited Keynote Lecture, Corrosion Research Conference, San Francisco, CA (1977).

8. B. A. Miksic, W. G. Levans, International S.A.E. Congress, Paper No. 770174, Detroit (1977) "Corrosion Inhibiting Rubber Seals".

9. B. A. Miksic, Chemical Engineering, Mcgraw-Hill, September (1977).
   "A New Approach to Corrosion Control-Volatile Corrosion Inhibitors".

10. B. A. Miksic, D. P. Stern, U.S. Patent No. 4,051,066 – Corrosion Inhibiting Articles.

11. B. A. Miksic, R. H. Miller, U.S. Patent No. 4,275,835 – Corrosion Inhibiting Articles.
12. B. A. Miksic, Japan Corrosion Society, Plenary Lecture, Tokyo (1977).

13. B. A. Miksic, R. H. Miller, Paper No. 171, NACE Annual Meeting, Atlanta (1979).

14. B. A. Miksic, Tri-Service Conference on Corrosion, Air Force, Navy, Army, New Orleans (1978).

15. B. A. Miksic, 5th European Symposium on Corrosion Inhibitors, Ferrara, Italy, Vol. 1, pp. 217 (1980). "Fundamental principles of corrosion protection with vapor phase inhibitors".

16. B. A. Miksic, Corrosion '83, NACE Annual Meeting, Paper No. 308, Anaheim (1983). "Use of Vapor Inhibitors for Corrosion Protection of Metal Products".

17. B. A. Miksic, ASM Metal Congress, ASM-AIME, Philadelphia (1983). "Role of vapor phase inhibitors for protection of HSLA steels and aluminum".

18. B. A. Miksic, P. Martin, Corrosion '84, Annual NACE Meeting, Paper No. 36, New Orleans (1984). "Corrosion Inhibition of Electronic Metals Using Vapor Phase Inhibitors".

19. B. A. Miksic, Korrosionsskyd i Gasform, Satryckur Ytform, Sweden (1983).

20. B. A. Miksic, American Society of Lubrication engineers, 39th Congress, Chicago (1984).

21. B. A. Miksic, Invited Lecture, South African Corrosion Institute, Johannesburg, (1984).

22. B. A. Miksic, Golden Gate Electronics Symposium, Sponsored by ASM, AIME, NACE, San Francisco (1985).

23. B. A. Miksic, Proceedings of European Symposium on Corrosion Inhibitors, University of Ferrara, Italy, Vol. 2, pp 941 (1985).

24. B. A. Miksic, presented at 4th International Conference of Packaging, Lansing (1985).

25. B. A. Miksic, Conference on Recent Developments in Corrosion Science and Engineering, Proceedings pp. 674, Johannesburg (1985).

26. B. A. Miksic, American Society for Metals Conference (ASM), Electronic Packaging, Minneapolis (1985).

27. B. A. Miksic, "Temporary Protection, Lay-Up and Mothballing", 185 pp., (handbook, manual), 1988.

28. B. A. Miksic et al, Corrosion '89, NACE Handbook on Corrosion Inhibitors, sponsored by Unit Committee T-3A.

29. B. A. Miksic, G. Sparrow, Corrosion '89, Modern Surface Analysis for Vapor Deposited Films, New Orleans, 3/89, Paper No. 607.

30. B. A. Miksic, A. Hughes, Inhibitors for Thermal Insulation, Corrosion '89, New Orleans, 3/89.

31. B. A. Miksic, M. Tarvin, T-9E Symposium "Corrosion of Electronic Equipment", Corrosion '89, New Orleans, 3/89, Paper No. 344.

32. B. A. Miksic, Vapor Phase Inhibitors for Electronics, 9th European Congress on Corrosion, Utrecht, The Netherlands, 10/89, Paper No. 246.

33. Martin P., B. A. Miksic, Canadian Patent No. 1,258,473.

34. B. A. Miksic, ESD Technology, Vol. 50, 11, pp. 13-17 (1989).

35. Miksic, STLE Annual Meeting, Denver, 5/90.

36. Miksic, The Electrochemical Society, Corrosion of Electronics, Seattle, 10/90 (1990).

37. U.S. Pat. No. 4,973,448 – Vapor phase corrosion inhibitor product and method containing a desiccant.

38. Miksic, Hungarocorr, Invited Lecture, Budapest (1990).

39. mkl Evfolyam, pp. 401, Hungary (9/1991).

40. Miksic, EPRI Fossil Plant Lay-Up and Reactivation Conference, New Orleans (1992).

41. Miksic, B.A.; U.S. Patent No. 5,139,700 – Vapor phase corrosion inhibitor desiccant material.

42. Miksic, Invited Lecture, King Fahad University of Petroleum Minerals, Saudi Arabia (2/93).

43. A. Eydelnant, S. Russel, B. Miksic, 12th International Corrosion Congress, Houston (1993).

44. Miksic, B.A.; U.S. Patent No. 5,209,869 – Vapor Phase Corrosion Inhibitor Desiccant Material.

45. B. Miksic, D. Bjegovic, Con-Chem 1st Conference, Karlsruhe, Germany, November 1993.

46. U.S. Patent 5,320,778 – Vapor Phase Corrosion Inhibitor Desiccant Material.

47. U.S. Patent 5,326,529 – Method of Inhibiting Corrosion of Concrete Reinforcements.

48. U.S. Patent 5,393,457 – Vapor Phase Corrosion Inhibitor Desiccant Material.

49. U.S. Patent 5,332,525 – Vapor Phase Corrosion Inhibitor Desiccant Material.

50. U.S. Patent 5,344,589 – Vapor Phase Corrosion Inhibitor Desiccant Material.

51. European Patent 94304176.4 – Anti-corrosion Plastic Film Containing Recycled Resin.

52. Novel: "Americki San Decka s Tresnjevke" published by Mladost d.o.o., Zagreb, Croatia 1994, 2nd edition 1997, 3rd edition 2004, 4th edition 2005.

53. South African Patent 94/1033 – Vapor Phase Corrosion Inhibitor Desiccant Material.

54. U.S. Patent 5,422,187 – Vapor Phase Corrosion Inhibitor – Desiccant Material.

55. Rossignoli, B. Miksic, Proceedings of the European Symposium on Corrosion Inhibitors, University of Ferrara, Italy, 1995.

56. Miksic, Finncor '95, Lahte, Finland (October 1995).

57. Miksic, Abraco '95, Rio De Janeiro, Brazil (November 1995).

58. Autobiography "American Dream: a guy from Croatia" published by MPG, Inc., St. Paul, MN 1996, 2nd edition 2001.

59. Miksic, B. Rudman, 2nd NACE Latin American Region Corrosion Congress, Rio De Janeiro, Brazil (1996), paper No. 072 "A Recent Breakthrough in Shrink Film Technology".

60. U.S. Patent 5,597,514 – Corrosion Inhibitor for Reducing Corrosion in Metallic Concrete Reinforcements.

61. European Patent 69403189.5 – Corrosion Inhibitor for Reducing Corrosion in Metallic Concrete Reinforcements.

62. Australian Patent 675317 – Anti-corrosion Plastic Film Containing Recycled Resin.

63. US Patent 5,750,053 – Corrosion Inhibitor for Reducing Corrosion in Metallic Concrete Reinforcements.

64. U.S. Patent 5,517,945 – Vapor Phase Corrosion Inhibitor Package Utilizing Plastic Packaging Envelopes.

65. U.S. Patent 5,854,145 – Corrosion Inhibitor Solution Applicator.

66. Coverpage article – Minnesota Business and Opportunity, February 1999 (six pages total).

67. Feature article – Kapital (leading Croatian business magazine), October 1998.

68. U.S. Patent 5,855, 975 – Anti-corrosion Plastic Film Containing Recycled Resin.

69. B. A. Miksic, E. Chang, Environmentally Friendly VCI System, NACE, San Antonio, 4/99, Paper No. 93.

70. B. A. Miksic, Migratory Inhibitors, Rilem/Building Research Institute of Japan, Osaka, 1999.

71. B. A. Miksic, European Patent No. 0653454 – Anti Corrosion Plastic Film Containing Recycled Resin.

72. B. Miksic, R. Kramer, "Stretch packaging-it's a wrap", Steel Times, The Journal for the European Steel Industry, Vol. 227, No. 5, May 1999.

73. D. Bjegovic, B. Miksic, "Migrating Corrosion Inhibitor Protection of Concrete" Materials Performance, November 1999 (NACE publication).

74. B. A. Miksic, E. Chang, "Environmentally Friendly Multipurpose Grease Resistant VCI System, NACE 2000, Orlando, FL, 3/2000, Paper No. 336.

75. B. A. Miksic, A. M. Vignetti, "Vapor Corrosion Inhibitor: Successful Field Applications in Electronics". NACE 2000, Orlando, FL, 3/2000, Paper No. 707.

76. B. A. Miksic, et al., U.S. Patent 6,028,160 – Biodegradable Vapor Corrosion Inhibitor Products" (2000).

77. B. A. Miksic, et al., European Patent No. 00301117.8-2102 – Biodegradable film (2000).

78. B. A. Miksic, et al., U.S. Patent 6,054,512 – Corrosion Inhibiting Thermoplastic Alloys (2000).

79. B. A. Miksic, et al., U.S. Patent 6,085,905 – Water Soluble Containers for Water Cooling Towers and Boilers (2000).

80. B. A. Miksic, et al, "The Protocols for Migrating Corrosion Inhibitors (MCI® ) in Reinforced Concrete", Werkstoffe und Korrosion, Wiley – VCH Verlag, Germany, Volume 51, Issue 6, pp. 444-452 (2000).

81. B. A. Miksic, et al, U.S. Patent 6,156,929 – Biodegradable Film (2000).

82. Feature article, Twin Cities Business Monthly (2000).

83. B. A. Miksic, et al, Japanese Patent No. 3,121,489 – Vapor Phase Corrosion Inhibitor – Desiccant Material (2000).

84. B. A. Miksic, et al, U.S. Patent 6,174, 461 – Concrete Sealers with Migrating Corrosion Inhibitors (2000).

85. Feature article, Vecernji list, Croatia's #1 Newspaper, "Boris Miksic, world class leader", by Mario Petrovic, October 20, 2000.

86. Feature article, Star Tribune, a Newspaper of Twin Cities, "Work, fate help chemical firm shine", by Dick Youngblood, December 10, 2000.

87. Feature article, Minnesota Technology Magazine, "Rust Buster! Cortec Fights Corrosion and Wins", by Harvey Meyer, March 2001.

88. Feature article, Banka Special Edition, Croatia's #1 Business Magazine, by Marina Relasic, 2001.

89. B.A. Miksic et al, U.S. Patent 6,280,528 - Water Soluble Containers (2001).

90. Feature article, "Consulate at Home in Minnesota", St. Paul Pioneer Press, by Marisa Agha, a Knight Ridder publication, August 20, 2001.

91. B.A. Miksic et al, U.S. Patent 6,306,210 – Corrosion Inhibitor Container for Concrete (2001).

92. Feature article, Obrana, the magazine of Croatian Defense Ministry, (2001).

93. B. A. Miksic, et al, U.S. Patent 6,342,101 – Migrating Corrosion Inhibitors Combined with Concrete and Modifiers (2002).

94. B. A. Miksic, et al, U.S. Patent 6,420,470 – Flame Retardant Film (2002).

95. B. A. Miksic, "Environmental Aspects in Development of Highly Engineered Chemical Products", Plenary Lecture, American Chemical Society/Saudi Aramco, Bahrain, (2002).

96. B. A. Miksic, "Migrating Corrosion Inhibitors for Concrete Structures", Corrosioneering, The Corrosion Journal for Online Community, (2002).

97. Feature article, Chemical Week, "This Year's Crop of Hot Prospects", December 18, 2002.

98. Feature article, Croatia Biz.Com, by Bojana Krstinic, December 2002.

99. C. Chandler, B. A. Miksic, "Environmentally Friendly VCIs", Materials Performance Supplement, p. 14, NACE, February 2003.

100. B.A.Miksic et al, US Patent 6,555,600 (2003).

101. B.A.Miksic et al, US Patent 6,617,415 (2003).

www.borismiksic.hr

102. Feature article, "Croatian Cowboy", Spooner Advocate, August 2003.

103. Feature article, "Izmedu poduzetnistva i tenisa", Svijet Tenisa, September 2003.

104. Cover page story "Amerikanac na izborima za Sabor", Globus, by V. Vurusic and J. Petkovic, October 2003.

105. X. Yongmo, S. Hailong, B. A. Miksic, "Comparison of Inhibitors MCI and $NaNO_2$ in Carbonation-Induced Corrosion, Materials Performance, January 2004.

106. B. A. Miksic, Dofasco Corporate Workshop:"Innovative Corrosion Solutions/Systems for the Steel Industry", Canada, (2004).

107. B. A. Miksic et al, "Efficacy of Vapor Phase Corrosion Inhibitor Technology in Manufacturing", Corrosion, Vol. 60, No. 6, Page 515, (2004).

108. B. A. Miksic et al, US Patent 6,800,594/B2 – Corrosion Inhibitor Barrier for Ferrous and Non-Ferrous Metals (2004).

109. B. A. Miksic at al, US Patent 6,764,615 B2 – Migrating Corrosion Inhibitor Fibers (Jul. 20, 2004)

110. 55 minute documentary: "When the dead vote", to be aired on PBS (a life story of Boris Miksic), by Jakov Sedlar producer and director (2005).

111. B. A. Miksic, et al, "Vapor Corrosion and Scale Inhibitors Formulated from Biodegradable and Renewable Raw Materials", 10th European Symposium on Corrosion and Scale Inhibitors, Ferrara, Italy (2005)

112. B. A. Miksic et al, US Patent 6,984,426 – Biodegradable Bag (2006).

113. Novel: "Moralni pobjednik predsjedničkih izbora 2005", Zagreb, Croatia, 2006

114. B.A. Miksic et al, "Protection of Above Ground Storage Tanks (AST's) with VpCI's", 11th Middle East Corrosion Conference Exhibition, NACE, Bahrein (2006).

115. B.A. Miksic, US Patent 7,014,694 – Oil-based additive for corrosion inhibitors (2006).

116. B.A. Miksic et al, "Storage Tank Protection Using Volatile Corrosion Inhibitors", Materials Performance, June 2006.

117. B.A. Miksic, International Symposium on Packaging and the Environment, Plitvice, Croatia, 2006.

118. B.A. Miksic et al, "Protection and Repair of Reinforced Concrete with Migrating Corrosion Inhibitors", International Conference on Bridges and COST534, Dubrovnik, Croatia (May, 2006).

119. B.A. Miksic et al, European Patent 0990 676 BI – Biodegradable vapor corrosion inhibitor products (2006).

120. B.A. Miksic et al, German Patent 699 31 569.7-08 – Biodegradable vapor corrosion inhibitor products (2006).

121. B.A. Miksic, Michael Qiu, "VpCI Technology for Export Packaging", Symposium on Export Packaging Technology, sponsored by the China Ministry of Commerce, Shenyang, China (2006).

122. B.A. Miksic et al, US Patent 7,118,615 – Biodegradable Corrosion Inhibitor Composition (2006).

123. B.A. Miksic et al, Biodegradable VpCI building block for biofuels, Fuels 2006 Symposium, Croatian Society for Fuels and Lubricants, Zadar (2006).

124. B.A. Miksic et al, US Patent 7,125,441 - Corrosion inhibiting materials for reducing corrosion in metallic concrete reinforcements (2006).

125. Co producer of the documentary movie "In search of Orson" about life and work of Orson Wells, featured at the Los Angeles Film Festival (2006).

126. B.A. Miksic et al, "New generation of water treatment products formulated from biodegradable and renewable raw materials", NACE 2007, paper #07064.

127. B.A.Miksic et al, invited lecture, Iranian Corrosion Symposium, Teheran (2007).