| 7. | Economic-Financial Analysis | 25 |
| | 7.1. Overall Revenue Formation | 25 |
| | 7.2. Overall Costs Formation | 27 |
| | 7.2.1. Material Costs | 27 |
| | 7.2.2. Gross Salaries | 31 |
| | 7.2.3. Depreciation | 33 |
| | 7.3. Working Capital Investments | 35 |
| | 7.4. Financing Sources and Liabilities | 37 |
| | 7.5. Profit and Loss Statement | 35 |
| | 7.6. Balance Sheet | 37 |
| 8. | Project Market Appraisal | 41 |
| | 8.1. Static Approach to Project Appraisal | 42 |
| | 8.2. Dynamic Approach to Project Appraisal | 43 |
| | 8.2.1. Method of Investment Return Period | 43 |
| | 8.2.2. Current Net Project Value | 46 |
| | 8.2.3. Method of Internal Profitability Rate | 47 |
| | 8.2.4. Liquidity Appraisal | 48 |
| 9. | Project Appraisal in Conditions of Uncertainty | 48 |
| | 9.1. Static Approach – Profitability Threshold Method | 48 |
| | 9.2. Dynamic Approach – Analysis of Sensitivity | 49 |

## 7. Economic-Financial Analysis

Market analysis and the technical-technological analysis have produced their results, which are expressed both in physical and value units. On account of this, it is not possible to unify these results, save if all project effects, i.e. its revenue and costs are expressed in value units. The aim of the economic-financial analysis is to express in terms of value all project effects and to prepare the documentation and information basis for project appraisal. The structure of the economic-financial analysis:

- Overall revenue formation
- Investments in fixed assets
- Business costs

- Working capital investments
- Financing sources and liabilities
- Overall revenue distribution
- Project financial flow
- Balance sheet

## 7.1. Overall Revenue Formation

Overall revenue is a financial expression of the value of realized project output.

Table 3: The Formation of Overall Revenue in Physical Units – pieces

| Production structure | Share in overall production | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Annual production in kg | | 1,000,000 | 1,500,000 | 1,800,000 | 2,100,000 | 2,400,000 | 2,700,000 | 3,000,000 | 3,000,000 | 3,000,000 | 3,000,000 |
| VPCI 126 | 75% | 750,000 | 1,125,000 | 1,350,000 | 1,575,000 | 1,800,000 | 2,025,000 | 2,250,000 | 2,250,000 | 2,250,000 | 2,250,000 |
| VPCI 125 | 10% | 100,000 | 150,000 | 180,000 | 210,000 | 240,000 | 270,000 | 300,000 | 300,000 | 300,000 | 300,000 |
| Ecofilms | 15% | 150,000 | 225,000 | 270,000 | 315,000 | 360,000 | 405,000 | 450,000 | 450,000 | 450,000 | 450,000 |
| DESCRIPTION | Full capacity | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
| % of the utilization of full capacity | 3,000,000 | 33% | 50% | 60% | 70% | 80% | 90% | 100% | 100% | 100% | 100% |
| % of the annual increase in the utilization of capacities | | | 17% | 10% | 10% | 10% | 10% | 10% | 0% | 0% | 0% |
| % of the annual | | | 50% | 20% | 17% | 14% | 13% | 11% | 0% | 0% | 0% |

increase in production

Table 4: Overall Revenue – in HRK

| Revenue structure | Unit price in HRK | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| VPCI 126 | 28.83 | 21,618,900 | 32,428,350 | 38,914,020 | 45,399,690 | 51,885,360 | 58,371,030 | 64,856,700 | 64,856,700 | 64,856,700 | 64,856,700 |
| VPCI 125 | 34.88 | 3,488,400 | 5,232,600 | 6,279,120 | 7,325,640 | 8,372,160 | 9,418,680 | 10,465,200 | 10,465,200 | 10,465,200 | 10,465,200 |
| Ecofilms | 45.66 | 6,848,280 | 10,272,420 | 12,326,904 | 14,381,388 | 16,435,872 | 18,490,356 | 20,544,840 | 20,544,840 | 20,544,840 | 20,544,840 |
| TOTAL in HRK | | 31,955,580 | 47,933,370 | 57,520,044 | 67,106,718 | 76,693,392 | 86,280,066 | 95,866,740 | 95,866,740 | 95,866,740 | 95,866,740 |

## 7.2. Overall Cost Formation

Under business costs the following is implied:

- Material costs;
- Gross salaries;
- Depreciation.

## 7.2.1. Material Costs

The formation of business material costs is based on the following budget and plan values:

Table 5: The Formation of Direct Material Costs per Product Unit in US$ per kg:

| Raw costs per kg | $/kg | Raw share VPC 126 | Raw share VPC 125 | 1 kg VPC 126 | 1 kg VPC 125 | Ecofilm-raw costs* 70% |
|---|---|---|---|---|---|---|

|  | 1 | 3 | 4 | 6 | 8 | 9 |
|---|---|---|---|---|---|---|
| LDPE | 1.86 | 42% | 40% | $0.78 | $0.74 |  |
| LLDPE | 1.92 | 44% | 41% | $0.84 | $0.79 |  |
| M-126 | 13.71 | 14% | 15% | $1.92 | $2.06 |  |
| ESD | 2.15 |  | 4% | $0.09 | $0.09 |  |
| TOTAL |  | 100% | 100% | $3.55 | $3.67 | $5.22 |

*70% of the sales price in the production of Ecofilms refers to the cost of raw

Table 6: Costs of Incoming Raw per Years of the Project Economic Duration

| Structure of incoming raw costs at the annual level | Cost of raw per kg in $ | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| VPCI 126 | 21.73 | 16,273,386 | 24,410,079 | 29,292,095 | 34,174,111 | 39,056,126 | 43,938,142 | 48,820,158 | 48,820,158 | 48,820,158 | 48,820,158 |
| VPCI 125 | 22.46 | 2,248,304 | 3,372,457 | 4,046,948 | 4,721,439 | 5,395,931 | 6,070,422 | 6,744,913 | 6,744,913 | 6,744,913 | 6,744,913 |
| Ecofilms | 31.95 | 4,793,796 | 7,190,694 | 8,628,833 | 10,066,972 | 11,505,110 | 12,943,249 | 14,381,388 | 14,381,388 | 14,381,388 | 14,381,388 |
| TOTAL in | | 23,315,486 | 34,973,230 | 41,967,876 | 48,962,521 | 55,957,167 | 62,951,813 | 69,946,459 | 69,946,459 | 69,946,459 | 69,946,459 |

Table 6: The Calculation of Electrical Energy Consumption with Full Production Capacity Utilization

The calculation of electrical energy consumption

| Shifts | Night | Day | Total in EUR | Total in HRK |
|---|---|---|---|---|
| Price per h in EUR | 0.042 | 0.064 |  |  |
| Hours of operation/month | 240 | 240 |  |  |
| 650 kW * the number of monthly hours | 156,000 | 156,000 |  |  |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Cost at production during 20 work days | 6,614 | | | 9,922 | | | | 16,536 |
| Monthly fee for power in EUR | 5.50 | | 8.00 | | | | | |
| 650 kW * fee per kW | 3,575 | | | 5,200 | | 8,775 | | |
| Cost of electrical energy at maximum utilization | | | | | | 25,311 | | |
| Monthly cost of electrical energy with full production capacity (70% of the maximum utilization) | | | | | | 17,718 | | 131,465 |
| Yearly cost of electrical energy with full production capacity | | | | | | 212,612 | | 1,577,584 |

Table 6: Overall Material Costs

| Material costs | Annual increase | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Direct MC | | 25,240,276 | 37,860,415 | 45,432,499 | 53,004,581 | 60,576,664 | 68,148,748 | 75,720,831 | 75,720,831 | 75,720,831 | 75,720,... |
| Cost of basic material | | 23,315,486 | 34,973,230 | 41,967,876 | 48,962,521 | 55,957,167 | 62,951,813 | 69,946,459 | 69,946,459 | 69,946,459 | 69,946,... |
| Waste (5% of the cost of basic material) | 5% | 1,165,774 | 1,748,661 | 2,098,394 | 2,448,126 | 2,797,858 | 3,147,591 | 3,497,323 | 3,497,323 | 3,497,323 | 3,497,... |
| Cost of transport and customs | Per annual production | 525,861 | 788,792 | 946,550 | 1,104,309 | 1,262,067 | 1,419,826 | 1,577,584 | 1,577,584 | 1,577,584 | 1,577,... |

| | % | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Indirect MC | | 1,519,778 | 1,674,187 | 1,780,211 | 1,889,633 | 2,002,689 | 2,119,634 | 2,240,745 | 2,318,386 | 2,400,812 | 2,48... |
| Office supplies consumed | | 12,000 | 12,000 | 12,000 | 12,000 | 12,000 | 12,000 | 12,000 | 12,000 | 12,000 | 12,000 |
| Cleaning material consumed | | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 |
| Fuel | 5% | 30,000 | 31,500 | 33,075 | 34,729 | 36,465 | 38,288 | 40,203 | 42,213 | 44,324 | 46,540 |
| Gas | 5% | 100,000 | 105,000 | 110,250 | 115,763 | 121,551 | 127,628 | 134,010 | 140,710 | 147,746 | 155,13 |
| Water | 5% | 60,000 | 63,000 | 66,150 | 69,458 | 72,930 | 76,577 | 80,406 | 84,426 | 88,647 | 93,080 |
| Accounting services | 2% | 240,000 | 244,800 | 249,696 | 254,690 | 259,784 | 264,979 | 270,279 | 275,685 | 281,198 | 286,82 |
| Telephone and postal services | 5% | 120,000 | 126,000 | 132,300 | 138,915 | 145,861 | 153,154 | 160,811 | 168,852 | 177,295 | 186,15 |
| Maintenance costs | | 120,000 | 120,000 | 120,000 | 120,000 | 120,000 | 120,000 | 120,000 | 120,000 | 120,000 | 120,00 |
| Promotional costs | | 40,000 | 40,000 | 40,000 | 40,000 | 40,000 | 40,000 | 40,000 | 40,000 | 40,000 | 40,000 |
| Security costs | 5% | 50,000 | 52,500 | 55,125 | 57,881 | 60,775 | 63,814 | 67,005 | 70,355 | 73,873 | 77,566 |
| Per diems | 2% | 60,000 | 61,200 | 62,424 | 63,672 | 64,946 | 66,245 | 67,570 | 68,921 | 70,300 | 71,706 |
| Bank services (guarantees, fees, payment transactions) | 5% | 300,000 | 315,000 | 330,750 | 347,288 | 364,652 | 382,884 | 402,029 | 422,130 | 443,237 | 465,39 |
| Contributions to the Croatian Economic Chamber, Tourist Board, forestry | | 25,000 | 25,000 | 25,000 | 25,000 | 25,000 | 25,000 | 25,000 | 25,000 | 25,000 | 25,000 |

| | % | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| contributions etc. | | | | | | | | | | | |
| Communal fees | 2% | | 20,000 | 20,400 | 20,808 | 21,224 | 21,649 | 22,082 | 22,523 | 22,974 | 29,433 |
| Employee transport benefits | 4% | 63,000 | 65,520 | 68,141 | 70,866 | 73,701 | 76,649 | 79,715 | 82,904 | 86,220 | 89,669 |
| Other costs not mentioned | 10% | 130,000 | 143,000 | 157,300 | 173,030 | 190,333 | 209,366 | 230,303 | 253,333 | 278,667 | 38,53 |
| Free zone concession* | 0.50% | 159,778 | 239,667 | 287,600 | 335,534 | 383,467 | 431,400 | 479,334 | 479,334 | 479,334 | 479,33 |
| TOTAL | | 26,760,054 | 39,534,602 | 47,212,710 | 54,894,215 | 62,579,353 | 70,268,381 | 77,961,578 | 78,039,217 | 78,121,646 | 7,209 |

## 2.2. Gross Salaries

Table 7: An Overview of Employee Gross Salaries per Educational Background and the Years of Project Economic Duration

| Total cost for salaries | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|---|
| Direct salaries | | | | | | | | | | |
| EMPLOYEES IN PRODUCTION AND WAREHOUSE AND LABORATORY (5 unskilled, 14 high-school, 3 college degree) | 1,359,989 | 2,039,983 | 2,447,980 | 2,855,976 | 3,263,973 | 3,671,970 | 4,039,167 | 4,443,083 | 4,887,392 | 5,376,131 |
| Indirect salaries | | | | | | | | | | |

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|---|
| EMPLOYEES, COMMERCIAL SECTOR AND ACCOUNTING (1 high-school and 2 college-trained) | 257,371 | 283,108 | 311,419 | 342,561 | 376,817 | 414,499 | 455,949 | 501,544 | 551,698 | 606,868 |
| **Total:** | 1,617,360 | 2,323,092 | 2,759,399 | 3,198,538 | 3,640,790 | 4,086,469 | 4,495,116 | 4,944,627 | 5,439,090 | 5,982,999 |

| Total cost for salaries | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|---|
| Annual increase in direct salaries | - | 50% | 20% | 17% | 14% | 13% | 10% | 10% | 10% | 10% |
| Annual increase in indirect salaries | - | 10% | 10% | 10% | 10% | 10% | 10% | 10% | 10% | 10% |

Table 8: Payroll Settlement

| DESCRIPTION | RATE | MONTHLY SALARY Higher education and college-trained | MONTHLY SALARY High school | MONTHLY SALARY Skilled and unskilled | TOTAL |
|---|---|---|---|---|---|
| **Gross basis** | | **7,000.00** | **4,300.00** | **3,100.00** | |
| Contributions to the salary | 17.20% | 1,204.00 | 739.60 | 533.20 | - |
| Health insurance | 15.00% | 1,050.00 | 645.00 | 465.00 | - |
| Injury fee | 0.50% | 35.00 | 21.50 | 15.50 | - |

| | | | | | |
|---|---|---|---|---|---|
| Employment fee | 1.70% | 119.00 | 73.10 | 52.70 | - |
| | | | | | |
| Contributions out of the salary | 20.00% | 1,400.00 | 860.00 | 620.00 | - |
| Pension fund – 1st | 15.00% | 1,050.00 | 645.00 | 465.00 | - |
| Pension fund – 2nd | 5.00% | 350.00 | 215.00 | 155.00 | - |
| | | | | | |
| Basis for tax | | 5,600.00 | 3,440.00 | 2,480.00 | - |
| Personal deduction | 1.00 | 1,600.00 | 1,600.00 | 1,600.00 | - |
| | | | | | |
| Tax basis | | 4,000.00 | 1,840.00 | 880.00 | - |
| Tax 15% | 15% | 450.00 | 276.00 | 132.00 | - |
| Tax 25% | 25% | 250.00 | - | - | - |
| Tax 35% | 35% | - | - | - | - |
| Tax 45% | 45% | - | - | - | - |
| Total Taxes | | 700.00 | 276.00 | 132.00 | - |
| Local taxes | 0.00% | - | - | - | - |
| Total Taxes and local taxes | | 700.00 | 276.00 | 132.00 | - |
| | | | | | |
| NET SALARY | | 4,900.00 | 3,164.00 | 2,348.00 | - |
| TOTAL GROSS SALARY WITH CONTRIBUTIONS TO THE GS | | 8,204.00 | 5,039.60 | 3,633.20 | 16,876.80 |
| NUMBER OF EMPLOYEES | | 5 | 15 | 5 | 25 |
| TOTAL COST FOR SALARIES | | 41,020.00 | 75,594.00 | 18,166.00 | 134,780 |
| TOTAL ANNUAL | 12 | 492,240 | 907,128 | 217,992 | 1,617,360 |

| COST FOR SALARIES | | |
|---|---|---|
| | | |

*In the calculation of employees' net salaries, the assumption is that the deduction coefficient for all employees is 1

The investment shall in phase one secure the employment of 25 persons, mostly from the areas of special state concern. The company employee structure will be as follows:

| | Higher education and college-trained | High school | Skilled and unskilled | TOTAL |
|---|---|---|---|---|
| MANAGEMENT | 1 | | | 1 |
| COMMERCIAL SECTOR AND ACCOUNTING | | 3 | | 3 |
| LABORATORY | 1 | 2 | | 3 |
| PRODUCTION | 3 | 9 | 1 | 13 |
| WAREHOUSE AND HANDLING | | 1 | 4 | 5 |
| TOTAL | 5 | 15 | 5 | 25 |

## 7.2.3. Depreciation

Table 9: Investments in Long-Term Assets

| STRUCTURE OF INVESTMENTS IN LONG-TERM ASSETS | HRK | EUR | % |
|---|---|---|---|
| Land plot | 583,865 | 78,688 | 2% |
| Business object | 10,735,700 | 1,446,860 | 35% |
| Machinery and equipment | 13,652,800 | 1,840,000 | 45% |
| Power station 1 MGW (1000 | 1,600,000 | 53,908 | 5% |

| KW) | | |
|---|---|---|
| Founding investments | 171,348 | 1,271,400 | 4% |
| Long-term working capital | 366,483 | 2,719,301 | 9% |
| Total: | 3,957,287 | 30,563,066 | 100% |

According to the Profit Tax Act, reached by the Croatian Parliament at the session held on 3 December 2004, land plots, woods and similar renewablw natural resorces, financial assets, cultural monuments and art works do not depreciate.

Annual depreciation rates are determined according to the depreciation duration for tax purposes, for individual long-term asset groups are:
1. for construction objects and ships of higer capacity than 1000 GRT (20 years), 5%
2. for basic herd, personal vehicles (5 years), 20%
3. for immaterial assets, equipment, vehicles, except for personal vehicles, and for mechanization (4 years), 50%
4. for computers, hardware and software, cell phones and equipment for computer networks (2 years), 50%
5. for other unmentioned assets (10 years), 10%

The above stated annual depreciation rates can be doubled. If the taxpayer settles depreciation in the amount lower than the one allowed by the tax system, depreciation thus settled is considered as tax allowed cost.

Given that the investor shall, in accordance with the law quoted above, be exempt from paying the profit tax during the first nine years of its business, it is in its interest to settle depreciation during the stated period using lower rates.

Table 9: Long-Term Asset Depreciation Settlement

| Basic fund name | BF procurement value | Write-off rate in % | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Land plot | 583,865 | 0 | - | - | - | - | - | - | - | - | - |
| Business object | 10,735,700 | 2.5 | 268,393 | 268,393 | 268,393 | 268,393 | 268,393 | 268,393 | 268,393 | 268,393 | 268,393 |
| Machinery | 13,652,800 | 10 | 1,365,280 | 1,365,280 | 1,365,280 | 1,365,280 | 1,365,280 | 1,365,280 | 1,365,280 | 1,365,280 | 1,365,280 |

| Item | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 |
|---|---|---|---|---|---|---|---|---|---|
| and equipment | | | | | | | | | |
| Power station 1 MGW | 1,600,000 | 0 | - | - | - | - | - | - | - |
| Founding investments | 1,271,400 | 0 | - | - | - | - | - | - | - |
| Total | 27,843,765 | 1,633,673 | 1,633,673 | 1,633,673 | 1,633,673 | 1,633,673 | 1,633,673 | 1,633,673 | 1,633,673 |

## 7.4. Working Capital Investments

Working capital is part of the overall funds of the investment project that are used in the business process, changing its form and retaining the value at the level of invested funds.

Table 11: Elements for the Calculation of Working Capital Investments

| Item | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 |
|---|---|---|---|---|---|---|---|---|---|
| MATERIAL STOCK | 24,714,416 | 37,071,623 | 44,485,948 | 51,900,273 | 59,314,597 | 66,728,922 | 74,143,247 | 74,143,247 | 74,143,247 |
| CURRENT PRODUCTION | 28,120,044 | 41,574,585 | 49,660,689 | 57,750,191 | 65,843,327 | 73,940,352 | 82,000,743 | 82,482,300 | 83,009,035 |
| FINISHED PRODUCT STOCK | 29,269,514 | 42,001,149 | 50,037,796 | 58,077,841 | 66,121,520 | 74,169,089 | 82,180,023 | 82,612,124 | 83,089,402 |
| CUSTOMERS | 29,526,885 | 42,284,257 | 50,349,215 | 58,420,402 | 66,498,337 | 74,583,588 | 82,635,972 | 83,113,667 | 83,641,100 |
| MONEY | 29,526,885 | 42,284,257 | 50,349,215 | 58,420,402 | 66,498,337 | 74,583,588 | 82,635,972 | 83,113,667 | 83,641,100 |
| Total: | 141,157,743 | 205,215,872 | 244,882,864 | 284,569,109 | 324,276,119 | 364,005,538 | 403,595,956 | 405,465,005 | 407,523,883 |

| Item | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 |
|---|---|---|---|---|---|---|---|---|---|
| VENDORS | 26,760,055 | 39,534,602 | 47,212,709 | 54,894,214 | 62,579,354 | 70,268,382 | 77,961,576 | 78,039,217 | 78,121,643 |
| SALARIES | 1,617,360 | 2,323,092 | 2,759,399 | 3,198,538 | 3,640,790 | 4,086,469 | 4,495,116 | 4,944,627 | 5,439,090 |

| | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|---|---|
| DEPRECIATION | 1,633,673 | 1,633,673 | 1,633,673 | 1,633,673 | 1,633,673 | 1,633,673 | 1,633,673 | 1,633,673 | 1,633,673 |
| FINANCING COSTS | 1,149,470 | 426,563 | 377,107 | 327,650 | 278,194 | 228,737 | 179,280 | 129,824 | 80,367 |
| PROFIT TAX | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Total: | 31,160,558 | 43,917,930 | 51,982,888 | 60,054,075 | 68,132,010 | 76,217,260 | 84,269,644 | 84,747,340 | 85,274,772 |

The calculation for working capital investments in the investment project is done based on calculated financial amounts of items of working capital, items of business sources and corresponding working coefficients.

The continuation presents the calculation for working capital investments:

Table 12: Calculation for Working Capital Investments

| Item | RD | KO | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|---|---|---|
| 1. MATERIAL STOCK | 15 | 24 | 1,029,767 | 1,544,651 | 1,853,581 | 2,162,511 | 2,471,442 | 2,780,372 | 3,089,302 | 3,089,302 |
| 2. CURRENT PRODUCTION | 2 | 180 | 156,222 | 230,970 | 275,893 | 320,834 | 365,796 | 410,780 | 455,560 | 458,235 |
| 3. FINISHED PRODUCT STOCK | 15 | 24 | 1,219,563 | 1,750,048 | 2,084,908 | 2,419,910 | 2,755,063 | 3,090,379 | 3,424,168 | 3,442,172 |
| 4. CUSTOMERS | 20 | 18 | 1,640,383 | 2,349,125 | 2,797,179 | 3,245,578 | 3,694,352 | 4,143,533 | 4,590,887 | 4,617,406 |
| 5. MONEY | 1 | 360 | 82,019 | 117,456 | 139,859 | 162,279 | 184,718 | 207,177 | 229,544 | 230,871 |
| A. TOTAL NECESSARY WC | | | 4,127,954 | 5,992,250 | 7,151,420 | 8,311,113 | 9,471,371 | 10,632,239 | 11,789,461 | 11,838,906 |
| 6. VENDORS | 5 | 72 | 371,667 | 549,092 | 655,732 | 762,420 | 869,158 | 975,950 | 1,082,800 | 1,083,078 |
| 7. SALARIES | 15 | 24 | 67,390 | 96,795 | 114,975 | 133,272 | 151,700 | 170,270 | 187,296 | 206,020 |
| 8. DEPRECIATION | 182 | 2 | 825,912 | 825,912 | 825,912 | 825,912 | 825,912 | 825,912 | 825,912 | 825,912 |
| 9. FINANCING | 45 | 8 | 143,684 | 53,320 | 47,138 | 40,956 | 34,774 | 28,592 | 22,410 | 16,228 |

| COSTS | 15 | 24 | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 10. PROFIT TAX | 15 | 24 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| B. BUSINESS SOURCES | | | 1,408,653 | 1,525,120 | 1,643,758 | 1,762,561 | 1,881,544 | 2,000,724 | 2,118,418 | 2,132,044 |
| C. PERMANENT WORKING CAPITAL | | | | 2,719,301 | 4,467,131 | 5,507,662 | 6,548,552 | 7,589,827 | 8,631,516 | 9,671,643 |
| D. INVESTMENTS INTO WC | | | 2,719,301 | 1,747,830 | 1,040,531 | 1,040,890 | 1,041,275 | 1,041,689 | 1,039,527 | 34,919 |

*in business sources, average recognition days were used (RD/2)

## 7.5. Financing Sources and Liabilities

Loan amount:        22,255,481 HRK
Payment period:     9 years
Interest rate:      2%
Payment method:     quarterly equal repayment installments
Grace period:       1 year

Table 13: Loan Repayment Plan

| REPAYMENT | INTEREST | REMAINING DEBT | ANNUITY |
|---|---|---|---|
| - | - | 22,255,481 | |
| 0 | | | |

| | | | | |
|---|---|---|---|---|
| 1 | 222,555 | 22,255,481 | 222,555 | - |
| 2 | 222,555 | 22,255,481 | 222,555 | - |
| 3 | 222,555 | 22,255,481 | 222,555 | - |
| 4 | 222,555 | 22,255,481 | 222,555 | - |
| | **890,219** | | **890,219** | **2,472,831** |
| 5 | 729,485 | 21,637,273 | 111,277 | 618,208 |
| 6 | 726,394 | 21,019,065 | 108,186 | 618,208 |
| 7 | 723,303 | 20,400,858 | 105,095 | 618,208 |
| 8 | 720,212 | 19,782,650 | 102,004 | 618,208 |
| | **2,899,395** | | **426,563** | **2,472,831** |
| 9 | 717,121 | 19,164,442 | 98,913 | 618,208 |
| 10 | 714,030 | 18,546,234 | 95,822 | 618,208 |
| 11 | 710,939 | 17,928,026 | 92,731 | 618,208 |
| 12 | 707,848 | 17,309,819 | 89,640 | 618,208 |
| | **2,849,938** | | **377,107** | **2,472,831** |
| 13 | 704,757 | 16,691,611 | 86,549 | 618,208 |
| 14 | 701,666 | 16,073,403 | 83,458 | 618,208 |
| 15 | 698,575 | 15,455,195 | 80,367 | 618,208 |
| 16 | 695,484 | 14,836,987 | 77,276 | 618,208 |
| | **2,800,481** | | **327,650** | **2,472,831** |
| 17 | 692,393 | 14,218,780 | 74,185 | 618,208 |
| 18 | 689,302 | 13,600,572 | 71,094 | 618,208 |
| 19 | 686,211 | 12,982,364 | 68,003 | 618,208 |
| 20 | 683,120 | 12,364,156 | 64,912 | 618,208 |
| | **2,751,025** | | **278,194** | **2,472,831** |
| 21 | 680,029 | 11,745,948 | 61,821 | 618,208 |
| 22 | 676,938 | 11,127,741 | 58,730 | 618,208 |
| 23 | 673,847 | 10,509,533 | 55,639 | 618,208 |
| 24 | 670,755 | 9,891,325 | 52,548 | 618,208 |
| | **2,701,568** | | **228,737** | **2,472,831** |
| 25 | 667,664 | 9,273,117 | 49,457 | 618,208 |

|  |  |  |  |  |
|---|---|---|---|---|
| 26 | 618,208 | 46,366 | 8,654,909 | 664,573 |
| 27 | 618,208 | 43,275 | 8,036,701 | 661,482 |
| 28 | 618,208 | 40,184 | 7,418,494 | 658,391 |
|  | **2,472,831** | **179,280** |  | **2,652,111** |
| 29 | 618,208 | 37,092 | 6,800,286 | 655,300 |
| 30 | 618,208 | 34,001 | 6,182,078 | 652,209 |
| 31 | 618,208 | 30,910 | 5,563,870 | 649,118 |
| 32 | 618,208 | 27,819 | 4,945,662 | 646,027 |
|  | **2,472,831** | **129,824** |  | **2,602,655** |
| 33 | 618,208 | 24,728 | 4,327,455 | 642,936 |
| 34 | 618,208 | 21,637 | 3,709,247 | 639,845 |
| 35 | 618,208 | 18,546 | 3,091,039 | 636,754 |
| 36 | 618,208 | 15,455 | 2,472,831 | 633,663 |
|  | **2,472,831** | **80,367** |  | **2,553,198** |
| 37 | 618,208 | 12,364 | 1,854,623 | 630,572 |
| 38 | 618,208 | 9,273 | 1,236,416 | 627,481 |
| 39 | 618,208 | 6,182 | 618,208 | 624,390 |
| 40 | 618,208 | 3,091 | (0) | 621,299 |
|  | **2,472,831** | **30,910** | **-** | **2,503,742** |
| **TOTAL** | **22,255,481** | **2,948,851** |  | **25,204,332** |

Table 14: Liabilities as per Project Duration Years

|  | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|---|
| INTEREST | 890,219 | 426,563 | 377,107 | 327,650 | 278,194 | 228,737 | 179,280 | 129,824 | 80,367 | 30,910 |
| ANNUITIES | 890,219 | 2,899,395 | 2,849,938 | 2,800,481 | 2,751,025 | 2,701,568 | 2,652,111 | 2,602,655 | 2,553,198 | 2,503, |

| Loan processing fee | 259,251 |
|---|---|

## 7.6. Profit and Loss Statement

The profit and loss statement has been composed based on calculated values of revenue and costs. The results of thus formed Profit and Loss Statement show that the investor realizes positive results, i.e. that the project is financially successful in all years of project economic duration.

Based on the Profit Tax Act, that was reached by the Croatian Parliament at the session held on 3 December 2004, Article 21, tax payers performing activities in areas of special state concern that employ more than 5 people in the mode of indefinite employment, 50% of which reside in areas of special state concern for nine months minimum, pay the profit tax for the period of ten years from the start date of this law as follows:

1. they do not pay the profit tax in areas of group one
2. they pay 25% of proscribed tax rate in areas of group two
3. they pay 75% of proscribed tax rate in areas of group three

It is considered the taxpayer from Paragraph 1 of this Article employs a person from areas of special state concern on indefinite terms if the employee worked with the taxpayer and resided in the area of special state concern for the period of nine months minimum during the tax period.

The company has its headquarters in an area of special state concern of group one and will employ 25 people, mostly coming from the stated area. On account of this, the income tax rate for the investor amounts to 0%, until the end of the 9th project duration year. In the 10th project duration year, the investor will be liable for paying the profit tax according to the regular rate (20%), given that the application of the stated law started on 1 January 2005.

Reserves according to the rate of 5% are being taken out of net profits.

The investment project, as seen in the table below, regularly settles all liabilities towards the state, employees, vendors and financiers, regularly realizes profit expressed through retained profit, which means excess of revenue over all planned liabilities and costs.

Table 15: the Profit and Loss Statement

| Item | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|------|---|---|---|---|---|---|---|---|---|----|

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 |
|---|---|---|---|---|---|---|---|---|---|
| TOTAL REVENUE | 31,955,580 | 47,933,370 | 57,520,044 | 67,106,718 | 76,693,392 | 86,280,066 | 95,866,740 | 95,866,740 | 95,866,740 |
| TOTAL COSTS | 31,160,558 | 43,917,930 | 51,982,888 | 60,054,075 | 68,132,010 | 76,217,260 | 84,269,644 | 84,747,340 | 85,274,772 |
| BUSINESS COSTS | 30,011,087 | 43,491,366 | 51,605,781 | 59,726,425 | 67,853,816 | 75,988,523 | 84,090,364 | 84,617,516 | 85,194,405 |
| -MATERIAL COSTS | 26,760,055 | 39,534,602 | 47,212,709 | 54,894,214 | 62,579,354 | 70,268,382 | 77,961,576 | 78,039,217 | 78,121,643 |
| -DEPRECIATION | 1,633,673 | 1,633,673 | 1,633,673 | 1,633,673 | 1,633,673 | 1,633,673 | 1,633,673 | 1,633,673 | 1,633,673 |
| -GROSS SALARIES | 1,617,360 | 2,323,092 | 2,759,399 | 3,198,538 | 3,640,790 | 4,086,469 | 4,495,116 | 4,944,627 | 5,439,090 |
| FINANCIAL COSTS | 1,149,470 | 426,563 | 377,107 | 327,650 | 278,194 | 228,737 | 179,280 | 129,824 | 80,367 |
| -INTEREST AND FEE | 1,149,470 | 426,563 | 377,107 | 327,650 | 278,194 | 228,737 | 179,280 | 129,824 | 80,367 |
| GROSS PROFIT | 795,022 | 4,015,440 | 5,537,156 | 7,052,643 | 8,561,382 | 10,062,806 | 11,597,096 | 11,119,400 | 10,591,968 |
| PROFIT TAX – 20% | - | - | - | - | - | - | - | - | - |
| NET PROFIT | 795,022 | 4,015,440 | 5,537,156 | 7,052,643 | 8,561,382 | 10,062,806 | 11,597,096 | 11,119,400 | 10,591,968 |
| RESERVES 5% | 39,751 | 200,772 | 276,858 | 352,632 | 428,069 | 503,140 | 579,855 | 555,970 | 529,598 |
| RETAINED PROFIT | 755,271 | 3,814,668 | 5,260,298 | 6,700,011 | 8,133,313 | 9,559,666 | 11,017,241 | 10,563,430 | 10,062,369 |

Table 16: Balance Sheet

| Structure | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 |
|---|---|---|---|---|---|---|---|---|---|
| ASSETS | | | | | | | | | |
| 1. LONG-TERM ASSETS | 26,210,092 | 24,576,420 | 22,942,747 | 21,309,075 | 19,675,402 | 18,041,730 | 16,408,057 | 14,774,385 | 13,140,712 |
| 2. SHORT- | 5,147,996 | 8,324,278 | 13,022,275 | 19,235,760 | 26,957,983 | 36,181,630 | 46,939,567 | 57,219,809 | 66,972,618 |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| ...TERM ASSETS | | | | | | | | | |
| 2.1. STOCK | 2,719,301 | 4,467,131 | 5,507,662 | 6,548,552 | 7,589,827 | 8,631,516 | 9,671,043 | 9,705,962 | 9,743,976 |
| 2.2. RECEIVABLES | | | | | | | | | |
| 2.3. FINANCIAL ASSETS | 39,751 | 240,523 | 517,381 | 870,013 | 1,298,082 | 1,801,223 | 2,381,077 | 2,937,047 | 3,466,646 |
| 2.4. MONEY | 2,388,944 | 3,616,624 | 6,997,232 | 11,817,195 | 18,070,074 | 25,748,892 | 34,887,447 | 44,576,800 | 53,761,996 |
| **TOTAL ASSETS** | **31,358,088** | **32,900,698** | **35,965,023** | **40,544,835** | **46,633,386** | **54,223,360** | **63,347,625** | **71,994,194** | **80,113,330** |
| 1. CAPITAL AND RESERVES | 9,102,607 | 13,118,048 | 18,655,204 | 25,707,847 | 34,269,229 | 44,332,035 | 55,929,131 | 67,048,531 | 77,640,499 |
| 1.1. CAPITAL | 8,307,585 | 8,307,585 | 8,307,585 | 8,307,585 | 8,307,585 | 8,307,585 | 8,307,585 | 8,307,585 | 8,307,585 |
| 1.2. RESERVES | 39,751 | 240,523 | 517,381 | 870,013 | 1,298,082 | 1,801,223 | 2,381,077 | 2,937,047 | 3,466,646 |
| 1.3. RETAINED PROFIT | 755,271 | 4,569,940 | 9,830,238 | 16,530,249 | 24,663,562 | 34,223,228 | 45,240,469 | 55,803,899 | 65,866,268 |
| 2. LONG-TERM LIABILITIES | 22,255,481 | 19,782,650 | 17,309,819 | 14,836,987 | 12,364,156 | 9,891,325 | 7,418,494 | 4,945,662 | 2,472,831 |
| 3. SHORT-TERM LIABILITIES | | | | | | | | | 0 |
| **TOTAL LIABILITIES AND CAPITAL** | **31,358,088** | **32,900,698** | **35,965,023** | **40,544,835** | **46,633,386** | **54,223,360** | **63,347,625** | **71,994,194** | **80,113,330** |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Indebtedness coefficient | 71% | 60% | 48% | 37% | 27% | 18% | 12% | 7% | 3% |
| Annual loan liabilities / TLC | 4% | 6% | 5% | 4% | 4% | 3% | 3% | 3% | 3% |

# 8. Project Market Appraisal

Under the term investment project appraisal a cluster of actions is implied, the aim of which is to put the justifiability and acceptance of the project in perspective.

The efficiency of an investment project can be appraised in a single project duration period or during its whole duration, so the continuation shows static and dynamic overviews of project appraisal.

## 8.1. Static Approach to Project Appraisal

The static approach to project appraisal implies an analysis of its efficiency by utilizing data on business efficiency in the representative year of business.

The criteria for selecting the representative year are:
- that the possible project capacity utilization has been achieved
- that project loan is stil being repayed

As the representative year the 7th year of project economic duration was used.

| | |
|---|---|
| Return of total business funds | 0.183070728 |
| Net profit | 11,597.096 |
| Basic funds + working capital | 63,347.625 |
| Return from the owner point of view | 0.207353405 |
| Net profit | 11,597.096 |
| Own capital | 55,929.131 |
| Turnover return | 0.120971004 |

| | |
|---|---|
| Net profit | 11,597,096 |
| Total revenue | 95,866,740 |
| Business funds turnover | 1.513343876 |
| Total revenue | 95,866,740 |
| Basic funds + working capital | 63,347,625 |
| Return from the financing source point of view | 0.18590083 |
| Net profit + interest | 11,776,376 |
| Basic funds + working capital | 63,347,625 |
| Net profit per employee | 463,883.83 |
| Net profit | 11,597,096 |
| Number of employees | 25 |
| Reproduction capability | 0.208859737 |
| Net profit + depreciation | 13,230,768 |
| Basic funds + working capital | 63,347,625 |

- the return of total business funds is 0.183070728 and shows the ratio between net profit and the total business fnds, i.e. the basic funds and the working capital;
- the return from the owner point of view shows that 0.207353405 units of profit are realized per own capital unit;
- the turnover return shows the share of net profit in the total revenue and is 0.120971004;
- the turnover of business funds is the ratio between the total revenue in the representative year and used business funds in that year, here in concrete terms it is 1.513343876;
- the return from the financing source point of view provides the information on return of total invested funds. It is 0.18590083, while the border acceptable value is zero;
- the net profit per employee is 463,883.83 HRK and shows the return of used labor in the representative year, while the border acceptable value is zero;
- the reproduction capability is 0.208859737 while the border acceptable value is equal to zero.

## 8.2. Dynamic Approach to Project Appraisal

The dynamic approach to appraisal uses data from the entire project duration.

The economic flow consists of revenue, i.e. those items and business events that increase the project economic potential, and costs, i.e. those items and business events that decrease the project economic potential.

In contrast to the Financial Flow, liabilities according to financing sources are excluded from the Economic Flow, since these do not decrease the economic potential or assets of the company but only the company financial potential.

Net revenue, as the difference between the total revenue and total costs are negative during the first project duration year, when it is invested in long-term assets.

The economic flow needs to show how the decrease in economic potential is covered by its increase, i.e. the positive net revenue in the business years.

The data from the Economic Flow are used in the continuation of the profitability appraisal as input values, applying certain methods of investment project efficiency.

In order to appraise the investment project efficiency in its whole, it is necessary to find a common denominator for all nominal values from the Economic Flow, taking into account the temporal preferences.

Table 17: Financial Flow

| Structure | 0 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 |
|---|---|---|---|---|---|---|---|---|---|---|
| I. REVENUE | 27,843,765 | 34,674,881 | 47,933,370 | 57,520,044 | 67,106,718 | 76,693,392 | 86,280,066 | 95,866,740 | 95,866,740 | 95,866 |
| 1. TOTAL REVENUE | | 31,955,580 | 47,933,370 | 57,520,044 | 67,106,718 | 76,693,392 | 86,280,066 | 95,866,740 | 95,866,740 | 95,866 |
| 2. FINANCING SOURCES | 27,843,765 | 2,719,301 | - | - | - | - | - | - | - | |
| 2.1. LOAN | 19,536,180 | 2,719,301 | - | - | - | - | - | - | - | |
| 2.2. OWN FUNDS | 8,307,585 | - | - | - | - | - | - | - | - | |

|  |  |  |  |  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|---|---|---|---|
| 3. REMAINING PROJECT | - | - | - | - | - | - | - | - | - | - |
| 3.1. BASIC FUNDS | - | - | - | - | - | - | - | - | - | - |
| 3.2. WORKING CAPITAL | - | - | - | - | - | - | - | - | - | - |
| 3.3. RESERVES | - | - | - | - | - | - | - | - | - | - |
| II. COSTS | 27,843,765 | 32,285,937 | 46,705,690 | 54,139,436 | 62,286,756 | 70,440,513 | 78,601,248 | 86,728,184 | 86,177,388 | 86,681 |
| 4. TRANSFER OF OWN FUNDS | - | - | - | - | - | - | - | - | - | - |
| 5. INVESTMENTS IN BASIC FUNDS | 27,843,765 | | | | | | | | | |
| 6. INVESTMENTS IN WORKING CAPITAL | | 2,719,301 | 1,747,830 | 1,040,531 | 1,040,890 | 1,041,275 | 1,041,689 | 1,039,527 | 34,919 | 38,014 |
| 7. MATERIAL COSTS | | 26,760,055 | 39,534,602 | 47,212,709 | 54,894,214 | 62,579,354 | 70,268,382 | 77,961,576 | 78,039,217 | 78,121 |
| 8. SALARIES | | 1,617,360 | 2,323,092 | 2,759,399 | 3,198,538 | 3,640,790 | 4,086,469 | 4,495,116 | 4,944,627 | 5,439 |
| 9. PROFIT TAX | - | - | - | - | - | - | - | - | - | - |
| 10. RESERVES | | 39,751 | 200,772 | 276,858 | 352,632 | 428,069 | 503,140 | 579,855 | 555,970 | 529,59 |
| 11. LIABILITIES ACCORDING TO SOURCES AND FIN. COSTS | | 1,149,470 | 2,899,395 | 2,849,938 | 2,800,481 | 2,751,025 | 2,701,568 | 2,652,111 | 2,602,655 | 2,653 |
| 11.1. ANNUITIES | | 1,149,470 | 2,899,395 | 2,849,938 | 2,800,481 | 2,751,025 | 2,701,568 | 2,652,111 | 2,602,655 | |
| NET REVENUE | - | 2,388,944 | 1,227,680 | 3,380,608 | 4,819,962 | 6,252,879 | 7,678,818 | 9,138,556 | 9,689,352 | 9,085 |

Table 18: Economic Flow

| Structure | 0 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|---|---|
| CUMULATIVE NET REVENUE | - | 2,388,944 | 3,616,624 | 6,997,232 | 11,817,195 | 18,070,074 | 25,748,892 | 34,887,447 | 44,576,800 |
| I. REVENUE | - | 34,955,580 | 47,933,370 | 57,520,044 | 67,106,718 | 76,693,392 | 86,280,066 | 95,866,740 | 95,866,740 |
| 1. TOTAL REVENUE | - | 31,955,580 | 47,933,370 | 57,520,044 | 67,106,718 | 76,693,392 | 86,280,066 | 95,866,740 | 95,866,740 |
| 2. REMAINING PROJECT | - | - | - | - | - | - | - | - | - |
| 2.1. BASIC FUNDS | - | - | - | - | - | - | - | - | - |
| 2.2. WORKING CAPITAL | - | - | - | - | - | - | - | - | - |
| 2.3. RESERVES | - | - | | - | - | - | - | | |
| II. COSTS | 27,843,765 | 31,136,467 | 43,806,295 | 51,289,498 | 59,486,274 | 67,689,488 | 75,899,680 | 84,076,073 | 83,574,733 |
| 3. TRANSFER OF EXISTING FUNDS | - | | | - | | | | | |
| 4. INVESTMENTS IN BASIC FUNDS | 27,843,765 | | - | - | - | - | - | - | - |
| 5. INVESTMENTS IN WORKING CAPITAL | | 2,719,301 | 1,747,830 | 1,040,531 | 1,040,890 | 1,041,275 | 1,041,689 | 1,039,527 | 34,919 |
| 6. MATERIAL COSTS | | 26,760,055 | 39,534,602 | 47,212,709 | 54,894,214 | 62,579,354 | 70,268,382 | 77,961,576 | 78,039,217 |
| 7. GROSS SALARIES | | 1,617,360 | 2,323,092 | 2,759,399 | 3,198,538 | 3,640,790 | 4,086,469 | 4,495,116 | 4,944,627 |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 8. PROFIT TAX | | - | - | - | - | - | - | - | - |
| 9. RESERVES | | 39,751 | 200,772 | 276,858 | 352,632 | 428,069 | 503,140 | 579,855 | 555,970 | 520,59... |
| NET REVENUE | (27,843,765) | 819,113 | 4,127,075 | 6,230,546 | 7,620,444 | 9,003,904 | 10,380,386 | 11,790,667 | 12,292,007 |

*INTERNAL PROFITABILITY RATE*    **22.77%**

## 8.2.1. The Period of Investment Return Method

Table 19: The Period of Investment Return

| Year | INVESTMENTS | | ACCUMULATION | | INVESTMENTS NOT COVERED |
|---|---|---|---|---|---|
| | ANNUAL AMOUNT | CUMULATIVE | ANNUAL AMOUNT | CUMULATIVE | |
| 0 | 27,843,765 | 27,843,765 | - | - | (27,843,765) |
| 1 | 2,719,301 | 30,563,066 | 3,538,414 | 3,538,414 | (27,024,652) |
| 2 | 1,747,830 | 32,310,896 | 5,874,904 | 9,413,318 | (22,897,577) |
| 3 | 1,040,531 | 33,351,427 | 7,271,078 | 16,684,396 | (16,667,031) |
| 4 | 1,040,890 | 34,392,317 | 8,661,334 | 25,345,730 | (9,046,587) |
| 5 | 1,041,275 | 35,433,592 | 10,045,179 | 35,390,909 | (42,683) |
| 6 | **1,041,689** | **36,475,281** | **11,422,075** | **46,812,984** | **10,337,703** |
| 7 | 1,039,527 | 37,514,808 | 12,830,194 | 59,643,177 | 22,128,370 |
| 8 | 34,919 | 37,549,727 | 12,326,926 | 71,970,104 | 34,420,377 |
| 9 | 38,014 | 37,587,741 | 12,330,022 | 84,300,125 | 46,712,384 |
| 10 | 74,774 | 37,662,515 | 34,464,982 | 118,765,108 | 81,102,593 |

Based on stated data, it can be concluded that the total invested funds in this project are returned by realized accumulation in the 6th year of project economic duration, so the investment project is taken as **acceptable for realization** using this criterion as well.

## 8.2.2. Net Current Value

Table 20: Project Net Current Value

| Year | Nominal net revenue | Discount factor for the rate of 4% | Discounted net revenue |
|---|---|---|---|
| 0 | (27,843,765) | 1.0000000 | (27,843,765) |
| 1 | 819,113 | 0.9615385 | 787,609 |
| 2 | 4,127,075 | 0.9245562 | 3,815,713 |
| 3 | 6,230,546 | 0.8889964 | 5,538,933 |
| 4 | 7,620,444 | 0.8548042 | 6,513,987 |
| 5 | 9,003,904 | 0.8219271 | 7,400,553 |
| 6 | 10,380,386 | 0.7903145 | 8,203,770 |
| 7 | 11,790,667 | 0.7599178 | 8,959,938 |
| 8 | 12,292,007 | 0.7306902 | 8,981,649 |
| 9 | 11,738,394 | 0.7025867 | 8,247,240 |
| 10 | 34,390,208 | 0.6755642 | 23,232,792 |
|  |  | NCV | 53,838,419 |

The method of net current value has important positive features, for it takes into account the overall project duration and takes care of temporal preferences.

The deficiency of the method of net current value is that it measures only the absolute effect on project assets, not pointing out the level of investments necessary to realize this current value. This deficiency is eliminated by the calculation of the relative project net current value, that links the project net current value and the investements needed for it to be realized.

The project is more acceptable if its relative net current value is higher.

Table 21: Investment Net Current Value

| Year | Nominal investment amounts | Discount factors for the rate of 4% | Discounted investment amounts |
|---|---|---|---|
| 0 | 27,843,765 | 1.0000000 | 27,843,765 |
| 1 | 2,719,301 | 0.9615385 | 2,614,713 |
| 2 | 1,747,830 | 0.9245562 | 1,615,967 |
| 3 | 1,040,531 | 0.8889964 | 925,029 |
| 4 | 1,040,890 | 0.8548042 | 889,757 |
| 5 | 1,041,275 | 0.8219271 | 855,852 |
| 6 | 1,041,689 | 0.7903145 | 823,262 |
| 7 | 1,039,527 | 0.7599178 | 789,955 |
| 8 | 34,919 | 0.7306902 | 25,515 |
| 9 | 38,014 | 0.7025867 | 26,708 |
| 10 | 74,774 | 0.6755642 | 50,515 |
| | | | 36,461,037 |

The relative project net current value

| 1.47660143 |
|---|

The project realizes **148%** of project net current value per unit of invested capital.

## 8.2.3. Internal Return Rate

The internal return rate is defined as that discount rate that brings the project current value to zero. This also means determining the maximum interest rate to financing sources the project can bear, while retaining the border profitability. In the technical sense, the internal rate return is calculated by interpolation between discount rates, with positive and negative net revenues.

The internal return rate for this project is **22.77%**, which means that this is the maximum interest rate the project can handle, while retaining profitability, if it is entirely financed from sources other than own.

The internal return rate is higher than the interest rate for the loan, so according to this method the project is ***acceptable for realization.***

## 8.2.4. Liquidity Appraisal

Liquidity appraisal for an investment project is arrived at based on Financial Flow, that during project duration registers all revenue and costs as amounts of money received or issued, independently of the fact whether these are representatives of actual resources or financial transactions.

In contrast to the Economic Flow, the Financial Flow in scope of revenue also contains financing sources, and in scope of costs – liabilities to financing sources.

From the structure of revenue and costs of the Financial Flow, it is visible this is a dynamic monitoring of the annual gyro account balance, where revenue is the incoming, and costs the outgoing side of the account. This means Net Revenue in the Financial Flow, as the difference between revenue and costs, actually are the amounts of free monetary funds, that are at owner's disposal for reinvestments.

Positive Net Revenue in the Financial Flow of this investment project point to the fact that this project is liquid in all years, i.e. that in each of the years of its duration it manages to cover all liabilities to vendors, employees, credit institutions and the state, and that an appropriate amount of free monetary funds for reinvestments remains. From this viewpoint, this project is appraised as ***acceptable for realization.***

## 9. Sensitivity Analysis

The goal of sensitivity analysis is to appraise the acceptability of projects in case the values of key parameters are different than planned in the course of the analysis so far.

Under key parameters, the elements are implied that:
- significantly impact project efficiency
- are conspicuously uncertain at the same time

## 9.1. Static Sensitivity Analysis

Flexibility or sensitivity of projects are expressed as the calculation of the threshold of projected capacity utilization, where business secures the profit needed for the return of all liabilities, without creating excess of value.

*minimum price ratios        87.15%

With the existing realization, sales prices can be lowered for 12.15%.

However, it needs to be taken into account that this indicator considers only one (representative) business year – the 7th year of project economic duration.

## 9.2. Dynamic Sensitivity Analysis

The goal of sensitivity analysis is to appraise the acceptability of projects in case the values of key parameters are different than planned in the course of the analysis so far.

Under key parameters, the elements are implied that:
- significantly impact project efficiency
- are conspicuously uncertain at the same time

In this project, project sensitivity is analyzed in conditions of *the decrease of overall revenue by 10%*, and the corresponding decrease in costs.

The analysis of the Profit and Loss Statement shows the company does business in positive terms in all years of project economic duration even in conditions of decreased realization by 10%.

The internal return rate is **19.44%** which is higher than loan interest rate.

The stated indicators show the project is acceptable even in conditions of uncertainty, i.e. with the decrease of overall revenue by 10%.

Table 22: Profit and Loss Statement (overall revenue decreased by 10%)

| Item | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|---|
| TOTAL REVENUE | 28,760,022 | 43,140,033 | 51,768,040 | 60,396,046 | 69,024,053 | 77,652,059 | 86,280,066 | 86,280,066 | 86,280,066 | 86,280… |
| TOTAL COSTS | 28,620,552 | 40,107,921 | 47,410,878 | 54,720,063 | 62,035,997 | 69,359,245 | 76,649,628 | 77,127,323 | 77,654,756 | 78,236… |
| BUSINESS COSTS | 27,471,082 | 39,681,358 | 47,033,771 | 54,392,413 | 61,757,803 | 69,130,509 | 76,470,348 | 76,997,500 | 77,574,389 | 78,205… |
| -MATERIAL COSTS | 24,220,049 | 35,724,594 | 42,640,700 | 49,560,203 | 56,583,340 | 63,410,367 | 70,341,560 | 70,419,200 | 70,501,627 | 70,58… |
| -DEPRECIATION | 1,633,673 | 1,633,673 | 1,633,673 | 1,633,673 | 1,633,673 | 1,633,673 | 1,633,673 | 1,633,673 | 1,633,673 | 1,633,… |
| -GROSS SALARIES | 1,617,360 | 2,323,092 | 2,759,399 | 3,198,538 | 3,640,790 | 4,086,469 | 4,495,116 | 4,944,627 | 5,439,090 | 5,982… |
| FINANCIAL COSTS | 1,149,470 | 426,563 | 377,107 | 327,650 | 278,194 | 228,737 | 179,280 | 129,824 | 80,367 | 30,91… |
| -INTEREST AND FEE | 1,149,470 | 426,563 | 377,107 | 327,650 | 278,194 | 228,737 | 179,280 | 129,824 | 80,367 | 30,91… |
| GROSS PROFIT | 139,470 | 3,032,112 | 4,357,162 | 5,675,983 | 6,988,056 | 8,292,814 | 9,630,438 | 9,152,743 | 8,625,310 | 8,043,… |
| PROFIT TAX – 20% | - | - | - | - | - | - | - | - | - | 1,608,… |
| NET PROFIT | 139,470 | 3,032,112 | 4,357,162 | 5,675,983 | 6,988,056 | 8,292,814 | 9,630,438 | 9,152,743 | 8,625,310 | 6,434,… |
| RESERVES 5% | 6,973 | 151,606 | 217,858 | 283,799 | 349,403 | 414,641 | 481,522 | 457,637 | 431,266 | 321,7… |

| RETAINED PROFIT | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|---|
| | 132,496 | 2,880,506 | 4,139,304 | 5,392,184 | 6,638,653 | 7,878,173 | 9,148,916 | 8,695,105 | 8,194,045 | 6,812,… |

Table 23: Balance Sheet (overall revenue decreased by 10%)

| Structure | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|---|
| **ASSETS** | | | | | | | | | | |
| 1. LONG-TERM ASSETS | 26,210,092 | 24,576,420 | 22,942,747 | 21,309,075 | 19,675,402 | 18,041,730 | 16,408,057 | 14,774,385 | 13,140,712 | …1,507 |
| 2. SHORT-TERM ASSETS | 4,492,443 | 6,685,396 | 10,203,399 | 15,040,224 | 21,189,121 | 28,642,776 | 37,434,056 | 45,747,640 | 53,533,791 | 5…29 |
| 2.1. STOCK | 2,383,491 | 3,963,415 | 4,903,203 | 5,843,350 | 6,783,882 | 7,724,827 | 8,663,611 | 8,698,530 | 8,736,544 | 8,004,… |
| 2.2. RECEIVABLES | 6,973 | 158,579 | 376,437 | 660,236 | 1,009,639 | 1,424,280 | 1,905,802 | 2,363,439 | 2,794,704 | 3,116,… |
| 2.3. FINANCIAL ASSETS | 2,101,979 | 2,536,402 | 4,923,759 | 8,536,637 | 13,395,600 | 19,493,669 | 26,864,643 | 34,685,671 | 42,002,542 | 47,208 |
| 2.4. MONEY | | | | | | | | | | |
| TOTAL ASSETS | 30,702,536 | 31,261,816 | 33,146,147 | 36,349,299 | 40,864,523 | 46,684,506 | 53,842,113 | 60,522,025 | 66,674,504 | 7…636 |
| | | | | | | | | | | |
| 1. CAPITAL AND RESERVES | 8,447,055 | 11,479,166 | 15,836,328 | 21,512,311 | 28,500,367 | 36,793,181 | 46,423,620 | 55,576,362 | 64,201,672 | |
| 1.1. CAPITAL | 8,307,585 | 8,307,585 | 8,307,585 | 8,307,585 | 8,307,585 | 8,307,585 | 8,307,585 | 8,307,585 | 8,307,585 | 8,307,… |
| 1.2. RESERVES | 6,973 | 158,579 | 376,437 | 660,236 | 1,009,639 | 1,424,280 | 1,905,802 | 2,363,439 | 2,794,704 | 3,116,… |
| 1.3. RETAINED PROFIT | 132,496 | 3,013,002 | 7,152,306 | 12,544,490 | 19,183,143 | 27,061,317 | 36,210,233 | 44,905,338 | 53,099,383 | 59,212 |
| 2. LONG-TERM LIABILITIES | 22,255,481 | 19,782,650 | 17,309,819 | 14,836,987 | 12,364,156 | 9,891,325 | 7,418,494 | 4,945,662 | 2,472,831 | |
| 3. SHORT-TERM | | | | | | | | | | |

| | 0 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 |
|---|---|---|---|---|---|---|---|---|---|---|
| LIABILITIES | | | | | | | | | | |
| TOTAL LIABILITIES AND CAPITAL | 30,702,536 | 31,261,816 | 33,146,147 | 36,349,299 | 40,864,523 | 46,684,506 | 53,842,113 | 60,522,025 | 66,674,504 | 70,163 |

Table 24: Financial Flow (overall revenue decreased by 10%)

| Structure | 0 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 |
|---|---|---|---|---|---|---|---|---|---|---|
| I. REVENUE | 28,179,576 | 31,143,513 | 43,140,033 | 51,768,040 | 60,396,046 | 69,024,053 | 77,652,059 | 86,280,066 | 86,280,066 | 86,280 |
| 1. TOTAL REVENUE | | 28,760,022 | 43,140,033 | 51,768,040 | 60,396,046 | 69,024,053 | 77,652,059 | 86,280,066 | 86,280,066 | 86,280 |
| 2. FINANCING SOURCES | 28,179,576 | 2,383,491 | - | - | - | - | - | - | - | - |
| 2.1. LOAN | 19,871,991 | 2,383,491 | - | - | - | - | - | - | - | - |
| 2.2. OWN FUNDS | 8,307,585 | - | - | - | - | - | - | - | - | - |
| 3. REMAINING PROJECT | | | | | | | | | | |
| 3.1. BASIC FUNDS | | | - | - | | | | | | |
| 3.2. WORKING CAPITAL | | | - | - | | | | | | |
| 3.3. RESERVES | | | - | - | | | | | | |
| II. COSTS | 27,843,765 | 29,377,344 | 42,678,610 | 49,407,683 | 56,783,168 | 64,165,090 | 71,553,990 | 78,909,092 | 78,459,038 | 76,963 |
| 4. TRANSFER OF OWN FUNDS | - | | | | | | | | | |
| 5. INVESTMENTS IN BASIC FUNDS | 27,843,765 | | | | | | | | | |
| 6. | | 2,383,491 | 1,579,924 | 939,788 | 940,147 | 940,532 | 940,946 | 938,784 | 34,919 | 3,014 |

| Structure | 0 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|---|---|
| INVESTMENTS IN WORKING CAPITAL | | | | | | | | | |
| 7. MATERIAL COSTS | | 24,220,049 | 35,724,594 | 42,640,700 | 49,560,203 | 56,483,340 | 63,410,367 | 70,341,560 | 70,419,200 |
| 8. SALARIES | | 1,617,360 | 2,323,092 | 2,759,399 | 3,198,538 | 3,640,790 | 4,086,469 | 4,495,116 | 4,944,627 |
| 9. PROFIT TAX | | - | - | - | - | - | - | - | - |
| 10. RESERVES | | 6,973 | 151,606 | 217,858 | 283,799 | 349,403 | 414,641 | 481,522 | 457,637 |
| 11. LIABILITIES ACCORDING TO SOURCES AND FIN. COSTS | - | 1,149,470 | 2,899,395 | 2,849,938 | 2,800,481 | 2,751,025 | 2,701,568 | 2,652,111 | 2,602,655 |
| 11.1. ANNUITIES | 335,811 | 1,149,470 | 2,899,395 | 2,849,938 | 2,800,481 | 2,751,025 | 2,701,568 | 2,652,111 | 2,602,655 |
| NET REVENUE | 335,811 | 1,766,169 | 461,423 | 2,360,357 | 3,612,878 | 4,858,963 | 6,098,069 | 7,370,974 | 7,821,028 |
| CUMULATIVE NET REVENUE | 335,811 | 2,101,979 | 2,563,402 | 4,923,759 | 8,536,637 | 13,395,600 | 19,493,669 | 26,864,643 | 34,685,671 |

Table 25: Economic Flow (overall revenue decreased by 10%)

| Structure | 0 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|---|---|
| I. REVENUE | - | 28,760,022 | 43,140,033 | 51,768,040 | 60,396,046 | 69,024,053 | 77,652,059 | 86,280,066 | 86,280,066 |
| 1. TOTAL REVENUE | - | 28,760,022 | 43,140,033 | 51,768,040 | 60,396,046 | 69,024,053 | 77,652,059 | 86,280,066 | 86,280,066 |
| 2. REMAINING PROJECT | - | - | - | - | - | - | - | - | - |
| 2.1. BASIC FUNDS | - | - | - | - | - | - | - | - | - |
| 2.2. WORKING CAPITAL | - | - | - | - | - | - | - | - | - |
| 2.3. RESERVES | - | - | - | - | - | - | - | - | - |

| II. COSTS | 27,843,765 | 28,227,873 | 39,779,215 | 46,557,745 | 53,982,687 | 61,414,065 | 68,852,422 | 76,256,980 | 75,856,384 |
|---|---|---|---|---|---|---|---|---|---|
| 3. TRANSFER OF EXISTING FUNDS | - | | | | | | | | |
| 4. INVESTMENTS IN BASIC FUNDS | 27,843,765 | | | | | | | | |
| 5. INVESTMENTS IN WORKING CAPITAL | - | 2,383,491 | 1,579,924 | 939,788 | 940,147 | 940,532 | 940,946 | 938,784 | 34,919 |
| 6. MATERIAL COSTS | - | 24,220,049 | 35,724,594 | 42,640,700 | 49,560,203 | 56,483,340 | 63,410,367 | 70,341,560 | 70,419,200 |
| 7. GROSS SALARIES | - | 1,617,360 | 2,323,092 | 2,759,399 | 3,198,538 | 3,640,790 | 4,086,469 | 4,495,116 | 4,944,627 |
| 8. PROFIT TAX | - | - | - | - | | | | | |
| 9. RESERVES | - | 6,973 | 151,606 | 217,858 | 283,799 | 349,403 | 414,641 | 481,522 | 457,637 |
| NET REVENUE | (27,843,765) | 532,149 | 3,360,818 | 5,210,295 | 6,413,360 | 7,609,987 | 8,799,637 | 10,023,086 | 10,423,682 |

INTERNAL RETRUN RATE  19.44%

Table 26: Investment Return Period (Sensitivity Analysis)

| Year | INVESTMENTS | | ACCUMULATION | | INVESTMENTS NOT COVERED |
|---|---|---|---|---|---|
| | ANNUAL AMOUNT | CUMULATIVE | ANNUAL AMOUNT | CUMULATIVE | |
| 0 | 27,843,765 | 27,843,765 | - | - | (27,843,765) |
| 1 | 2,383,491 | 30,227,255 | 2,915,639 | 2,915,639 | (27,311,616) |

| | | | | |
|---|---|---|---|---|
| 2 | 1,579,924 | 31,807,180 | 4,940,742 | 7,856,381 | (23,950,799) |
| 3 | 939,788 | 32,746,968 | 6,150,083 | 14,006,464 | (18,740,504) |
| 4 | 940,147 | 33,687,115 | 7,353,507 | 21,359,971 | (12,327,144) |
| 5 | 940,532 | 34,627,647 | 8,550,519 | 29,910,490 | (4,717,157) |
| 6 | 940,946 | 35,568,592 | 9,740,583 | 39,651,072 | 4,082,480 |
| 7 | 938,784 | 36,507,376 | 10,961,869 | 50,612,942 | 14,105,566 |
| 8 | 34,919 | 36,542,295 | 10,458,602 | 61,071,543 | 24,529,248 |
| 9 | 38,014 | 36,580,309 | 10,461,697 | 71,533,240 | 34,952,931 |
| 10 | 68,218 | 36,648,528 | 31,205,728 | 102,738,968 | 66,090,440 |

Even in conditions of the decrease of overall revenue and corresponding costs by 10%, the period of investment return is within the scope of project duration, i.e. in the 6th year of project economic duration. Therefore, even according to this criterion the project is **acceptable for realization.**

Table 27: Project Net Current Value (Sensitivity Analysis)

| Year | Nominal net revenue | Discount factor for the rate of 4% | Discounted net revenue |
|---|---|---|---|
| 0 | (27,843,765) | 1.0000000 | (27,843,765) |
| 1 | 532,149 | 0.9615385 | 511,681 |
| 2 | 3,360,818 | 0.9245562 | 3,107,265 |
| 3 | 5,210,295 | 0.8889964 | 4,631,933 |
| 4 | 6,413,360 | 0.8548042 | 5,482,167 |
| 5 | 7,609,987 | 0.8219271 | 6,254,855 |
| 6 | 8,799,637 | 0.7903145 | 6,954,481 |
| 7 | 10,023,086 | 0.7599178 | 7,616,721 |
| 8 | 10,423,682 | 0.7306902 | 7,616,483 |
| 9 | 9,870,070 | 0.7025867 | 6,934,580 |
| 10 | 31,137,509 | 0.6755642 | 21,035,386 |
| | | NCV | 42,301,786 |

Table 28: Investment Net Current Value (Sensitivity Analysis)

| Year | Nominal investment amounts | Discount factors for the rate of 4% | Discounted investment amounts |
|------|---------------------------|-------------------------------------|-------------------------------|
| 0 | 27,843,765 | 1.0000000 | 27,843,765 |
| 1 | 2,383,491 | 0.9615385 | 2,291,818 |
| 2 | 1,579,924 | 0.9245562 | 1,460,729 |
| 3 | 939,788 | 0.8889964 | 835,468 |
| 4 | 940,147 | 0.8548042 | 803,641 |
| 5 | 940,532 | 0.8219271 | 773,049 |
| 6 | 940,946 | 0.7903145 | 743,643 |
| 7 | 938,784 | 0.7599178 | 713,398 |
| 8 | 34,919 | 0.7306902 | 25,515 |
| 9 | 38,014 | 0.7025867 | 26,708 |
| 10 | 68,218 | 0.6755642 | 46,086 |
| | | | **35,563,821** |

The relative net current value

| 1.18946125 |
|------------|