# EXHIBIT F




**CORTEC CORPORATION**
4119 White Bear Parkway
Saint Paul, MN. 55110 USA
Phone : 651/429-1100
Fax : 651/429-1122

| Ladling # | Order Date |
|---|---|
| 185282 | 8/13/2007 |

# ORDER CONFIRMATION

**Sold To:**

TEKNOMA OY
PL 75
FIN-02231 ESPOO
FINLAND, , ,

**Ship To:**

TEKNOMA OY
TIISTINNIITYNTIE 4

FIN-02230 ESPOO, , ,

Please Advise as soon as possible, if there are any discrepancies. This confirms your current order and specifications.

| Ship Date | Attention | WHSE | SLS | Ship Via | Terms of Payment |
|---|---|---|---|---|---|
| 9/13/2007 | | 01 | 318 | DSV/OCEAN | TT UPON RECEIPT |

| FOB Point | Freight Opt | Remarks | | |
|---|---|---|---|---|
| EX WORKS | COLLECT | 20 FT. CONTAINER | | |

| Customer PO Number | User Id | Fax | Customer Number |
|---|---|---|---|
| 19310 | csullivan | 968102222 | 90117 |

| Product # | Product | Packaging | Quantity Ordered | Unit Price | Total Amount |
|---|---|---|---|---|---|
| 15000386 | VpCI-111<br>10 PLASTIC EMITTERS/CARTON | 1E CTN | 20 | $40.50 | $810.00 |
| 20800112 | VpCI-126 BAGS<br>12X18 4MIL ZIP-LOCK BAGS | 1E CTN | 10 | $119.44 | $1,194.40 |
| 20800325 | VpCI-126 BAGS<br>24X30 4MIL HEAT-SEALABLE BAGS | 1E CTN | 1 | $132.90 | $132.90 |
| 20800883 | VPCI-126 BAGS 18X24 H.S. 250/CTN<br>18X24 4MIL HEAT-SEALABLE BAGS | 1E CTN | 8 | $79.87 | $638.96 |
| 20800232 | VPCI-126 BAGS 500/CTN<br>12X18 4MIL HEAT-SEALABLE BAGS | 1E CTN | 2 | $87.76 | $175.52 |



**CORTEC CORPORATION**
4119 White Bear Parkway
Saint Paul, MN. 55110 USA
Phone : 651/429-1100
Fax : 651/429-1122




# INVOICE

| DATE | NUMBER |
|---|---|
| 9/18/2007 | 136027 |
| DATE SHIPPED | B/L NO |
| 9/18/2007 | 185282 |

Page 4 of 11

**CUSTOMER NO.**
90117

**SOLD TO:**
TEKNOMA OY
PL 75
FIN-02231 ESPOO
FINLAND, , ,

**SHIP TO:**
TEKNOMA OY
TIISTINNIITYNTIE 4
FIN-02230 ESPOO, , ,
FINLAND

| CUSTOMER ORDER NUMBER | F.O.B. | SHIPPED VIA | SLS # | CSR | TERMS |
|---|---|---|---|---|---|
| 19310 | EX WORKS | DSV/OCEAN | 318 | csullivan | TT UPON RECEIPT |

| UNITS | PACKAGE | DESCRIPTION | TOTAL QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 10.0000 | 1 E CTN | VpCI-126 BAGS<br>20800112<br>12X18 4MIL ZIP-LOCK BAGS<br>Lot Number: 24706  Packages: 10 | 10.0000 | 119.4400 | 1,194.40 |
| 1.0000 | 1 E CTN | VpCI-126 BAGS<br>20800325<br>24X30 4MIL HEAT-SEALABLE<br>Lot Number: 24960-01  Packages: 1 | 1.0000 | 132.9000 | 132.90 |

**PLEASE REMIT TO:** Cortec Corporation
CM 9738
P.O. Box 70870
Saint Paul, MN. 55170-9738

**TOTAL**

PLEASE PAY
THIS AMOUNT 

### IMPORTANT NOTICE TO PURCHASER

All statements, technical information and recommendations contained herein are based on tests Cortec Corporation believes to be reliable, but the accuracy or completeness thereof is not guaranteed. Cortec Corporation warrants Cortec products will be free from defects when shipped to the customer. Cortec Corporation's obligation under this warranty shall be limited to replacement of this product that proves to be defective. To obtain replacement product under this warranty, the customer must notify Cortec Corporation of the claimed defect within six months after shipment of product to the customer. All freight charges for replacement product shall be paid by customer. Cortec Corporation shall have no liability for any injury, loss, or damage arising out of the use of or the liability to use the products. BEFORE USING, USER SHALL DETERMINE THE SUITABILITY OF THE PRODUCT FOR ITS INTENDED USE, AND USER ASSUMES ALL RISK AND LIABILITY WHATSOEVER IN CONNECTION THEREWITH. No representation or recommendation not contained herein shall have any force or effect unless in a written document signed by an officer of the Cortec Corporation. THE FOREGOING WARRANTY IS EXCLUSIVE AND IN LIEU OF ALL OTHER WARRANTIES, EXPRESS, IMPLIED, OR STATUTORY, INCLUDING WITHOUT LIMITATION ANY IMPLIED WARRANTY OF MERCHANTABILITY OR OF FITNESS FOR A PARTICULAR PURPOSE. IN NO CASE SHALL CORTEC CORPORATION BE LIABLE FOR INCIDENTAL OR CONSEQUENTIAL DAMAGES.



4119 White Bear Parkway
Saint Paul, MN. 55110 USA
Phone : 651/429-1100
Fax : 651/429-1122

 

| Bill of Lading | Order Date |
|---|---|
| 184040 | 7/6/2007 |

# ORDER CONFIRMATION

**Sold To:**

NEFAB PACKAGING ENGINEERING
(WUXI) CO., LTD., NO.16 XING CHUANG RD. 4
WUXI-SINGAPORE IND'L PARK, WUXI
JIANGSU PROVINCE, , , P.R.C. CHINA 214028

**Ship To:**

NEFAB PACKAGING ENGINEERING
(WUXI) CO., LTD., NO.3295,
CHUANSHA RD.
PUDONG, SHANGHAI, , ,

Please Advise as soon as possible if there are any discrepancies. This confirms your current order and specifications.

| Ship Date | Attention | WHSE | SLS | Ship Via | Terms of Payment |
|---|---|---|---|---|---|
| 7/19/2007 | ROBIN LIU/CHRIS WU | 01 | 330 | PHOENIX/OCEAN | NET 60 DAYS |

| FOB Point | Freight Opt. | Remarks |
|---|---|---|
| EX WORKS | COLLECT | |

| Customer PO Number | User Id | Fax | Customer Number |
|---|---|---|---|
| NFCN070706 | csullivan | 86 21 589 95303 | 90081 |

| Product # | Product | Packaging | Quantity Ordered | Unit Price | Total Amount |
|---|---|---|---|---|---|
| 15000386 | VpCI-111<br>10 PLASTIC EMITTERS/CARTON | 1E CTN | 90 | $44.86 | $4,037.40 |
| 20800259 | VpCI-126 SHEETING<br>48" X 500' 4 MIL SHEETING | 1E ROLL | 50 | $84.14 | $4,207.00 |

Total:    $8,244.40

*Thank You!*
*Christee*

**TERMS OF SALE:**
1.) Custom orders can not be cancelled or returned
2.) Custom and/or stock Cor-Pak VpCI Stretch Film can not be returned
3.) Custom films order quantity subject to +/- 10% variation
4.) Custom film orders artwork & plate charge costs are additional
5.) Polyethylene prices are subject to change without notice

**DUE TO NATURAL VARIATIONS:**
1.) Film thickness varies up to +/- 10%
2.) Film width & length varies up to +/- 2%



**CORTEC CORPORATION**

4419 White Bear Parkway
Saint Paul, MN. 55110 USA
Phone : 651/429-1100
Fax : 651/429-1122




# INVOICE

| DATE | NUMBER |
|---|---|
| 7/26/2007 | 134223 |
| DATE SHIPPED | B/L NO. |
| 7/26/2007 | 184040 |

Page 1 of 1

**CUSTOMER NO.**
90081

**SOLD TO:**
NEFAB PACKAGING ENGINEERING
(WUXI) CO., LTD., NO.16 XING CHUANG
RD. 4
WUXI-SINGAPORE IND'L PARK, WUXI
JIANGSU PROVINCE, , ,
P.R.C. CHINA 214028

**SHIP TO:**
NEFAB PACKAGING ENGINEERING
(WUXI) CO., LTD., NO.3295,
CHUANSHA RD.
PUDONG, SHANGHAI, , ,
P.R.C. CHINA

| CUSTOMER ORDER NUMBER | F.O.B. | SHIPPED VIA | SLS # | CSR | TERMS |
|---|---|---|---|---|---|
| NFCN070706 | EX WORKS | PHOENIX/OCEAN | 330 | csullivan | NET 60 DAYS |

| UNITS | PACKAGE | DESCRIPTION | TOTAL QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 90.0000 | 1 E CTN | VpCI-111<br>15000386<br>10 PLASTIC EMITTERS/<br>Lot Number:  Packages:<br>09497         74<br>09177         16 | 90.0000 | 44.8600 | 4,037.40 |
| 50.0000 | 1 E ROLL | VpCI-126 SHEETING<br>20800259<br>48" X 500' 4 MIL SHE<br>LOT 24853 | 50.0000 | 84.1400 | 4,207.00 |
| | | Merchandise Total | | | 8,244.40 |

**PLEASE REMIT TO:**  Cortec Corporation
CM 9738
P.O. Box 70870
Saint Paul, MN. 55170-9738

**TOTAL**  8,244.40 US Dollars

PLEASE PAY
THIS AMOUNT 

### IMPORTANT NOTICE TO PURCHASER

All statements, technical information and recommendations contained herein are based on tests Cortec Corporation believes to be reliable, but the accuracy or completeness thereof is not guaranteed. Cortec Corporation warrants Cortec products will be free from defects when shipped to the customer. Cortec Corporation's obligation under this warranty shall be limited to replacement of this product that proves to be defective. To obtain replacement product under this warranty, the customer must notify Cortec Corporation of the claimed defect within six months after shipment of product to the customer. All freight charges for replacement product shall be paid by customer. Cortec Corporation shall have no liability for any injury, loss, or damage arising out of the use of or the liability to use the products. BEFORE USING, USER SHALL DETERMINE THE SUITABILITY OF THE PRODUCT FOR ITS INTENDED USE, AND USER ASSUMES ALL RISK AND LIABILITY WHATSOEVER IN CONNECTION THEREWITH. No representation or recommendation not contained herein shall have any force or effect unless in a written document signed by an officer of the Cortec Corporation. THE FOREGOING WARRANTY IS EXCLUSIVE AND IN LIEU OF ALL OTHER WARRANTIES, EXPRESS, IMPLIED, OR STATUTORY, INCLUDING WITHOUT LIMITATION ANY IMPLIED WARRANTY OF MERCHANTABILITY OR OF FITNESS FOR A PARTICULAR PURPOSE. IN NO CASE SHALL CORTEC CORPORATION BE LIABLE FOR INCIDENTAL OR CONSEQUENTIAL DAMAGES.