# EXHIBIT H



**Garden**
*&* Associates, Inc.
**TRANSLATORS & INTERPRETERS**

# Certificate of Translation

I hereby certify that we are competent in English and Croatian and that the attached translations are, to the best of our knowledge and belief, true, correct, complete and accurate translations of the original documents.

IN WITNESS WHEREOF I have hereunto set my hand and seal this 31st day of October, 2007.

Tom Garden

4725 Excelsior Boulevard, Suite 502 • Minneapolis, Minnesota 55416   U.S.A • Toll Free: 1-877-859-8800, Phone: 952-920-6160
Fax: 952-922-8150 • www.gardentranslation.com

Naslov:            Mikšić pobjegao iz Zagreba
Datum:             27.09.2006
Država, Izvor, Izdanje:  Hrvatska, Večernji list, Hrvatska,
Stranica:          7
Površina:          184 cm$^2$

## PRIJETNJE Tvrdnje B. Miškića

# Mikšić po



Htjeli su me likvidirati, kaže Mikšić

Boris Mikšić, neuspješni kandidat za zagrebačkog gradonačelnika i predsjednika Republike prijavio je policiji u ponedjeljak da mu Željko Orsag prijeti smrću. Navodna prijetnja dogodila se isti dan kad je Mikšić objavio da se više ne namjerava baviti politikom te da će se posvetiti isključivo poslu i Hrvatskom svjetskom kongresu.

– Dvojica ljudi koje nikada prije nisam vidio nasilno su ušli u moj stan i prijetili da će me likvidirati u roku od 48 sati ako ne platim nekakav dug, a nakon toga da će izvršiti samoubojstvo – ustrašeno je jučer

## da mu Željko Orsag prijeti smrću policija ne shvaća ozbiljno

# objegao iz Zagreba

ispričao Mikšić. Za Orsaga je ustvrdio da samo zna da je kooperant tvrtke koja gradi njegov pogon u Belom Manastiru i da mu nije ništa dužan.

Mikšić je očito ozbiljno shvatio Orsagove prijetnje jer je odmah nakon podnošenja prijave pobjegao iz Zagreba.

– Skrivam se jer se bojim i ne znam kad ću se vratiti u Zagreb – rekao je Mikšić. Ustvrdio je i da je u životu vidio puno ružnih stvari, ali da se od Orsagove prijetnje sledio.

Željko Orsag, direktor tvrtke Pavušin iz Čabdina, jučer nije htio

pričati o prijetnjama Mikšiću, ali je potvrdio da je bio na razgovoru u policiji.

– Ne želim biti dio ničije političke kampanje – kratko je rekao Orsag.

Prema informacijama iz policije prijetnje nisu ozbiljno shvaćene. Visoki policijski dužnosnik naime smatra da je Mikšić cijelu priču prenapuhao.

– Posrijedi su neriješeni poslovi, ali sve ćemo istražiti i predati Državnom odvjetništvu – rekao je Večernjakov izvor iz zagrebačke policijske uprave.

Vojislav MAZZOCCO

## MIKŠIĆ ESCAPES FROM ZAGREB

[text in inset]
"They wanted to liquidate me," claims Mikšić.

Boris Mikšić, the unsuccessful candidate for the mayor of Zagreb and the President of the Republic, reported to the police Monday that he had received death threats from Željko Orsag. The alleged threat was issued the same day that Mikšić announced he no longer intended to engage in politics but would devote himself fully to his work and the Croatian World Congress.

"Two people I've never seen before forced their way into my apartment and threatened to kill me within 48 hours if I didn't pay off some kind of debt. They also said they would commit suicide afterwards," Mikšić told the story yesterday, obviously frightened. He said that the only thing he knew about Orsag was that he was a contractor of a company that is constructing his plant in Beli Manastir, and that he did not owe him anything.

Mikšić clearly took Orsag's threats seriously, because he left Zagreb immediately after filing a complaint.

"I am in hiding because I am frightened, and I don't know when I am going to return to Zagreb," said Mikšić, adding that he had witnessed many bad things in his life but that his blood turned cold when Orsag issued his threat.

Yesterday, Željko Orsag, the Director of the Pavušin enterprise from Čabdin, refused to comment on threats to Mikšić, but confirmed that the police had interviewed him.

"I do not want to be part of anybody's political campaign," Orsag said briefly.

According to police information, the threats have not been taken seriously. A high-ranking political official believes that Mikšić has blown things out of proportion.

"At the center of this matter are unresolved business affairs, but we will investigate everything and turn the matter over to the State Prosecutor's Office," said a *Večernji List* source in the Zagreb Police Administration.

# Verbatim⊛Solutions

Statement of verification

**Date:** October 31ˢᵗ, 2007

This certifies that the following **PDF documents** (IZ.03.01.05, NI.26.09.06.) has been translated for **Collin Foulds** has been translated from **Croatian** to **English** has been done correctly and accurately to the best of our knowledge by a certified translator.



*Cody Broderick*
Director of Sales
☎ direct: 801-273-5700 x104
☎ toll-free: 800-573-5702
☎ fax: 801-880-8883
✉ mailto:cody@verbatimsolutions.com
www.verbatimsolutions.com
U.S. South America. Europe. Asia

**verbatim** SOLUTIONS | YOUR TRANSLATION PARTNER

Naslov:          'Preživio sam, ali me i dalje prate'
Datum:           02.10.2006
Država, Izvor, Izdanje:  Hrvatska, Jutarnji list, Hrvatska,
Stranica:        4
Površina:       402 cm²

---

**NESUĐENI PREDSJEDNIK VIŠE SE NE SKRIVA, NO JOŠ SE BOJI ZA ŽIVOT**

# 'Preživio sam, ali me i dalje prate'

⬤ **Mikšić je ostao sam na svojoj 'nezavisnoj listi' u Zagrebu jer će Žarka Delača izbaciti, a ni Ivicom Stošićem nije impresioniran jer njega, kaže, zanima samo novac**

Piše **Vanja Nezirović**
Snimio **Ranko Šuvar**

ZAGREB - Boris Mikšić, gradski zastupnik i bivši predsjednički kandidat, nakon navodnih prošljednih prijetnji smrću, zbog kojih je, tvrdi, napustio Zagreb, jučer ujutro vratio se u metropolu. Najavio je da se neće povući iz političkog života te da će nastaviti svoju "borbu" protiv svih koji ga se žele riješiti.

- Više se ne skrivam. Oni koji su eni prijetili rekli su da će ga usmrtiti u roku 48 sati koje sam preživio - izjavio je Mikšić. Tvrdi da je još u strahu i da je imao djelohranitelja iako je na razgovor s time u hotel As sišao bez pratnje. No, čim je došao rekao je da je ispred hotela primijetio sumnjivog čovjeka te misli da ga taj prati. Na opasku fotoreportera Jutarnjeg lista, da je taj čovjek čitao vec dulje, Mikšić je odgovorio da ga stalno netko prati.

**'To su opasni ljudi'**

- To je sve dogovoreno, izvržen scenarij da me se makne. Strah me jer su to opasni ljudi koji će sve poduzeti da me eliminiraju - izjavio je Mikšić i dodao da ga se žele riješiti jer pro-

pasant. On smatra da gradonačelnik Milan Bandić želi prekinuti koalicijski sporazum s latinjanom Boljevac jer oni "idu na živce".

- Bandić je prisadona, a i ona je prisadona. Na gradskoj sceni nema mjesta za dvije prisadone nego samo jednu, a to je Bandić - nastavio je Mikšić. Optužio je SDP kako je obolavanjem da će biti predsjednik Skupštine 'kupio' zastupnika s njegove liste Žarka Delača.

**Delača ću izbaciti**

- To je sve mafija i sve su se dogovorili. To je urota - izjavio je Mikšić. Na našu opasku da se sav zaplet u urote i "teorije zavjere" tvrdi da nisu teorije nego realnost i da za posljednje prijetnje ima svjedoke. Jedan od njih je, kaže, sam Delač koji, međutim, tvrdi da Mikšić obmanjuje javnost.

- Delača ću izbaciti sa svoje liste i neću imati klub u Skupštini, ali nema veze. Bit će jedini na Nezavisnoj listi Borisa Mikšića jer ni s trećim na svoje liste Ivicom Stošićem-Minčićem nisam impresioniran. Njega samo 'zanima novac - izjavio je Mikšić koji je Delača optužio i za sukob s poslovnim partnerima iz Belog Manastira.



Novinarka Jutarnjeg lista s Borisom Mikšićem ispred hotela As

**'Banka obustavila isplatu'**

Mikšić negira bilo kakav dug i tvrdi da je banka koja mu je dala kredit obustavila isplatu 2,7 milijuna kuna jer su se oni međusobno posvadili. Do toga je došlo jer su ga, tvrdi Mikšić, partneri željeli prevariti. - Osjećam se kao švicarski sir. Imam toliko nozeva u ledima da nema više mjesta za još jedan - dodao je Mikšić.

I Survived But Am Still Being Followed
THE WOULD-BE PRESIDENT IS NO LONGER HIDING, BUT STILL FEARS FOR HIS
LIFE

Mikšić is the only one left on his "independent list" in Zagreb, because he plans to remove
Žarko Delač from the list, and is equally unimpressed by Ivica Stošić, who is, so Mikšić, only
interested in money

Written by Vanja Nazirović

ZAGREB – Boris Mikšić, a city deputy and former presidential delegate, returned to the
capital yesterday morning, after allegedly receiving death threats last week, due to which he
had left Zagreb. He announced that he had no intentions of withdrawing from political life or
abandoning his "struggle" against all those who want to get rid of him.

"I am no longer hiding. Those who threatened me said that they were going to do it within 48
hours, which I survived," said Mikšić. He claims that he still fears for his life and has hired a
bodyguard, although he arrived at the interview at the *As* Hotel without escort. However, as
soon as he arrived, he said that he had noticed a suspicious-looking man in front of the hotel,
who he believes has been following him. To my photographer's comment that the man had
been standing there for a while Mikšić replied that he was constantly being followed by
somebody.

**'These are dangerous people'**
"This is all part of a deal, a staged scenario designed to get rid of me. I am afraid because
these are all dangerous people, who are prepared to do anything to eliminate me," noted
Mikšić, adding that somebody is trying to get rid of him because he is dangerous. He believes
that the mayor of Zagreb, Milan Bandić, wants to end a coalition agreement with Tatjana
Holjevac, because she "gets on his nerves."
        "Bandić is a prima donna, and so is she. There is not enough room for two prima
donnas on the city stage, only for one, and that's Bandić," continued Mikšić. He accused the
SDP [Party of Democratic Action] for buying a deputy from his list, Žarko Delač, with a
promise that he would become the President of the Assembly.

**I will remove Delač from the list**

"They are all members of a mafia and they've arranged everything. It's a conspiracy," said
Mikšić. To our comment that he has gotten himself all tied up in conspiracy theories, Mikšić
replied that these were not theories but reality, and that he had witnesses to the last threats.
One of them, he said, was Delač himself, who Mikšić says is lying to the public.
        "I will remove Delač from my list and I won't have a club in the Assembly, but that
doesn't matter. I will be the only one on Boris Mikšić's Independent List because I am also
unimpressed with the third member, Ivica Stošić-Miočić. He is only interested in money,"
said Mikšić, also accusing Delač of being behind the conflict with his business partners in
Beli Manastir.

[text in box]
Bank Halts the Payments
Mikšić denies any kind of debt, claiming that the bank that had given him the loan halted the
payment of 2.7 million Croatian Kuna because of the argument they had had among

themselves. The reason was that his business partners tried to cheat on him. "I feel like a Swiss cheese, I have so many knives in my back, there is not enough room for another one," added Mikšić.