# EXHIBIT K



# Certificate of Translation

I hereby certify that we are competent in English and Croatian and that the attached translations are, to the best of our knowledge and belief, true, correct, complete and accurate translations of the original documents.

IN WITNESS WHEREOF I have hereunto set my hand and seal this 31st day of October, 2007.

_____
Tom Garden

4725 Excelsior Boulevard, Suite 502 • Minneapolis, Minnesota 55416   U.S.A • Toll Free: 1-877-859-8800, Phone: 952-920-6160
Fax: 952-922-8150 • www.gardentranslation.com

Novi list on line
Case 1:07-cv-06094-CM   Document 15-15   Filed 10/31/2007   Page 3 of 10
Page 1 of 2



<<< Natrag

Datum objave: 4.3.2006   Rubrika: Novosti

EUROPSKA UNIJA I NEVLADINE UDRUGE UPOZORAVAJU DA JE KORUPCIJA SVE TEŽI PROBLEM U HRVATSKOM DRUŠTVU

## Građani očajni zbog korupcije, suci gnjevni zbog kritika

*Transparency International upozorava da se 40 posto svih pritužbi na korupciju odnosi na pravosuđe. Predsjednik Udruge sudaca Đuro Sessa odvraća: Ne možemo raditi u atmosferi linča*



ZAGREB – Udruga hrvatskih sudaca zabrinuta je zbog novog vala olako izrečenih optužbi o korupciji u pravosuđu i zbog toga rad sudaca »u ozračju linča« postaje gotovo nemoguć. Predsjednik UHS-a Đuro Sessa smatra da smo »čitav tjedan svjedoci optužbi iz raznih izvora i medija da je pravosuđe korumpirano«. Kao posljednji izvor navodi Transparency International Hrvatska koji je na konferenciji za novinare u četvrtak naveo da se 40 posto pritužbi građana u antikorupcijskom savjetovalištu odnosi na pravosuđe. Sessa je naveo da u pravosuđu ima neprimjerenog i nezakonitog ponašanja, ali za podatke antikorupcijskog savjetovališta navodi da su metodološki i faktografski pogrešni jer su generalizirani i ne daje se nikakva analiza.

### Težak udarac Europe

Pravosuđe je ovoga tjedna doživjelo još jedan veoma neugodan udarac. Na inicijativu Europske komisije odgođen je početak usporedbe hrvatskog zakonodavstva s europskim. Umjesto u ožujku, screening za pravosuđe započet će u rujnu. Razlozi odgode početka su korupcija, prespora suđenja, kadroviranje u sudstvu i prevelik broj sudova. To je prvi slučaj odgode početka screeninga otkako je Hrvatska lanjskoga listopada započela pristupne pregovore o članstvu s Europskom unijom.

Antikorupcijsko savjetovalište Transparencyja, a rezultati njegova rada bili su razlog za Sessinu javnu reakciju, zaprimilo je od početka 2005. godine 1.103 utemeljena upita, a poslije prav osuda je zdravstvo s deset posto pritužbi. Predsjednik Transparencyja Zorislav Antun Petrović zaključio je da su navedeni podaci pokazatelj stanja u pravosuđu, ali to ne znači da je pravosuđe najkorumpiraniji sektor. Naveo je da nisu primili ni jednu pritužbu na političke stranke, što ne znači da u njima nema korupcije.

Građani su se od početka 2005. godine, otkako djeluje savjetovalište, najviše žalili na rad državnih institucija (61 posto), zatim svih razina lokalne vlasti (16,8 posto). Najviše su se žalili Zagrepčani (44,8 posto slučajeva), a najmanje stanovnici Varaždinske i Virovitičko-podravske županije (po 0,3 posto).

### Nijemac mitom do iskaznice

Mnogi prijavljeni slučajevi su anonimne prijave. Takav je slučaj Nijemca koji ne razumije hrvatski jezik, a u Zadarskoj županiji je kupio dvije kuće koje iznajmljuje turistima. Na nedokučiv način (vjerojatno mitom) uspio je dobiti osobnu iskaznicu (zbog smanjenja poreza, a navodno ne plaća ni boravišnu taksu), iako nema domovnicu, niti je prije boravio u Hrvatskoj. Susjedi su više puta zvali policiju, ali Nijemac nestane svaki put kad policajci dođu. Kad su ga susjedi upozorili da nije u redu to što čini, kazao im je: »Sve vas Hrvate kupim za 100 eura«.

U malom mjestu u Lici zabilježen je slučaj sredovječnog prognanika koji kao socijalni slučaj živi s višečlanom obitelji. Ima pravo na jednokratnu socijalnu pomoć, novac za takve izdatke predviđen je u lokalnim proračunima. Međutim, on uporno dobiva odbijenice, uz argument da nema novaca za tu namjenu, iako pritužitelj tvrdi da se novac za tu namjenu dijeli ljudima koji ga po svom socijalnom statusu ne bi trebali dobiti.

> **Država mu otela zemlju**
>
> Savjetovalište bilježi i slučaj privatizacije veće količine zemljišta u Gorskom kotaru. Transparencyju je čovjek donio dokumente na temelju kojih tvrdi da su od 1900. godine njegovi preci, a danas on, vlasnici toga zemljišta. Međutim, službeno se te parcele prodaju po niskoj cijeni kao državno vlasništvo, a bez obzira na dokumentaciju, nesuđeni vlasnik se ne može uknjižiti. Pokrenuti je sudski spor, a prije tri tjedna nesuđeni je vlasnik dobio nalog suda da se mora javiti sudskom vještaku koji će ispitati njegovo psihičko stanje. Prema informacijama TIH-a, čovjek se nema namjeru javiti vještaku, a slučaj još nije završen.

**Tihomir PONOŠ**

© Copyright 2002 NOVI LIST d.d. Sva prava pridržana.

Novi list on line
Page 2 of 2
Case 1:07-cv-06094-CM   Document 15-15   Filed 10/31/2007   Page 4 of 10

jednom trenutku Ustavni sud osporio je pravo DSV-u na izbor predsjednika sudova, a Zakonom o sudovima 2003., tadašnja politička opcija odlučila je da ministar pravosuđa ima tu ovlast. Moglo je biti i drugih rješenja, ali sad je to tako i takvu zakonsku regulativu sam zatekla. Predsjednik suda je shvaćen kao tijelo sudske uprave i odgovoran za rad suda.

**Mislite li da bi bilo dobro da se ovlast imenovanja predsjednika sudova povjeri nekom drugom, a ne izvršnoj vlasti?**

– Da bi se ta ovlast povjerila DSV-u, trebalo bi mijenjati Ustav, a sudačka vijeća mogla bi imenovati predsjednike sudova nakon zakonskih izmjena. Međutim, nema garancija da bi takva rješenja bila idealna za učinkovitost rada sudova. Postojeće rješenje da ministar pravosuđa imenuje predsjednike sudova je zadovoljavajuće. Predsjednik suda mora upravljati spisima i zajedno s predsjednicima odjela i uz dužno poštivanje odredbi sudskog poslovnika dodjeljuje spise i tu leži njegov utjecaj. Integrirano upravljanje spisima bitno je i zbog transparentnosti dodjele spisa sucima.

**Smatrate li da DSV nije zreo da imenuje predsjednike sudova? U posljednje vrijeme DSV raspravlja o osnovama sumnje, što je ovlast sudova a ne DSV-a, i imenuju u više sudove suce sa zaostacima u radu?**

– Ne želim komentirati rad DSV-a u tom smislu. Naprosto, trenutno ne vidimo drugo rješenje koje bi garantiralo bolji sustav napredovanja.

### Državna revizija mora u sudove

**Postoje informacije da su pojedini sudovi odbili nadzor državne revizije, pod izlikom zadiranja u neovisnost sudbene vlasti. Kako to komentirate?**

– Za sva javna financijska sredstva mora biti moguća kontrola. Nitko ne smije biti izuzet i državna revizija uvijek ima pravo kontrolirati tijek proračunskog novca. Materijalno poslovanje sudova financirano je iz proračuna i taj dio se definitivno mora kontrolirati. Smatram da se i novac na sudskim polozima u pojedinim postupcima mora kontrolirati. Ono što nije dorečeno i što će trebati zakonski urediti upravo je čuvanje i gospodarenje sudskim polozima. Ako je bilo slučajeva da se posiže za sredstvima stečajnih dužnika, smatram to apsolutno nedopustivim.

**Baš je sumnja na nevraćanje pozajmice od tvrtke u stečaju predmet prijave protiv jednog kandidata Visokog trgovačkog suda. Je li na trgovačkim sudovima običaj posuđivati novac od tvrtki u stečaju?**

– Ponavljam, takvo je ponašanje nedopustivo i zna se tko je zadužen za istrage takvih posudbi. U tom konkretnom slučaju, smatram dovoljnim razlogom da sumnja poljulja povjerenje javnosti i da takav izbor ne bi bio najbolji za čelno mjesto institucije kao što je Visoki trgovački sud. Nitko nije izuzet od kontrole javnosti, pa tako ni trgovački sudovi i Visoki trgovački sud.

---

**Samo novi suci podnosit će imovinske kartice**

**Zašto se uopće donosi pravilnik o obvezi sudaca da podnesu imovinske kartice, ako će takav propis pasti na Ustavnom sudu jer krši načelo jednakosti pred zakonom tako što obvezuje samo nove suce?**

– Kao ministrica, imam rok u kojem moram donijeti podzakonski akt. Vidim tu nelogičnost u zakonskom tekstu, ali pravilnikom ne mogu proširivati obvezu mimo zakona jer bi onda pravilnik bio oboriv. Zakon nalaže da suci moraju podnijeti imovinske kartice u roku od 30 dana od dana stupanja na dužnost. Takva je formulacija vjerojatno izvučena analogijom iz propisa koji određuju obvezu podnošenja imovinskih kartica za političke dužnosnike, ali politički dužnosnici imaju mandat od četiri godine. Svakako odbacujem tvrdnje da je donošenje pravilnika kriva primjena zakona i ublažavanje oštrine kojom se namjerava spriječiti korupcija u sudbenoj vlasti.

---

© Copyright 2002 NOVI LIST d.d. Sva prava pridržana.
Engine design by
NetCom

*Novi List* On-Line Edition, March 4, 2006

"Citizens Desperate Because of Corruption, Judges Furious Because of Criticism"

EUROPEAN UNION AND NON-GOVERNMENTAL ORGANISATIONS WARN THAT CORRUPTION PRESENTS A GROWING PROBLEM IN CROATIAN SOCIETY

Transparency International warns that 40 percent of all corruption complaints refer to judiciary. The President of the Judges Association, Đuro Sessa, responds: We cannot work in an atmosphere of lynching

Written by Tihomir Ponoš

ZAGREB – The Association of Croatian Judges is worried by the recent wave of lightly stated accusations of corruption in judiciary, which make the work of judges "in a lynching atmosphere" almost impossible. The President of the Association of Croatian Judges, Đuro Sessa, believes that "for an entire week we have been witnessing accusations from various sources and media that judiciary is corrupt." As the last source he mentioned Transparency International Croatia (TIC), which at its press conference last Thursday announced that 40 percent of all citizens' complaints submitted to their Advocacy and Legal Advice Center (ALAC) refer to judiciary. Sessa admitted that there are instances of inappropriate and unlawful conduct in the judiciary, but denounced data of the Advocacy and Legal Advice Center as methodologically and factually wrong, because they are generalized and offer no analysis.

*Europe's Heavy Blow*

This week Croatian judiciary received another highly unpleasant blow. At the initiative of the European Commission, the beginning of the comparison of Croatian judiciary with the European judiciary has been postponed. Instead of March, the screening for judiciary will begin in September. Reasons—corruption, a slow pace of trials, politically motivated recruitment of staff in the judiciary, and an excessive number of courts. This is the first example of screening postponement since Croatia began its accession negotiations for membership in the European Union last October.

Since the beginning of 2005, Transparency International's Advocacy and Legal Advice Center—and the results of their work provoked Sessa's public reaction—received a total of 1,103 inquiries; immediately after the judiciary is the health sector, which accounts for 10 percent of complaints. Transparency International's President, Zorislav Antun Petrović, concluded that the said data reflect the situation in the judiciary, which does not mean that judiciary is the most corrupt sector. He noted that no complaints were received about political parties, which does not mean that there is no corruption there.

Since 2005, the year when ALAC commenced work, citizens have mostly complained about the work of state institutions (61 percent), followed by all levels of local authority (16.9 percent). The inhabitants of Zagreb complained the most (44.8 percent of cases), while the inhabitants of the Varaždin and the Virovitica-Podravina County complained the least (0.3 percent each).

*How a German Bribed His Way To a Personal ID Card*

Many reported cases are anonymous complaints. One is the case of a German man who does not understand the Croatian language, but had purchased two houses in the Zadar County, which he now rents to tourists. He managed to obtain a personal ID card in an inexplicable manner (most likely through bribery) in order to lower his taxes, and he allegedly does not pay temporary residence tax either, although he does not have proof of Croatian citizenship, nor has ever spent any time in Croatia before. The neighbors called the police several times, but the German disappears every time the police come. When the neighbors warned him that what he was doing wasn't right he told them: "I can buy all of you Croats for EUR100."

In a small place in Lika, a case of a middle-age refugee was registered, who is living with his multi-member family on social aid. He is entitled to one-time aid, and funds for such cases exist within local budgets. However, he keeps receiving refusal letters which state that there are no funds allocated for this purpose, although the party that filed the complaint claims that those funds are being given to people who should not be receiving them based on their social status.

[text in box]

The State Took Away His Land

ALAC also registered a case in which a large amount of land in Gorski Kotar was privatized. A man submitted documents to Transparency International, on the basis of which he claims that his ancestors have owned that land since 1900, and that he is the proprietor today. However, the lots are officially being sold at low prices as state property, and the would-be owner cannot have his name entered into the registry, despite all of his documents. Court proceedings have been initiated, and three weeks ago the would-be proprietor received a court order to report to a court expert who will examine his mental state. According to TIH's information, the man has no intention of reporting to the expert, and the case remains unresolved.

Novi list on line..



on line izdanje

Datum objave: 19.10.2005  Rubrika: Novosti

<<< Natrag

PO MEĐUNARODNOJ PERCPECIJI KORUPCIJE HRVATSKA GORA NEGO PROŠLE GODINE – U DRUŠTVU LESOTA, BURKINE FASO I EGIPTA

### Hrvatska tone u glib korupcije

Situaciju otežava činjenica da Hrvatsku inozemni ulagači doživljavaju kao sve nepogodniji teren za investiranje kapitala



ZAGREB – Istraživanja nekoliko uglednih međunarodnih agencija, kao što su Economist Inteligence Unit, Merchant International Group, World Economic Forum, pokazala su da svijet Hrvatsku doživljava kao sve korumpiraniju zemlju. Na temelju istih istraživanja Transparency International Hrvatska (TI) predstavio je ovogodišnji indeks percepcije korupcije, prema kojem je naša zemlja dobila ocjenu 3,4, te se po korupciji nalazi u društvu Lesota, Burkine Faso i Egipta. Ocjene se kreću od nule, što označava potpuno korumpirane zemlje, do deset, što zaslužuju zemlje u kojima korupcija uopće nije prisutna. Od 158 zemalja svijeta Hrvatska je po percepciji korumpiranosti smještena na 70-to mjesto, što je za sedam mjesta slabije nego godinu prije. Kao zemlju s najmanje korupcije analitičari i poslovni ljudi prepoznaju Island i Finsku, a zanimljivo je da manje korupcije vide u Kolumbiji nego u Hrvatskoj.

– Tonemo polako ali sigurno. Naš rejting u svjetskim okvirima je sve lošiji i lošiji. Svijet nas doživljava kao korumpiranu zemlju, što nas ne može čuditi s obzirom na davanje poslova bez raspisanih natječaja, nejasne uvjeti oko dodjele dionica poduzeća i koncesija za mobilne operatere i nedovoljan pristup informacijama. Ispitanici imaju dojam da se kod nas sve radi ispod stola, upozorio je predsjednik TI-a Hrvatska Zorislav Antun Petrović, pozivajući Vladu na radikalne zahvate kojim bi se pokušao riješiti gorući problem Hrvatske.

### Skok Slovačke

Situaciju otežava činjenica da je Hrvatska iz godine u godinu sve lošije ocijenjena, odnosno da je inozemni ulagači doživljavaju kao sve nepogodniji teren za investiranje kapitala. Prije četiri godine indeks percepcije korupcije Hrvatske iznosio je 3,9, što je ujedno bila i najviša ocjena kojom je ocijenjena percepcija korumpiranosti naše zemlje.

– U isto vrijeme dok Hrvatsku doživljavaju sve korumpiranijom, nama slične tranzicijske zemlje rješavaju svoj problem. Slovačka je tako prije dvije godine imala ocjenu 3,6, a ove godine je ocijenjena sa 4,2. Jedina utjeha može nam biti Poljska, koju doživljavaju najkorumpiranijom zemljom Europske unije, istaknuo je Petrović, napominjući da je od tranzicijskih zemalja skok na ljestvici korumpiranih zabilježila samo još Bosna i Hercegovina.

Dok nevladine udruge upozoravaju da se Hrvatska pod hitno mora trgnuti i riješiti se reputacije korumpirane sredine, glasnogovornik Vlade Ratko Maček istaknuo je da porazni rezultati istraživanja provedenog među poslovnim ljudima i ekonomskim analitičarima ne odgovaraju stvarnoj slici raširenosti korupcije.

### Vlada misli drugačije

– Apsolutno se ne možemo složiti s takvom ocjenom. Potpuno suprotno: tvrdimo da je, nakon reformi i poglavito nakon uvođenja servisa »hitro.hr.«, stanje u potpunosti promijenjeno na bolje. Tu treba spomenuti i uvođenje elektroničkih zemljišnih knjiga, što uvelike pojednostavljuje ishođivanje građevinskih i ostalih dozvola, a upravo uklanjanjem birokratskih barijera smanjuje se mogućnost mita i korupcije. Vlada je odlučna do kraja se obračunati s takvim pojavama, kako kroz izmjene u zakonodavstvu, tako kroz poboljšan nadzor, ustvrdio je Maček.

---

**Loša ekipa**

Što se tiče kandidata za članstvo u Europskoj uniji, analitičari smatraju da manji problem s korupcijom nego Hrvatska imaju i Bugarska i Turska, dok je Rumunjska ocijenjena nešto slabije. Međutim, problem leži u činjenici da sve tranzicijske zemlje svake godine dobivaju sve bolje ocjene percepcije korupcije, izuzev Hrvatske i Bosne i Hercegovine.

**Sanader: Hrvatska je napredovala**

Hrvatski premijer Ivo Sanader jučer je, suprotno izvješću Transparency Internationala prema kojemu je percepcija korupcije u Hrvatskoj najgora u posljednjih pet godina, ocijenio da je Hrvatska napredovala u borbi protiv korupcije. Kao primjer napretka naveo je otvaranje usluge 'one stop shop', odnosno servisa za dodjelu raznih dozvola poduzetnicima kojim je u velikoj mjeri suzbijena korupcija i mito.

To je dosad bilo plodno tlo za razne oblike korupcije i uzimanja mita, a ujedno su poduzetnici gubili dosta vremena prilikom traženja raznih dozvola za otvaranje tvrtki i obrta, kazao je Sander.

---

S obzirom na pretpostavku da se korupcija najčešće javlja pri javnoj nabavi, ocjenu korupcije komentirao je i predsjednik Državne komisije za kontrolu javne nabave Goran Matešić, koji ističe da od ukupnog broja javnih nabava 8,9 posto nabava dolazi na žalbeni postupak.

– Mi kontroliramo zakonitost javnih nabava, a iza svake utvrđene nezakonitosti može, ali i ne mora stajati korupcija. Pouzdano mogu reći da je više od 40 posto javnih nabava koje dođu kod nas na kontrolu provedeno nezakonito, ali ne može se reći radi li se o korupciji ili jednostavno o nepoznavanju zakona, kaže Matešić. Kako bilo, ostaje činjenica da Hrvatsku u svijetu prepoznaju kao sve korumpiraniju zemlju, što je usko vezano za broj inozemnih ulaganja, te na koncu na razinu životnog standarda građana.

Istraživanje Transparency internationala o percepciji korupcije objavljeno je jučer u svim ispitanim zemljama u kojima postoje uredi TI-a.

Ladislav TOMIČIĆ

© Copyright 2002 NOVI LIST d.d. Sva prava pridržana.
Engine design by
NetCom


*Novi List* On-Line Edition, October 19, 2005

"Croatia Sinking In the Swamps of Corruption"

ACCORDING TO THE INTERNATIONAL PERCEPTION OF CORRUPTION, CROATIA RANKS WORSE THAN LAST YEAR, BEING IN THE SAME CATEGORY AS LESOTHO, BURKINA FASO AND EGYPT

The fact that foreign investors perceive Croatia as an increasingly unfavorable area for capital investment makes the situation even worse

Written by Ladislav Tomičić

ZAGREB – Studies conducted by several renowned international agencies such as the Economist Intelligence Unit, the Merchant International Group and the World Economic Forum, show that the world perceives Croatia as an increasingly corrupt country. Based on the same studies, Transparency International Croatia (TIC) published this year's corruption perceptions index, according to which our country received a score 3.4, which puts her in the company of such countries as Lesotho, Burkina Faso and Egypt. The scores run from zero, which denotes the most corrupt countries, up to 10, a score earned by countries in which there is no corruption. Among 158 world countries, Croatia occupies the 70th place according to corruption perceptions, which is seven places lower than last year. Analysts and businessmen recognize Finland and Iceland as countries with the lowest level of corruption, and interestingly enough they see less corruption in Columbia than in Croatia.

"We are sinking slowly but surely. Our rating on the world stage is increasingly getting worse. The world perceives us as a corrupt country, which should not surprise us, given that jobs are awarded without the announcement of public competitions, the conditions for the assignment of company shares and concessions to mobile operators are unclear, and information is insufficiently accessible. Study participants have the impression that everything is being done under the table in our country," warned TIC President Zorislav Antun Petrović, urging the Government to take radical measures to resolve Croatia's burning issues.

*Slovakia's Jump*

What makes the situation worse is that for several years now Croatia has been scoring worse every year, and that foreign investors perceive us as an increasingly unfavorable area for capital investment. Four years ago, Croatia's corruption perceptions index was 3.9, which is also the highest score we have ever received in corruption perceptions.

"While Croatia is being perceived as increasingly corrupt, other countries in transition similar to us are resolving their problems. Two years ago, Slovakia's index was 3.6, this year it was 4.2. Our only consolation can be Poland, which is perceived as the most corrupt country in the European Union," noted Petrović, stressing that the only other country in transition that has made a jump on the index scale is Bosnia and Herzegovina.

While non-governmental organizations warn that Croatia needs to wake up and shake off the reputation of a corrupt country as soon as possible, the Government's spokesperson Ratko Maček noted that the defeating results of the study conducted among businessmen and economic analysts do not adequately represent the spread of corruption.

*The Government Thinks Differently*

"We absolutely disagree with this score. On the contrary, after the reforms and especially after the introduction of the "hitro.hr" service, the entire situation has changed for the better. Very helpful was the introduction of electronic land registries, which make construction permits and other papers easier to obtain, and the removal of bureaucratic barriers is the very thing that will reduce the possibility of bribery and corruption. The Government is committed to put an end to these phenomena, both through changes in the legislature and through better supervision," noted Maček.

Given the assumption that corruption most frequently occurs during public acquisition, the President of the State Commission for the Control of Public Acquisitions, Goran Matešić, also commented on the corruption rating. He noted that 8.9 percent of all public acquisitions end up in the appeals court.

"We control the legality of public acquisitions, and corruption might or might not be behind each observed violation. We can state with certainty that 40 percent of all public acquisitions that come to us for control, have been conducted in an unlawful manner, but it is impossible to establish whether the reason is corruption or simply unfamiliarity with the law," so Matešić. Be that as it may, the fact remains that Croatia is more and more perceived as a corrupt country by the world, which is closely connected with the amount of foreign investment, and finally the living standard of the citizens.

The corruption perceptions study of Transparency International was published yesterday in all the polled countries where TI has offices.

[text in box]

Bad company

As for the candidates for membership in the European Union, analysts believe that Bulgaria and Turkey both have a lesser problem with corruption than Croatia, while Rumania received a slightly worse score. However, the problem lies in the fact that all countries in transition receive better corruption perceptions scores every year, except for Croatia and Bosnia and Herzegovina.

Sanader: Croatia has made progress

Contrary to the report of Transparency International, according to which the perception of corruption in Croatia is now the worst it has been in five years, the Croatian Prime Minister Ivo Sanader stated that Croatia has made progress in the fight against corruption. As an example he cited the "one stop shop" service, a service that issues various kinds of permits to entrepreneurs, which has greatly reduced corruption and bribery.

Sanader said the issue of permits used to be fertile ground for all kinds of corruption and bribery, while at the same time entrepreneurs wasted a lot of time looking for various permits to start their own companies or domestic industries.