CERTIFICATE OF SERVICE

      I, Kirk W. Reilly, hereby certify that on the 31st day of October 2007, I caused the foregoing (i) Plaintiff's Memorandum of Law in Opposition to Defendant's Motion to Dismiss, and (ii) Declaration of Boris Miksic with exhibits A – K annexed thereto to be filed and served via the Court's ECF system and to be served via FedEx upon the following counsel:

    James D. Arden
    Sidley Austin LLP
    787 Seventh Avenue
    New York, New York  10019

                                                s/ Kirk W. Reilly
                                               Kirk W. Reilly (#153370)

GP:2282845 v1