UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------x

CORTEC CORPORATION, a Minnesota corporation

                Plaintiff,

-against-

ERSTE BANK DER OESTERREICHISCHEN SPARKASSEN AG (ERSTE BANK), an Austrian corporation,

                Defendant.

---------------------------------------------x

No. 07 Civ. 6094 (CM) (DFE)

**Electronically Filed**

**STATEMENT PURSUANT TO PAGE 18 OF DECISION AND ORDER GRANTING MOTION TO DISMISS**

Pursuant to the Court's Decision and Order dated February 11, 2008, with respect to the complaint filed by Plaintiff, Defendant Erste Bank der oesterreichischen Sparkassen AG states that, in full compliance with the conditions stated in the Decision and Order, it agrees to submit to the jurisdiction of Croatia if Plaintiff chooses to file such complaint there and that it will waive any defense asserting that a statute of limitations has run in either Croatia or Austria since the commencement of this action. Furthermore, without prejudice to the foregoing, Defendant states that the Courts of Vienna, Austria, Defendant's principal place of business, would have jurisdiction and are an appropriate forum.

Dated: New York, New York
         February 15, 2008

                                              SIDLEY AUSTIN LLP

                                              By: _/s/ James D. Arden_
                                                   James D. Arden (JA 8779)
                                             787 Seventh Avenue
                                             New York, New York 10019
                                             (212) 839-5300

                                             *Attorneys for Defendant*