UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __2|21|08__
```

----------------------------------------------------------x

CORTEC CORPORATION, a Minnesota
corporation,

        Plaintiff,

- against -

                                               07 Civ. 6094 (CM)

ERSTE BANK BER OESTERREICHISCHEN
SPARKASSEN AG (ERSTE BANK), An
Austrian corporation,

        Defendant.

----------------------------------------------------------x

## ORDER DISMISSING CASE

McMahon, J.:

       Defendant having filed with the Court an undertaking to submit to the jurisdiction of
Croatia in the event it should be sued there on the claims here in suit, and an undertaking to waive
any defense asserting statute of limitations in either Croatia or Austria, the Court declares that the
conditions precedent to entry of an order dismissing this case have been met. Accordingly, the
Clerk of the Court is directed to enter this order dismissing the case without prejudice and
without costs to either party.

Dated: February 20, 2008

                                                   U.S.D.J.